---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
   amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lakeway Publishers, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA Citizen Tribune** <br> **DBA Civil War Courier** <br> **DBA Elk Valley Times** <br> **DBA Grundy County Herald** <br> **DBA Lakeway Printers** <br> **DBA LogOn Computer Services** <br> **DBA Manchester Times** <br> **DBA Moore County News** <br> **DBA Northern Neck News** <br> **DBA Northumberland Echo** <br> **DBA The Central Virginian** <br> **DBA Tullahoma News** <br> **DBA Westmoreland News** <br> **DBA Winchester Herald Chonicle** <br> **DBA Camp Chase Gazette** <br> **DBA The Citizen's Companion** <br> **DBA The Herald Progress (shuttered)** <br> **DBA The Carolina Progress (shuttered)** <br> **DBA Tri-Lake Ledger (shuttered)** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **62-0754964** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1609 W. 1st N Street** <br> **Morristown, TN 37815** <br> Number, Street, City, State & ZIP Code | **P.O. Box 625** <br> **Morristown, TN 37815** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Hamblen** <br> County | **Location of principal assets, if different from principal place of business** <br> **Assets are also held at each of the publishing locations in TN & VA. (see schedule A/B and/or Form 206)** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **Multiple (see schedule A/B and/or Form 206)** |

Debtor   **Lakeway Publishers, Inc.**                                          Case number (*if known*) _____
     Name

**6.  Type of debtor**
          ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

          ☐ Partnership (excluding LLP)

          ☐ Other. Specify: _____

Debtor    **Lakeway Publishers, Inc.**
     Name                                           Case number (*if known*)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | ____ | When | ____ | Case number | ____ |
| District | ____ | When | ____ | Case number | ____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Lakeway Publishers of Missouri** | Relationship | **Subsidiary** |
| District | ____ | When ____ | Case number, if known ____ |

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
　　Contact name _____
　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Lakeway Publishers, Inc.**                                    Case number (*if known*) _____
         Name

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2019**
               MM / DD / YYYY

**X** **/s/ R. Jack Fishman**                              **R. Jack Fishman**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Ryan E. Jarrard**                             Date    **May 31, 2019**
Signature of attorney for debtor                                 MM / DD / YYYY

**Ryan E. Jarrard 024525**
Printed name

**Quist, Fitzpatrick & Jarrard, PLLC**
Firm name

**2121 First Tennessee Plaza**
**800 South Gay Street**
**Knoxville, TN 37929-9711**
Number, Street, City, State & ZIP Code

Contact phone    **(865) 524-1873**        Email address    **rej@qcflaw.com**

**024525 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Lakeway Publishers, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2019**          X */s/ R. Jack Fishman*
                                          Signature of individual signing on behalf of debtor

                                          **R. Jack Fishman**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lakeway Publishers, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:**    **Summary of Assets**

---

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................    $    **5,713,231.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................    $    **15,170,796.60**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................    $    **20,884,027.60**

---

**Part 2:**    **Summary of Liabilities**

---

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **7,440,874.89**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **385,478.97**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **1,419,291.57**

4.   Total liabilities ......................................................................................
    Lines 2 + 3a + 3b    $    **9,245,645.43**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Lakeway Publishers, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$1,000.00** |
| 2.    **Cash on hand** | $500.00 |
| 2.    **Cash on hand** | $150.00 |
| 2.    **Cash on hand** | $120.00 |
| 2.    **Cash on hand** | $50.00 |
| 2.    **Cash on hand** | $60.00 |
| 2.    **Cash on hand** | $50.00 |
| 2.    **Cash on hand** | $100.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **(CT) SunTrust** | **Vending** | **6513** | $8,818.15 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Lakeway Publishers, Inc.**                                   Case number *(If known)*  _____
         Name

| | | | | |
|---|---|---|---|---|
| 3.2. | **(LP) First Tennessee** | **Checking** | **1431** | **$440.00** |
| 3.3. | **(LP) First Tennessee** | **Checking** | **6555** | **$28,543.06** |
| 3.4. | **(LCS) SunTrust** | **Checking** | **1159** | **$2,312.33** |
| 3.5. | **(LP) Pinnacle** | **Operating (Checking)** | **5662** | **$0.00** |
| 3.6. | **(LP) Pinnacle** | **CAPS/EPS Clearing** | **5670** | **$0.00** |
| 3.7. | **(LP) Pinnacle** | **ACH Clearing** | **5694** | **$0.00** |
| 3.8. | **(LP) Pinnacle** | **AP Clearing Account** | **5702** | **$0.00** |
| 3.9. | **(TN) Citizen's Tri-County Bank** | **Checking** | **4444** | **$35,189.90** |
| 3.10. | **(TVA) Citizen's Tri-County Bank** | **Vending** | **6265** | **$48.47** |
| 3.11. | **(MT) People's Bank** | **Checking** | **1695** | **$702.00** |
| 3.12. | **(EVT) First National Bank** | **Checking** | **8253** | **$1,024.68** |
| 3.13. | **(GCH) Citizen's Tri-County Bank** | **Checking** | **4367** | **$1,015.00** |
| 3.14. | **(MCN) First Bank** | **Checking** | **0801** | **$680.95** |
| 3.15. | **(HC) SunTrust** | **Checking** | **4601** | **$1,457.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor  **Lakeway Publishers, Inc.**_____   Case number *(If known)* _____
         Name

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | |
|---|---|
| | **$82,261.54** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

         **DREMC**
         **Utility deposit**
         **Account #5303501**
7.1.     **(MT)**_____                                   $25.00

         **Winchester Power System**
         **Utility deposit**
         **Account #027-1370-1**
7.2.     **(WHC)**_____                                   $15.00

         **Traveler's Insurance**
         **Utility Bond (06.01.19 - 05.31.20)**
         **Will be paid 05.28.19**
7.3.     **(TN)**_____                                   $235.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

9.      **Total of Part 2.**

| | |
|---|---|
| | **$275.00** |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:         757,558.06       -          0.00        = ....        **$757,558.06**
                                  face amount                doubtful or uncollectible accounts

11b. Over 90 days old:            62,665.73        -          0.00        = ....        **$62,665.73**
                                  face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**

| | |
|---|---|
| | **$820,223.79** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

Debtor      **Lakeway Publishers, Inc.**_____          Case number *(If known)* _____
Name

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.  **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:            % of ownership | | |
| 15.1.   radio Acquisition Corp._____    ____ % | | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.    **Total of Part 4.**                                                                                          **$0.00**
        Add lines 14 through 16.  Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **Ink, paper** | | **Unknown** | | **Unknown** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                                          **$0.00**
        Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ☐ No
        ■ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* |
| | Name | |

☐ Yes Fill in the information below.

<table>
<tr><td colspan="2"><strong>Part 7:</strong></td><td colspan="3"><strong>Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture (CT)** Office furniture & fixtures | $9,707.25 | N/A | $9,707.25 |
| | **(CWC)** Office furniture & fixtures | $0.00 | N/A | $500.00 |
| | **(EVT)** Office furniture & fixtures | $233.38 | N/A | $233.38 |
| | **(GCH)** Office furniture & fixtures | $1,176.44 | N/A | $1,776.44 |
| | **(LCS)** Office furniture & fixtures | $2,058.18 | | $2,058.18 |
| | **(MT)** Office furniture & fixtures | $60.00 | N/A | $500.00 |
| | **(NNN)** Office furniture & fixtures | $0.00 | N/A | $500.00 |
| | **(NE)** Office furniture & fixtures | $0.00 | N/A | $500.00 |
| | **(CVA)** Office furniture & fixtures | $46.38 | N/A | $500.00 |
| | **(TN)** Office furniture & fixtures | $1,909.00 | N/A | $1,090.00 |
| | **(WN)** Office furniture & fixtures | $0.00 | N/A | $500.00 |
| | **(WHC)** Office furniture & fixtures | $28,200.78 | N/A | $28,200.78 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **(LWP)**<br>**Office furniture & fixtures** | | $0.00 | N/A | $500.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and**
       **communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                      $46,566.03
       Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **(CT)**<br>**2011 Chevrolet Silverado**<br>**1GCRKSE3XBZ190789** | $196.71 | N/A | $5,500.00 |
| 47.2.   **(TN)**<br>**2006 Buick Ranier CXL**<br>**5GADT13S662217188** | $781.13 | N/A | $3,500.00 |
| 47.3.   **(WHC)**<br>**2002 Ford E350 Van**<br>**1FDWE35L22HA96620** | $734.98 | N/A | $2,000.00 |
| 47.4.   **(EVT)**<br>**1999 Ford Econoline Van**<br>**1STSE34SXHB90446** | $0.00 | N/A | $1,600.00 |
| 47.5.   **(LCS)**<br>**2004 Chevrolet Astrovan**<br>**1GCDM19X34B124480** | $0.00 | N/A | $2,500.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Lakeway Publishers, Inc.**                              Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 47.6. | **(MT)**<br>**1998 Ford Econoline Van**<br>**1FTSE34SSWHB19857** | $0.00    N/A | $1,500.00 |
| 47.7. | **(CVA)**<br>**2007 Ford Focus sedan**<br>**1FAFHP34N97W178914** | $0.00    N/A | $2,800.00 |
| 47.8. | **(LCS)**<br>**2003 Ford E350 Van**<br>**1FTSE34SX3HA75852** | $0.00    N/A | $2,500.00 |
| 47.9. | **(WHC)**<br>**2002 Ford Explorer**<br>**1FMZU62E12ZA95105** | $0.00 | $2,000.00 |
| 47.10. | **(CT)**<br>**2010 Buick LaSabre**<br>**1G4GE5GVAF176168** | $0.00    N/A | $4,000.00 |
| 47.11. | **(CT)**<br>**2003 Ford E350 Van**<br>**1FTSE34L23HA83162** | $0.00    N/A | $2,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | |
|---|---|---|
| **(CT)**<br>**Office machinery & equipment, inclusing<br>computers & software** | $630,404.10    N/A | $630,000.00 |
| **(CWC)**<br>**Office machinery & equipment, inclusing<br>computers & software** | $61.18    N/A | $15,000.00 |
| **(EVT)**<br>**Office machinery & equipment, inclusing<br>computers & software** | $8,432.05    N/A | $8,400.00 |
| **(GCH)**<br>**Office machinery & equipment, inclusing<br>computers & software** | $6,902.95    N/A | $6,900.00 |
| **(LP)**<br>**Office machinery & equipment, inclusing<br>computers & software** | $0.00    N/A | $1,500.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| **(LCS)**<br>**Office machinery & equipment, inclusing computers & software** | **$46,514.81** | N/A | **$55,000.00** |
| **(MT)**<br>**Office machinery & equipment, inclusing computers & software** | **$5,550.78** | N/A | **$5,550.00** |
| **(MCN)**<br>**Office machinery & equipment, inclusing computers & software** | **$126.18** | N/A | **$1,500.00** |
| **(NNN)**<br>**Office machinery & equipment, inclusing computers & software** | **$8,101.71** | N/A | **$1,000.00** |
| **(NE)**<br>**Office machinery & equipment, inclusing computers & software** | **$0.00** | N/A | **$1,000.00** |
| **(CVA)**<br>**Office machinery & equipment, inclusing computers & software** | **$1,384.91** | N/A | **$1,500.00** |
| **(TN)**<br>**Office machinery & equipment, inclusing computers & software** | **$31,544.87** | N/A | **$35,000.00** |
| **(WN)**<br>**Office machinery & equipment, inclusing computers & software** | **$513.74** | N/A | **$1,000.00** |
| **(WHC)**<br>**Office machinery & equipment, inclusing computers & software** | **$11,610.62** | N/A | **$18,000.00** |
| **(LWP)**<br>**Office machinery & equipment, inclusing computers & software** | **$3,791.08** | N/A | **$3,500.00** |

51. **Total of Part 8.**                                                              | **$815,250.00** |

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* |
|--------|------------------------------|---------------------------|
|        | Name                         |                           |

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1608-1619 W 1st North St. Morristown, TN 37814**<br><br>**(CT)**<br>**Office building** | | $210,056.63 | N/A | $1,329,744.00 |
| 55.2.  **1619 W 1st North St. Morristown, TN 37814**<br><br>**(CT, LCS & Civil War Publications)**<br>**Office building** | | $0.00 | | $235,000.00 |
| 55.3.  **1611 W Andrew Johnson Hwy Morristown, TN 37814**<br><br>**(LCS)**<br>**Office/Retail building** | | $0.00 | | $714,910.00 |
| 55.4.  **505 Lakeway Place Tullahoma, TN 37388**<br><br>**(TN)**<br>**Office/Warehouse** | | $46,141.37 | | $1,900,000.00 |
| 55.5.  **418 N Elk St. Fayettteville, TN 3344**<br><br>**(EVT)**<br>**Office  building** | | $0.00 | | $73,517.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor      **Lakeway Publishers, Inc.**                                           Case number *(If known)*
            Name

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **65 Oak Street**<br>**Tracy City, TN 37387** | | | | |
| | **(GCH)**<br>**Office building** | | $0.00 | | $75,000.00 |
| 55.7. | **906 Dinah Shore**<br>**Blvd.**<br>**Winchester, TN 37398** | | | | |
| | **(WHC)**<br>**Office Building** | | $4,101.83 | N/A | $660,060.00 |
| 55.8. | **132 Court St.**<br>**Warsaw, VA 22572** | | | | |
| | **(NNN, NE & WN)**<br>**Office building** | | $132,036.59 | | $335,000.00 |
| 55.9. | **89 Rescue Lane**<br>**Loisa, VA 23093** | | | | |
| | **(TCV)**<br>**Office building** | | $264,253.95 | | $390,000.00 |
| 55.10. | **Land:**<br>**Citizens Tribune** | | $55,366.65 | N/A | Unknown |
| 55.11. | **Land:**<br>**Elk Valley Times** | | $17,000.00 | N/A | Unknown |
| 55.12. | **Land:**<br>**Grundy County**<br>**Hearald** | | $7,500.00 | N/A | Unknown |
| 55.13. | **Land:**<br>**Manchester Times** | | $17,250.00 | N/A | Unknown |
| 55.14. | **Land:**<br>**Northern Neck News** | | $20,000.00 | N/A | Unknown |
| 55.15. | **Land:**<br>**The Central Virginian** | | $30,000.00 | N/A | Unknown |
| 55.16. | **Land:**<br>**Tullahoma News** | | $75,100.00 | N/A | Unknown |

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 55.17 | **Land: Lakeway Publishers, Inc.** | | **$55,000.00** | **N/A** | **Unknown** |
|---|---|---|---|---|---|

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$5,713,231.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
■ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(If known)* | |
| | <span style="font-size:smaller">Name</span> | | | |

**LCS Customer PANTHERSPRINGSUMC.ORG**
**Citizen Tribune**
**CITIZENTRIBUNEKICKOFFCLASSIC.COM**
**Lakeway Pub M'town**
**SHOWMESTATEAUTOS.NET**
**Lakeway Pub M'town**
**SHOWMESTATEAUTOS.COM**
**Lakeway Printers M'town**
**MORRISTOWNTICKETS.COM**
**Lakeway Printers M'town**
**LAKEWAYTICKETS.COM**
**Lakeway Publishers, Inc.**
**USSCIRCULATION.COM**
**Lakeway Publishers, Inc. USSCIRC.COM**
**Citizen Tribune LAKEWAYWHEELS.COM**
**LCS Customer**
**LOGONCOMPUTERSERVICES.NET**
**LCS Customer**
**LOGONCOMPUTERSERVICES.COM**
**LCS Customer MWHSBAND.COM**
**Tullahoma News TENNADS.COM**
**Citizen Tribune EASTTNWHEELS.COM**
**Tullahoma News TULLAHOMANEWS.COM**
**Manchester Times MANCHESTERTIMES.COM**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERS.COM**
**Lakeway Printers M'town**
**LAKEWAYPRINTERS.COM**
**Herald-Chronicle HERALD-CHRONICLE.COM**
**Grundy County Herald**
**GRUNDYCOUNTYHERALD.COM**
**Elk Valley Times ELKVALLEYTIMES.COM**
**Lakeway Printers M'town OVER-50.ORG**
**LCS Customer FREEDOMLAKEWAY.COM**
**Central Virginian**
**THECENTRALVIRGINIAN.COM**
**Citizen Tribune**
**LITTLEDUTCHRESTAURANT.COM**
**LCS Customer GUTTERSANDMORETN.NET**
**Northern Neck News**
**NORTHERNNECKFREEPRESS.ORG**
**Northern Neck News**
**NORTHERNNECKFREEPRESS.NET**
**Northern Neck News**
**NORTHERNNECKFREEPRESS.COM**
**Northern Neck News**
**NORTHERNNECKFREEPRESS.CO**
**Tri-Lake Ledger TRI-LAKELEDGER.COM**
**Tri-Lake Ledger TRILAKELEDGER.COM**
**West Mooreland News**
**WESTMORELANDNEWS.NET**                      **$0.00**                          **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(If known)* _____ |
|--------|--------------------------|--|------------------------------------------|
|        | Name | | |

**Citizen Tribune TROJANARMY.ORG**
**Centralia Fireside Guard**
**FIRESIDEGUARD.COM**
**Citizen Tribune HCEXCEL.ORG**
**Northern Neck News**
**NORTHERNNECKNEWSPAPERS.NET**
**Northern Neck News**
**NORTHERNNECKNEWSPAPERS.COM**
**LCS Customer GUTTERSANDMORETN.COM**
**Tullahoma News RIDGERUNNERTN.COM**
**LCS Customer ULTRANETWIFI.NET**
**LCS Customer ULTRANETWIFI.COM**
**Citizen Tribune CITIZENTRIBUNE.INFO**
**Citizen Tribune CITIZENTRIBUNE.BIZ**
**Herald-Chronicle**
**WINCHESTERNEWSPAPER.COM**
**Tullahoma News**
**TULLAHOMANEWSPAPER.NET**
**Tullahoma News**
**TULLAHOMANEWSPAPER.COM**
**Grundy County Herald**
**TRACYCITYNEWSPAPER.COM**
**Citizen Tribune**
**MORRISTOWNNEWSPAPER.COM**
**Manchester Times**
**MANCHESTERNEWSPAPER.COM**
**Elk Valley Times**
**FAYETTEVILLETNNEWSPAPER.COM**
**Herald Progess HERALD-PROGRESS.COM**
**Citizen Tribune NEWSPAPER-ARCHIVES.COM**
**Citizen Tribune**
**THEMEDICALDIRECTORY.COM**
**LCS Customer LCS.NET**
**Civil War Courier CIVILWARCOURIER.COM**
**LCS Customer WALTECHPLASTICS.COM**
**LCS Customer FOPTN4.ORG**
**LCS Customer THEATREGUILDINC.ORG**
**Citizen Tribune CITIZENTRIBUNE.COM**
**LCS Customer STRATEINSURANCE.COM**
**Lakeway Printers M'town**
**HAMBLENCOUNTYCHURCHES.COM**
**Citizen Tribune THECITIZENTRIBUNE.COM**
**LCS Customer**
**JORDANTAYLORHOMEFURNISHINGS.COM**                    **$0.00**                    **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**Lakeway Pub M'town VALERTS.US**
**Lakeway Pub M'town TNALERTS.US**
**Lakeway Pub M'town MOALERTS.US**
**Lakeway Pub M'town CTALERTS.US**
**Citizen Tribune TJCCAASPORTS.COM**
**Lakeway Pub M'town LWPVA.COM**
**Lakeway Pub M'town LWPMO.COM**
**Citizen Tribune HCEXCELL.ORG**
**Tullahoma News SUNDAY-NEWS.NET**
**Herald-Chronicle PRONTOPRINTERS.NET**
**Tullahoma News MIDDLETENNESSEE.COM**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERSINC.COM**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERS.NET**
**Tullahoma News HIGHLANDRIM.NET**
**Herald-Chronicle HERALDCHRONICLE.NET**
**Herald-Chronicle HERALDCHRONICLE.COM**
**Grundy County Herald**
**GRUNDYCOUNTYHERALD.NET**
**Tullahoma News FUNLANDER.COM**
**Citizen Tribune MORRISTOWNTN.NET**
**Tullahoma News FACTFINDER-TN.COM**
**LCS Customer Grace Baker**
**GRACEBAKER.NET**
**Central Virginian**
**OLDDOMINIONPRINTING.COM**
**Lakeway Pub M'town**
**DOCUMENT-ARCHIVES.COM**
**Civil War Courier CITIZENSCOMPANION.COM**
**Tullahoma News**
**AUTOADVANTAGE-MIDTN.COM**
**Civil War Courier LONGSTREETMUSEUM.COM**
**Lakeway Printers M'town**
**THEMEDICALDIRECTORY.NET**
**LCS Customer - WCRK/WMTN**
**COUNTRYLEGENDS933.COM**
**Citizen Tribune LAKEWAYCLASSIFIEDS.COM**
**Lakeway Publishers, Inc. HAMBLENVETS.ORG**
**Citizen Tribune MORRISTOWNTN.COM**
**Moore County News**
**THEMOORECOUNTYNEWS.COM**
**Tullahoma News**
**MIDDLETENNESSEENEWS.COM**
**Herald-Chronicle THESIGNDEPT.COM**
**LCS Customer Volunteer Blind**
**OPPORTUNITYEAST.ORG**                    $0.00                    **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Lakeway Publishers, Inc.**                                    Case number *(If known)* _____
<u>Name</u>

**Citizen Tribune EASTTNAUTO.COM**
**LCS Customer Donation**
**FUMCMORRISTOWN.ORG**
**LCS Customer Donation**
**ALPSADULTDAYSERVICES.COM**
**WMTN WMTNRADIO.COM**
**LCS Customer HARMONEYECLINIC.COM**
**Citizen Tribune CITIZENTRIBUNE.NET**
**LCS Customer ULTRANETWIRELESS.NET**
**Tullahoma News MIDTENNAUTO.NET**
**Tullahoma News MIDTENNAUTO.COM**
**LCS Customer(Non-Profit) AMERLEGP52.ORG**
**LCS Customer MH-HUMANESOCIETY.COM**
**Lakeway Pub M'town READWINK.COM**
**Tullahoma News TEMPO-TN.COM**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.ORG**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.NET**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.COM**
**Civil War Courier CAMPCHASE.COM**
**Citizen Tribune - SMMP**
**SMOKEYMOUNTAINMARKET.COM**
**Citizen Tribune**
**HILLBILLYSCABINRESTAURANT.COM**
**Citizen Tribune BIGDEALCAFE.COM**
**Citizen Tribune BIGDEALTN.COM**
**Citizen Tribune BIGDEALTENNESSEE.COM**
**Tullahoma News BIGDEALMIDTENN.COM**
**WCRK MORRISTOWNRADIO.COM**
**Lakeway Publishers, Inc.**
**EWINKMAGAZINE.COM**
**Citizen Tribune**
**LAKEWAYAREACHURCHES.COM**
**Citizen Tribune**
**EASTTENNESSEECHURCHES.COM**
**LCS Customer MYRCF.ORG**
**Tullahoma News MIDTENNBUSINESS.COM**
**Citizen Tribune LAKEWAYREGION.COM**
**Citizen Tribune LAKEWAYNEWS.COM**
**Citizen Tribune LAKEWAYAREA.COM**
**Citizen Tribune EASTTENNESSEENEWS.COM**
**Tullahoma News MID-TENNHOMES.COM**
**Citizen Tribune CITIZENTRIBUNE.US**
**Citizen Tribune BIGDEALSTN.COM**                              **$0.00**                              **Unknown**

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* |
| | Name | |

**Citizen Tribune BIGDEALSTENNESSEE.COM**
**WCRK WCRK.COM**
**LCS Customer**
**AMERICANPLASTICPROFILES.COM**
**WCRK COUNTRYLEGENDS1300.COM**
**Citizen Tribune**
**LAKEWAYHOMESANDMORE.COM**
**LCS Customer MATSTN.ORG**
**West Mooreland News**
**WESTMORELANDCO.NET**
**Northern Neck News**
**NORTHERNNECKNEWS.COM**
**Citizen Tribune EASTTENNESSEEAUTOS.COM**
**Civil War Courier**
**CIVILWARMARKETPLACE.COM**
**Caroline Progress CAROLINEPROGRESS.NET**
**Caroline Progress**
**CAROLINEPROGRESS.COM**
**LCS Customer Donation**
**ALPSADULTDAYSERVICES.COM**
**LCS Customer**
**AMERICANPLASTICPROFILES.COM**
**LCS Customer(Non-Profit) AMERLEGP52.ORG**
**Tullahoma News**
**AUTOADVANTAGE-MIDTN.COM**
**Citizen Tribune BIGDEALCAFE.COM**
**Tullahoma News BIGDEALMIDTENN.COM**
**Citizen Tribune BIGDEALSTENNESSEE.COM**
**Citizen Tribune BIGDEALSTN.COM**
**Citizen Tribune BIGDEALTENNESSEE.COM**
**Citizen Tribune BIGDEALTN.COM**
**Civil War Courier CAMPCHASE.COM**
**Caroline Progress**
**CAROLINEPROGRESS.COM**
**Caroline Progress CAROLINEPROGRESS.NET**
**Civil War Courier CITIZENSCOMPANION.COM**
**Citizen Tribune CITIZENTRIBUNE.BIZ**
**Citizen Tribune CITIZENTRIBUNE.COM**
**Citizen Tribune CITIZENTRIBUNE.INFO**
**Citizen Tribune CITIZENTRIBUNE.NET**
**Citizen Tribune CITIZENTRIBUNE.US**
**Citizen Tribune**
**CITIZENTRIBUNEKICKOFFCLASSIC.COM**
**Civil War Courier CIVILWARCOURIER.COM**
**Civil War Courier**
**CIVILWARMARKETPLACE.COM**
**WCRK COUNTRYLEGENDS1300.COM**

|  | **$0.00** | **Unknown** |

Debtor      **Lakeway Publishers, Inc.**                                              Case number *(If known)* _____
                Name

**LCS Customer - WCRK/WMTN
COUNTRYLEGENDS933.COM
Lakeway Pub M'town CTALERTS.US
Lakeway Pub M'town
DOCUMENT-ARCHIVES.COM
Citizen Tribune EASTTENNESSEEAUTOS.COM
Citizen Tribune
EASTTENNESSEECHURCHES.COM
Citizen Tribune EASTTENNESSEENEWS.COM
Citizen Tribune EASTTNAUTO.COM
Citizen Tribune EASTTNWHEELS.COM
Elk Valley Times ELKVALLEYTIMES.COM
Lakeway Publishers, Inc.
EWINKMAGAZINE.COM
Tullahoma News FACTFINDER-TN.COM
Elk Valley Times
FAYETTEVILLETNNEWSPAPER.COM
Centralia Fireside Guard
FIRESIDEGUARD.COM
LCS Customer FOPTN4.ORG
LCS Customer FREEDOMLAKEWAY.COM
LCS Customer Donation
FUMCMORRISTOWN.ORG
Tullahoma News FUNLANDER.COM
LCS Customer Grace Baker
GRACEBAKER.NET
Grundy County Herald
GRUNDYCOUNTYHERALD.COM
Grundy County Herald
GRUNDYCOUNTYHERALD.NET
LCS Customer GUTTERSANDMORETN.COM
LCS Customer GUTTERSANDMORETN.NET
Lakeway Printers M'town
HAMBLENCOUNTYCHURCHES.COM
Lakeway Publishers, Inc. HAMBLENVETS.ORG
LCS Customer HARMONEYECLINIC.COM
Citizen Tribune HCEXCEL.ORG
Citizen Tribune HCEXCELL.ORG
Herald-Chronicle HERALDCHRONICLE.COM
Herald-Chronicle HERALD-CHRONICLE.COM
Herald-Chronicle HERALDCHRONICLE.NET
Herald Progess HERALD-PROGRESS.COM
Tullahoma News HIGHLANDRIM.NET
Citizen Tribune
HILLBILLYSCABINRESTAURANT.COM
LCS Customer
JORDANTAYLORHOMEFURNISHINGS.COM**                           **$0.00**                          **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**Citizen Tribune LAKEWAYAREA.COM**
**Citizen Tribune**
**LAKEWAYAREACHURCHES.COM**
**Citizen Tribune LAKEWAYCLASSIFIEDS.COM**
**Citizen Tribune**
**LAKEWAYHOMESANDMORE.COM**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.COM**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.NET**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.ORG**
**Citizen Tribune LAKEWAYNEWS.COM**
**Lakeway Printers M'town**
**LAKEWAYPRINTERS.COM**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERS.COM**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERS.NET**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERSINC.COM**
**Citizen Tribune LAKEWAYREGION.COM**
**Lakeway Printers M'town**
**LAKEWAYTICKETS.COM**
**Citizen Tribune LAKEWAYWHEELS.COM**
**LCS Customer LCS.NET**
**Citizen Tribune**
**LITTLEDUTCHRESTAURANT.COM**
**LCS Customer**
**LOGONCOMPUTERSERVICES.COM**
**LCS Customer**
**LOGONCOMPUTERSERVICES.NET**
**Civil War Courier LONGSTREETMUSEUM.COM**
**Lakeway Pub M'town LWPMO.COM**
**Lakeway Pub M'town LWPVA.COM**
**Manchester Times**
**MANCHESTERNEWSPAPER.COM**
**Manchester Times MANCHESTERTIMES.COM**
**LCS Customer MATSTN.ORG**
**LCS Customer MH-HUMANESOCIETY.COM**
**Tullahoma News MIDDLETENNESSEE.COM**
**Tullahoma News**
**MIDDLETENNESSEENEWS.COM**
**Tullahoma News MIDTENNAUTO.COM**
**Tullahoma News MIDTENNAUTO.NET**
**Tullahoma News MIDTENNBUSINESS.COM**
**Tullahoma News MID-TENNHOMES.COM**                    **$0.00**                                    **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | <sub>Name</sub> | |

**Lakeway Pub M'town MOALERTS.US**
**Citizen Tribune**
**MORRISTOWNNEWSPAPER.COM**
**WCRK MORRISTOWNRADIO.COM**
**Lakeway Printers M'town**
**MORRISTOWNTICKETS.COM**
**Citizen Tribune MORRISTOWNTN.COM**
**Citizen Tribune MORRISTOWNTN.NET**
**LCS Customer MWHSBAND.COM**
**LCS Customer MYRCF.ORG**
**Citizen Tribune NEWSPAPER-ARCHIVES.COM**
**Northern Neck News**
**NORTHERNNECKFREEPRESS.CO**
**Northern Neck News**
**NORTHERNNECKFREEPRESS.COM**
**Northern Neck News**
**NORTHERNNECKFREEPRESS.NET**
**Northern Neck News**
**NORTHERNNECKFREEPRESS.ORG**
**Northern Neck News**
**NORTHERNNECKNEWS.COM**
**Northern Neck News**
**NORTHERNNECKNEWS.NET**
**Northern Neck News**
**NORTHERNNECKNEWSPAPERS.COM**
**Northern Neck News**
**NORTHERNNECKNEWSPAPERS.NET**
**Northumberland Echo**
**NORTHUMBERLANDECHO.COM**
**Northumberland Echo**
**NORTHUMBERLANDECHO.NET**
**Northern Neck News**
**OLDDOMINIONBUSINESSFINDER.COM**
**Northern Neck News**
**OLDDOMINIONBUSINESSFINDER.NET**
**Central Virginian**
**OLDDOMINIONPRINTING.COM**
**LCS Customer Volunteer Blind**
**OPPORTUNITYEAST.ORG**
**Lakeway Printers M'town OVER-50.ORG**
**LCS Customer PANTHERSPRINGSUMC.ORG**
**Herald-Chronicle PRONTOPRINTERS.NET**
**Lakeway Pub M'town READWINK.COM**
**Tullahoma News RIDGERUNNERTN.COM**
**Lakeway Pub M'town**
**SHOWMESTATEAUTOS.COM**
**Lakeway Pub M'town**
**SHOWMESTATEAUTOS.NET**
**Citizen Tribune - SMMP**
**SMOKEYMOUNTAINMARKET.COM**
**LCS Customer STRATEINSURANCE.COM**
**Tullahoma News SUNDAY-NEWS.NET**                     **$0.00**                              **Unknown**

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* _____ |
| --- | --- | --- |
| | Name | |

**Tullahoma News TEMPO-TN.COM**
**Tullahoma News TENNADS.COM**
**LCS Customer THEATREGUILDINC.ORG**
**Central Virginian**
**THECENTRALVIRGINIAN.COM**
**Citizen Tribune THECITIZENTRIBUNE.COM**
**Citizen Tribune**
**THEMEDICALDIRECTORY.COM**
**Lakeway Printers M'town**
**THEMEDICALDIRECTORY.NET**
**Moore County News**
**THEMOORECOUNTYNEWS.COM**
**Herald-Chronicle THESIGNDEPT.COM**
**Citizen Tribune TJCCAASPORTS.COM**
**Lakeway Pub M'town TNALERTS.US**
**Grundy County Herald**
**TRACYCITYNEWSPAPER.COM**
**Tri-Lake Ledger TRILAKELEDGER.COM**
**Tri-Lake Ledger TRI-LAKELEDGER.COM**
**Citizen Tribune TROJANARMY.ORG**
**Tullahoma News TULLAHOMANEWS.COM**
**Tullahoma News**
**TULLAHOMANEWSPAPER.COM**
**Tullahoma News**
**TULLAHOMANEWSPAPER.NET**
**LCS Customer ULTRANETWIFI.COM**
**LCS Customer ULTRANETWIFI.NET**
**LCS Customer ULTRANETWIRELESS.NET**
**Lakeway Publishers, Inc. USSCIRC.COM**
**Lakeway Publishers, Inc.**
**USSCIRCULATION.COM**
**Lakeway Pub M'town VALERTS.US**
**LCS Customer WALTECHPLASTICS.COM**
**WCRK WCRK.COM**
**West Mooreland News**
**WESTMORELANDCO.NET**
**West Mooreland News**
**WESTMORELANDNEWS.NET**
**Herald-Chronicle**
**WINCHESTERNEWSPAPER.COM**
**WMTN WMTNRADIO.COM**
**Caroline Progress**
**CAROLINEPROGRESS.COM**
**Caroline Progress CAROLINEPROGRESS.NET**
**Central Virginian**
**OLDDOMINIONPRINTING.COM**
**Central Virginian**
**THECENTRALVIRGINIAN.COM**
**Centralia Fireside Guard**
**FIRESIDEGUARD.COM**
**Citizen Tribune BIGDEALCAFE.COM**                          $0.00                          Unknown

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

Citizen Tribune BIGDEALSTENNESSEE.COM
Citizen Tribune BIGDEALSTN.COM
Citizen Tribune BIGDEALTENNESSEE.COM
Citizen Tribune BIGDEALTN.COM
Citizen Tribune CITIZENTRIBUNE.BIZ
Citizen Tribune CITIZENTRIBUNE.COM
Citizen Tribune CITIZENTRIBUNE.INFO
Citizen Tribune CITIZENTRIBUNE.NET
Citizen Tribune CITIZENTRIBUNE.US
Citizen Tribune
CITIZENTRIBUNEKICKOFFCLASSIC.COM
Citizen Tribune EASTTENNESSEEAUTOS.COM
Citizen Tribune
EASTTENNESSEECHURCHES.COM
Citizen Tribune EASTTENNESSEENEWS.COM
Citizen Tribune EASTTNAUTO.COM
Citizen Tribune EASTTNWHEELS.COM
Citizen Tribune HCEXCEL.ORG
Citizen Tribune HCEXCELL.ORG
Citizen Tribune
HILLBILLYSCABINRESTAURANT.COM
Citizen Tribune LAKEWAYAREA.COM
Citizen Tribune
LAKEWAYAREACHURCHES.COM
Citizen Tribune LAKEWAYCLASSIFIEDS.COM
Citizen Tribune
LAKEWAYHOMESANDMORE.COM
Citizen Tribune LAKEWAYNEWS.COM
Citizen Tribune LAKEWAYREGION.COM
Citizen Tribune LAKEWAYWHEELS.COM
Citizen Tribune
LITTLEDUTCHRESTAURANT.COM
Citizen Tribune
MORRISTOWNNEWSPAPER.COM
Citizen Tribune MORRISTOWNTN.COM
Citizen Tribune MORRISTOWNTN.NET
Citizen Tribune NEWSPAPER-ARCHIVES.COM
Citizen Tribune THECITIZENTRIBUNE.COM
Citizen Tribune
THEMEDICALDIRECTORY.COM
Citizen Tribune TJCCAASPORTS.COM
Citizen Tribune TROJANARMY.ORG
Citizen Tribune - SMMP
SMOKEYMOUNTAINMARKET.COM                    $0.00                    Unknown

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* |
| | Name | |

**Civil War Courier CAMPCHASE.COM**
**Civil War Courier CITIZENSCOMPANION.COM**
**Civil War Courier CIVILWARCOURIER.COM**
**Civil War Courier**
**CIVILWARMARKETPLACE.COM**
**Civil War Courier LONGSTREETMUSEUM.COM**
**Elk Valley Times ELKVALLEYTIMES.COM**
**Elk Valley Times**
**FAYETTEVILLETNNEWSPAPER.COM**
**Grundy County Herald**
**GRUNDYCOUNTYHERALD.COM**
**Grundy County Herald**
**GRUNDYCOUNTYHERALD.NET**
**Grundy County Herald**
**TRACYCITYNEWSPAPER.COM**
**Herald Progess HERALD-PROGRESS.COM**
**Herald-Chronicle HERALDCHRONICLE.COM**
**Herald-Chronicle HERALD-CHRONICLE.COM**
**Herald-Chronicle HERALDCHRONICLE.NET**
**Herald-Chronicle PRONTOPRINTERS.NET**
**Herald-Chronicle THESIGNDEPT.COM**
**Herald-Chronicle**
**WINCHESTERNEWSPAPER.COM**
**Lakeway Printers M'town**
**HAMBLENCOUNTYCHURCHES.COM**
**Lakeway Printers M'town**
**LAKEWAYPRINTERS.COM**
**Lakeway Printers M'town**
**LAKEWAYTICKETS.COM**
**Lakeway Printers M'town**
**MORRISTOWNTICKETS.COM**
**Lakeway Printers M'town OVER-50.ORG**
**Lakeway Printers M'town**
**THEMEDICALDIRECTORY.NET**
**Lakeway Pub M'town CTALERTS.US**
**Lakeway Pub M'town**
**DOCUMENT-ARCHIVES.COM**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.COM**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.NET**
**Lakeway Pub M'town**
**LAKEWAYMARKETPLACE.ORG**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERS.COM**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERS.NET**
**Lakeway Pub M'town**
**LAKEWAYPUBLISHERSINC.COM**                                      **$0.00**                                    **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Lakeway Pub M'town LWPMO.COM**
**Lakeway Pub M'town LWPVA.COM**
**Lakeway Pub M'town MOALERTS.US**
**Lakeway Pub M'town READWINK.COM**
**Lakeway Pub M'town**
**SHOWMESTATEAUTOS.COM**
**Lakeway Pub M'town**
**SHOWMESTATEAUTOS.NET**
**Lakeway Pub M'town TNALERTS.US**
**Lakeway Pub M'town VALERTS.US**
**Lakeway Publishers, Inc.**
**EWINKMAGAZINE.COM**
**Lakeway Publishers, Inc. HAMBLENVETS.ORG**
**Lakeway Publishers, Inc. USSCIRC.COM**
**Lakeway Publishers, Inc.**
**USSCIRCULATION.COM**
**LCS Customer**
**AMERICANPLASTICPROFILES.COM**
**LCS Customer FOPTN4.ORG**
**LCS Customer FREEDOMLAKEWAY.COM**
**LCS Customer GUTTERSANDMORETN.COM**
**LCS Customer HARMONEYECLINIC.COM**
**LCS Customer**
**JORDANTAYLORHOMEFURNISHINGS.COM**
**LCS Customer LCS.NET**
**LCS Customer**
**LOGONCOMPUTERSERVICES.COM**
**LCS Customer**
**LOGONCOMPUTERSERVICES.NET**
**LCS Customer MATSTN.ORG**
**LCS Customer MWHSBAND.COM**
**LCS Customer MYRCF.ORG**
**LCS Customer PANTHERSPRINGSUMC.ORG**
**LCS Customer STRATEINSURANCE.COM**
**LCS Customer THEATREGUILDINC.ORG**
**LCS Customer ULTRANETWIFI.COM**
**LCS Customer ULTRANETWIFI.NET**
**LCS Customer ULTRANETWIRELESS.NET**
**LCS Customer WALTECHPLASTICS.COM**
**LCS Customer GUTTERSANDMORETN.NET**
**LCS Customer MH-HUMANESOCIETY.COM**
**LCS Customer - WCRK/WMTN**
**COUNTRYLEGENDS933.COM**
**LCS Customer Donation**
**ALPSADULTDAYSERVICES.COM**
**LCS Customer Donation**
**FUMCMORRISTOWN.ORG**
**LCS Customer Grace Baker**
**GRACEBAKER.NET**           **$0.00**           **Unknown**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**LCS Customer Volunteer Blind OPPORTUNITYEAST.ORG**
**LCS Customer(Non-Profit) AMERLEGP52.ORG**
**Manchester Times MANCHESTERNEWSPAPER.COM**
**Manchester Times MANCHESTERTIMES.COM**
**Moore County News THEMOORECOUNTYNEWS.COM**
**Northern Neck News NORTHERNNECKFREEPRESS.CO**
**Northern Neck News NORTHERNNECKFREEPRESS.COM**
**Northern Neck News NORTHERNNECKFREEPRESS.NET**
**Northern Neck News NORTHERNNECKFREEPRESS.ORG**
**Northern Neck News NORTHERNNECKNEWS.COM**
**Northern Neck News NORTHERNNECKNEWS.NET**
**Northern Neck News NORTHERNNECKNEWSPAPERS.COM**
**Northern Neck News NORTHERNNECKNEWSPAPERS.NET**
**Northern Neck News OLDDOMINIONBUSINESSFINDER.COM**
**Northern Neck News OLDDOMINIONBUSINESSFINDER.NET**
**Northumberland Echo NORTHUMBERLANDECHO.COM**
**Northumberland Echo NORTHUMBERLANDECHO.NET**
**Tri-Lake Ledger TRILAKELEDGER.COM**
**Tri-Lake Ledger TRI-LAKELEDGER.COM**
**Tullahoma News AUTOADVANTAGE-MIDTN.COM**
**Tullahoma News BIGDEALMIDTENN.COM**
**Tullahoma News FACTFINDER-TN.COM**
**Tullahoma News FUNLANDER.COM**
**Tullahoma News HIGHLANDRIM.NET**
**Tullahoma News MIDDLETENNESSEE.COM**
**Tullahoma News MIDDLETENNESSEENEWS.COM**
**Tullahoma News MIDTENNAUTO.COM**
**Tullahoma News MIDTENNAUTO.NET**
**Tullahoma News MIDTENNBUSINESS.COM**
**Tullahoma News MID-TENNHOMES.COM**
**Tullahoma News RIDGERUNNERTN.COM**
**Tullahoma News SUNDAY-NEWS.NET**
**Tullahoma News TEMPO-TN.COM**

|  | $0.00 | | Unknown |
|---|---|---|---|

Debtor   **Lakeway Publishers, Inc.**                                    Case number *(If known)*  _____
         Name

**Tullahoma News TENNADS.COM**
**Tullahoma News TULLAHOMANEWS.COM**
**Tullahoma News**
**TULLAHOMANEWSPAPER.COM**
**Tullahoma News**
**TULLAHOMANEWSPAPER.NET**
**WCRK COUNTRYLEGENDS1300.COM**
**WCRK MORRISTOWNRADIO.COM**
**WCRK WCRK.COM**
**West Mooreland News**
**WESTMORELANDCO.NET**
**West Mooreland News**
**WESTMORELANDNEWS.NET**
**WMTN WMTNRADIO.COM**                              **$0.00**                              **Unknown**

62.      **Licenses, franchises, and royalties**
         **Custom Developed Software: Universal**
         **Subscription System; Point of Sales/CC**
         **Processing/Reporting; Management**
         **Report/Citrix Charts (perpetual license)**

         **Developed and own but never copyrighted**    **$0.00**                          **Unknown**

         **Signs First**
         **(Franchised under the Winchester Hearald**
         **Chronicle)**                                  **$2,953.49**   **N/A**            **$15,000.00**

63.      **Customer lists, mailing lists, or other compilations**

64.      **Other intangibles, or intellectual property**
         **1609 W 1st North St.**
         **Morristown, TN 37815**

         **(LWP, Inc.) building**                        **$46,797.82**   **N/A**           **Unknown**

65.      **Goodwill**

66.      **Total of Part 10.**                                                             **$15,000.00**
         Add lines 60 through 65. Copy the total to line 89.

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
         ☐ No
         ■ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 25

| Debtor | **Lakeway Publishers, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

**71.**    **Notes receivable**
Description (include name of obligor)

**WMTN/WCRK**      **94,561.00** - **0.00** = **$94,561.00**
Total face amount     doubtful or uncollectible amount

**Cannon Courier**      **44,192.00** - **0.00** = **$44,192.00**
Total face amount     doubtful or uncollectible amount

**DR Media Group**      **141,666.67** - **0.00** = **$141,666.67**
Total face amount     doubtful or uncollectible amount

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
**Federal Tax Return:**
**TN & VA portion of EIN 62-0754964**      Tax year **2018**      **$2,352,293.00**

**Federal tax refund**
**(Consolidated to include MO)**      Tax year **2018**      **$6,774,630.00**

**73.**    **Interests in insurance policies or annuities**
**Craig Terry:**
**Prudential #75 826 027**
**Face amount: $250,000**      **$243,147.67**

**Craig Terry:**
**Prudential #62 473 965**
**Face amount: $100,000**      **$135,551.97**

**Don Cunningham:**
**Prudential #62 230 660**
**Face amount: $250,000**      **$213,097.35**

**Jeff Fishman:**
**State Mutual #196239**
**Face amount: $500,000**      **$213,097.35**

**Jeff Fishman:**
**Principal #6093164**
**Face amount: $950,000**      **$1,050,000.00**

**Mike Fishman:**
**State Mutual #211282**
**Face amount: $581,146**      **$295,214.59**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor      **Lakeway Publishers, Inc.**                                Case number *(If known)* _____
            Name

**Mike Fishman:**
**Lincoln Financial #JP5242362**
**Face amount: $700,000**                                                                    $175,800.37

**R. Jack Fishman:**
**Prudential #75 788 544**
**Face amount: $100,000**                                                                    $134,044.21

**R. Jack Fishman:**
**Prudential #39 565 323**
**Face amount: $200,000**                                                                    $497,262.00

**R. Jack Fishman:**
**Prudential #35 267 776**
**Face amount: $100,000**                                                                    $439,472.41

**R. Jack Fishman:**
**Prudential #39 720 306**
**Face amount: $400,000**                                                                    $167,808.78

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Lakeway Publishers of Florida, Inc. d/b/a Sun Publications of Forida v. Merchant's Coupon Exchange, Inc. and Yvonne Davis: Case No. 2017CA000822000000 in the Polk County Circuit Court** | $132,956.43 |

  **Nature of claim**        **Civil Ligitation**
  **Amount requested**              **$132,956.43**

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** **Lakeway Publisher's, Inc. non-qualified retirement Tophat Retirement Plan** | **Unknown** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership **Miscellaneous expensed assets for all DBA's** | |

  **Method: NBV**                                                                            $286,424.44

**Timeshare - Island One Resorts/ Plantation Cove**
**Condominiums**
**Unit 402, Week 17**
**PCR 402/17 10607.1 700-888-010607**                                                        **Unknown**

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $13,391,220.24 |
| | Add lines 71 through 77. Copy the total to line 90. | |

Debtor    **Lakeway Publishers, Inc.**    Case number *(If known)* _____
            Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Lakeway Publishers, Inc.** _____  Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $82,261.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $275.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $820,223.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $46,566.03 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $815,250.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $5,713,231.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $15,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,391,220.24 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,170,796.60 | + 91b. $5,713,231.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $20,884,027.60 |

**Fill in this information to identify the case:**

Debtor name   **Lakeway Publishers, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Craig Enterprises**<br>Creditor's Name<br><br>**5450 Circle Church Dr.**<br>**Attn: Terry Craig**<br>**Leesburg, FL 34748**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Moore County News**<br><br><br>**Describe the lien**<br>**Promissory Note** | **$12,000.00** | **$0.00** |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**Moore Co. News (lease to own)**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2  Pinnacle Bank**<br>Creditor's Name<br><br>**1111 N. Northshore Dr.,**<br>**Ste. S-800**<br>**Ste. 130**<br>**Knoxville, TN 37919**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**1608-1619 W 1st North St.**<br>**Morristown, TN 37814**<br><br>**(CT)**<br>**Office building**<br><br>**Describe the lien** | **$3,939,310.21** | **$1,329,744.00** |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5723**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | | Case number (if know) | |
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $235,000.00 |

Creditor's Name

1619 W 1st North St.
Morristown, TN 37814

**1111 N. Northshore Dr., Ste. S-800
Knoxville, TN 37919**

**(CT, LCS & Civil War Publications)
Office building**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
5723**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $714,910.00 |

Creditor's Name

1611 W Andrew Johnson Hwy
Morristown, TN 37814

**1111 N. Northshore Dr., Ste. S-800
Knoxville, TN 37919**

**(LCS)
Office/Retail building**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
5723**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $1,900,000.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | 505 Lakeway Place<br>Tullahoma, TN 37388 |
|---|---|

**1111 N. Northshore Dr.,**
**Ste. S-800**
**Knoxville, TN 37919**

Creditor's mailing address

**(TN)**
**Office/Warehouse**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5723**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.6 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $73,517.00 |
|---|---|---|---|---|
| | Creditor's Name | **418 N Elk St.**<br>**Fayettteville, TN  3344** | | |

**1111 N. Northshore Dr.,**
**Ste. S-800**
**Knoxville, TN 37919**

Creditor's mailing address

**(EVT)**
**Office  building**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5723**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.7 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $75,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **65 Oak Street**<br>**Tracy City, TN 37387** | | |

**1111 N. Northshore Dr.,**
**Ste. S-800**
**Knoxville, TN 37919**

Creditor's mailing address

**(GCH)**
**Office building**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 3 of 6 |
|---|---|---|

Debtor    **Lakeway Publishers, Inc.**                                   Case number (if know) _____
_____
Name

| | |
|---|---|
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **5723** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $660,060.00 |
|---|---|---|---|---|
| | Creditor's Name | **906 Dinah Shore Blvd.** | | |
| | | **Winchester, TN 37398** | | |

**1111 N. Northshore Dr.,
Ste. S-800
Knoxville, TN 37919**
_____
Creditor's mailing address

**(WHC)
Office Building**

Describe the lien
_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
5723**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $335,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **132 Court St.** | | |
| | | **Warsaw, VA 22572** | | |

**1111 N. Northshore Dr.,
Ste. S-800
Knoxville, TN 37919**
_____
Creditor's mailing address

**(NNN, NE & WN)
Office building**

Describe the lien
_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
5723**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

| Debtor | **Lakeway Publishers, Inc.** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.10**

| | | | |
|---|---|---|---|
| **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $0.00 | $390,000.00 |
| Creditor's Name | **89 Rescue Lane**<br>**Loisa, VA 23093** | | |
| **1111 N. Northshore Dr., Ste. S-800**<br>**Knoxville, TN 37919** | **(TCV)**<br>**Office building** | | |
| Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5723**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.11**

| | | | |
|---|---|---|---|
| **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $1,785,000.00 | $0.00 |
| Creditor's Name | **3650 West Industrial Dr.**<br>**Louisiana, MO 63353** | | |
| **1111 N. Northshore Dr., Ste. S-800**<br>**Knoxville, TN 37919** | **Industrial** | | |
| Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2002**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.12**

| | | | |
|---|---|---|---|
| **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $750,000.00 | $0.00 |
| Creditor's Name | **AR, Inventory, CV Ins.** | | |
| **1111 N. Northshore Dr., Ste. S-800**<br>**Knoxville, TN 37919** | | | |
| Creditor's mailing address | Describe the lien | | |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 5 of 6 |
|---|---|---|

| Debtor | **Lakeway Publishers, Inc.** | Case number (if know) | |
| | Name | | |

**Date debt was incurred**

**Last 4 digits of account number**
**5722**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.13 | **Pinnacle Bank** | Describe debtor's property that is subject to a lien | $954,564.68 | $0.00 |

Creditor's Name

**1111 N. Northshore Dr.,
Ste. S-800
Knoxville, TN 37919**
Creditor's mailing address

**Equipment and building at (PJP)
3650 W Industrial Dr.
Louisiana, MO 63353**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,440,874.89 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
| --- | --- | --- |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Lakeway Publishers, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 37941**<br>**Hartford, CT 06176-7941** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$37,164.84** | **$37,164.84** |
|  | Date or dates debt was incurred<br>**01.24.19** | Basis for the claim:<br>**Payroll Taxes** | | |
|  | Last 4 digits of account number **4964**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 37941**<br>**Hartford, CT 06176-7941** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,363.93** | **$33,363.93** |
|  | Date or dates debt was incurred<br>**02.07.19** | Basis for the claim:<br>**Payroll Taxes** | | |
|  | Last 4 digits of account number **4964**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                34250                Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.3** | Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 37941
Hartford, CT 06176-7941

| As of the petition filing date, the claim is: | $36,849.70 | $36,849.70 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02.21.19**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **4964**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** | Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 37941
Hartford, CT 06176-7941

| As of the petition filing date, the claim is: | $32,600.17 | $32,600.17 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03.07.19**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **4964**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** | Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 37941
Hartford, CT 06176-7941

| As of the petition filing date, the claim is: | $36,731.40 | $36,731.40 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**03.21.19**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **4964**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** | Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 37941
Hartford, CT 06176-7941

| As of the petition filing date, the claim is: | $32,605.85 | $32,605.85 |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**04.07.19**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **4964**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,605.85 | $32,605.85 |
|---|---|---|---|---|
| | **Internal Revenue Service** | Check all that apply. | | |
| | **P.O. Box 37941** | ☐ Contingent | | |
| | **Hartford, CT 06176-7941** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **04.21.19** | **Payroll Taxes** | | |
| | Last 4 digits of account number **4964** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,412.57 | $32,412.57 |
|---|---|---|---|---|
| | **Internal Revenue Service** | Check all that apply. | | |
| | **P.O. Box 37941** | ☐ Contingent | | |
| | **Hartford, CT 06176-7941** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **05.04.19** | **Payroll Taxes** | | |
| | Last 4 digits of account number **4964** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,285.51 | $36,285.51 |
|---|---|---|---|---|
| | **Internal Revenue Service** | Check all that apply. | | |
| | **P.O. Box 37941** | ☐ Contingent | | |
| | **Hartford, CT 06176-7941** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **05.16.19** | **Payroll Taxes** | | |
| | Last 4 digits of account number **4964** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,039.48 | $32,039.48 |
|---|---|---|---|---|
| | **Internal Revenue Service** | Check all that apply. | | |
| | **P.O. Box 37941** | ☐ Contingent | | |
| | **Hartford, CT 06176-7941** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **05.30.19** | **Payroll Taxes** | | |
| | Last 4 digits of account number **4964** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

Debtor   **Lakeway Publishers, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Tennessee Department of Labor &<br>Workforce Development<br>Boiler Unit<br>220 French Landing Dr.<br>Nashville, TN 37243** | As of the petition filing date, the claim is: **$150.00   $150.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Business expense** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.12 | Priority creditor's name and mailing address<br>**Tennessee Department of Revenue** | As of the petition filing date, the claim is: **$2,396.94   $2,396.94**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**1st Quarter 2019** | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.13 | Priority creditor's name and mailing address<br>**Tullahoma City Recorder<br>Attn: Rosemary Golden<br>201 W Grundy St.<br>Tullahoma, TN 37388** | As of the petition filing date, the claim is: **$13,937.04   $0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**505 LKWAY PL INDUSTRIAL** |
| | Last 4 digits of account number **RIAL**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.14 | Priority creditor's name and mailing address<br>**United States Treasury<br>P.O. Box 806532<br>Cincinnati, OH 45280-6532** | As of the petition filing date, the claim is: **$5,252.22   $5,252.22**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**1st Qtr. 2019** | Basis for the claim:<br>**FUI Deposits** |
| | Last 4 digits of account number **4964**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Lakeway Publishers, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,277.55 | $0.00 |
|---|---|---|---|---|

**United States Treasury**
P.O. Box 806532
Cincinnati, OH 45280-6532

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3rd & 4th Quarters 2018**

Basis for the claim:
**FUI Deposits**

Last 4 digits of account number **4964**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,872.09 | $2,872.09 |
|---|---|---|---|---|

**Virginia Department of Revenue**
1957 Westmoreland St.
Richmond, VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1st Quarter 2019**

Basis for the claim:
**SUI Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $747.13 | $747.13 |
|---|---|---|---|---|

**Virginia Department of Revenue**
1957 Westmoreland St.
Richmond, VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01.10.19**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.91 | $698.91 |
|---|---|---|---|---|

**Virginia Department of Revenue**
1957 Westmoreland St.
Richmond, VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**01.24.19**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $799.86 | $799.86 |
|---|---|---|---|---|
| | **Virginia Department of Revenue**<br>**1957 Westmoreland St.**<br>**Richmond, VA 23230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**02.07.19** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $652.99 | $652.99 |
|---|---|---|---|---|
| | **Virginia Department of Revenue**<br>**1957 Westmoreland St.**<br>**Richmond, VA 23230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**02.21.19** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $709.07 | $709.07 |
|---|---|---|---|---|
| | **Virginia Department of Revenue**<br>**1957 Westmoreland St.**<br>**Richmond, VA 23230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**03.07.19** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $655.65 | $655.65 |
|---|---|---|---|---|
| | **Virginia Department of Revenue**<br>**1957 Westmoreland St.**<br>**Richmond, VA 23230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**03.21.19** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Debtor | **Lakeway Publishers, Inc.** | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.88 | $750.88 |
|---|---|---|---|---|

**Virginia Department of Revenue**
**1957 Westmoreland St.**
**Richmond, VA 23230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **04.07.19** | **Payroll Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.88 | $750.88 |
|---|---|---|---|---|

**Virginia Department of Revenue**
**1957 Westmoreland St.**
**Richmond, VA 23230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **04.21.19** | **Payroll Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $753.33 | $753.33 |
|---|---|---|---|---|

**Virginia Department of Revenue**
**1957 Westmoreland St.**
**Richmond, VA 23230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **05.04.19** | **Payroll Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $623.18 | $623.18 |
|---|---|---|---|---|

**Virginia Department of Revenue**
**1957 Westmoreland St.**
**Richmond, VA 23230**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **05.16.19** | **Payroll Taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $791.95 | $791.95 |
|---|---|---|---|---|

**Virginia Department of Revenue**
**1957 Westmoreland St.**
**Richmond, VA 23230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**05.30.19**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,128.90** |
|---|---|---|---|

**A-1 Equipment Rental**
**335 East Morris Blvd.**
**Morristown, TN 37813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number  **5916**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.24** |
|---|---|---|---|

**A-Z Office Resource**
**d/b/a Evans Office Supply**
**1600 E Andrew Johnson Hwy.**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number  **E301**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**A.U. & Anna Dee Bradley**
**c/o Sharon Hurley**
**311 Getta Way**
**Mocksville, NC 27028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,090.80** |
|---|---|---|---|

**Accident Fund**
**P.O. Box 77000**
**Dept. 77125**
**Detroit, MI 48277-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number  **0201**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,565.25** |
|---|---|---|---|

**Acme Printing Company**
**1100 East Main Street**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313.00** |
|---|---|---|---|

**Adrian Hale Pest Control**
5476 St. Paul Rd.
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  1484,1485,1486,2776

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advanced Plastics, Inc.**
7360 Cockrill Bend Blvd.
Nashville, TN 37209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,495.24** |
|---|---|---|---|

**Advanced Publishing Technology**
123 S. Victory Blvd.
Burbank, CA 91502-2347

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Falcon SW**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Algie L. Christian, Trustee**
for Whitney C. Christian
1016 Lookout Dr.
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alice Gerson Goldfarb**
11 Brown Court
Livingston, NJ 07039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alice Sutherland Pryor**
1421 Laurel Hill Circle
Jefferson City, TN 37760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$739.25** |
|---|---|---|---|

**Alliance for Audited Media**
P.O. Box 74008818
Chicago, IL 60674-8818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4390**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,243.26**

**American Express**
PO Box 650448
**Dallas, TX 75265**

Date(s) debt was incurred __
Last 4 digits of account number **3007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases (R. Fishman)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**American Paper & Twine**
**7400 Cockrill Bend Blvd.**
**Nashville, TN 37209**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,635.34**

**AMG Parade**
**P.O. Box 306106**
**Nashville, TN 37230-6106**

Date(s) debt was incurred __
Last 4 digits of account number **0444,0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$218.49**

**Andrew Johnson Bank**
**435 West 1st North Street**
**Morristown, TN 37814**

Date(s) debt was incurred __
Last 4 digits of account number **9012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,305.71**

**Andrews McMeel Syndication**
**P.O. Box 843345**
**Kansas City, MO 64184-3345**

Date(s) debt was incurred __
Last 4 digits of account number **3487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Angela Stacy**
**705 Oak Street**
**Manchester, TN 37355**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Bond Refund**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Animatron, Inc.**
**2 Seaport Ln., Ste. 8C**
**Boston, MA 02210**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Anne P. Sims
P.O. Box 1005
Morristown, TN 37816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Appalachian Electric Co-op
PO Box 710
Jefferson City, TN 37760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Associated Bag Company
P.O. Box 3036
Milwaukee, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,895.53**

Associated Press Broadcast
P.O. Box 414212
Boston, MA 02241-4212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0041**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$589.63**

AT&T
P.O. Box 105503
Atlanta, GA 30348-5503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4284**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

AT&T
PO Box 105262
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Lakeway Publishers, Inc.**
_____
        Name

Case number *(if known)* _____

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AT&T**
**Direct TV**
**2250 East Imperial Hwy., N368**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AT&T U-Verse**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,869.83** |
|---|---|---|---|

**Athens Paper Company**
**P.O. Box 291329**
**Nashville, TN 37229-1329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number  **0517**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Athlon Media Group**
**75 Remittance Dr., #1211**
**Chicago, IL 60675-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Atlantic Broadband**
**P.O. Box 371801**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103.57** |
|---|---|---|---|

**Atmos Energy Corp.**
**P.O. Box 790311**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number  **5571**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AVW, Inc.**
**d/b/a Max Pro**
**P.O. Box 9962**
**Fort Lauderdale, FL 33310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.39 |
|---|---|---|---|

**Bagwell Document Solution**
618 Elm St.
Shelbyville, TN 37160

Date(s) debt was incurred _

Last 4 digits of account number __ **E001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of America**
PO Box 15019
Wilmington, DE 19850

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bank of America Business Card**
P.O. Box 15796
Wilmington, DE 19886-5796

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bankcard Center**
P.O. Box 385
Memphis, TN 38101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara B. Thompson**
1025 walters Drive
Morristown, TN 37814

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Barbara Gilliam Thomas**
768 Graves-Delozier Rd.
Seymour, TN 37865

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BB&T Commercial Equipment Capital**
Attn: Accounts Receivable
P.O. Box 896534
Charlotte, NC 28289

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Ben E. DAvis**
**(Deceased)**
**7400 St. Clair Rd.**
**Whitesburg, TN 37891**

Date(s) debt was incurred _

Last 4 digits of account number **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Berney Office Solution**
**P.O. Box 932893**
**Atlanta, GA 31193-2893**

Date(s) debt was incurred _

Last 4 digits of account number **B550**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$660.17**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Betty G. Minsk**
**1150 Coronet Court, NE**
**Atlanta, GA 30329**

Date(s) debt was incurred _

Last 4 digits of account number **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Betty Howard**
**1021 Rhett Circle**
**Morristown, TN 37814**

Date(s) debt was incurred **June 2019**

Last 4 digits of account
number **Medicare Supplement**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$216.37**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Betty Lamb**

Date(s) debt was incurred **June 2019**

Last 4 digits of account
number **Medicare Supplement**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$315.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Betty Shuck**
**1462 WHiteside Dr.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Beulah Clarkson**
**1320 Secretariat Dr.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147.96**

**Beyond Private Label**
W237N2920 Woodgate Rd., Ste. 300
Pewaukee, WI 53072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BH Media Publishing Solutions**
P.O. Box 26087
Richmond, VA 23260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Big Orange Electric**
c/o Steven A. Ricker
2035 Brights Pike
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BlueCross BlueShield**
P.O. Box 6349
Carol Stream, IL 60197-6349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,509.36**

**BlueCross BlueShield of TN**
Group Receipts Dept.
P.O. Box 6539
Carol Stream, IL 60197-6539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **0001,0099**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137.92**

**Bobbie Ball**

Date(s) debt was incurred  **June (2018??)**

Last 4 digits of account
number  **Medicare Supplement**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian Keith West**
2904 Laurel St.
Vicksburg, MS 39180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Britt Monk**
**925 Dalton Circle**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Burnett Dobson & Pinchak**
**711 Cherry St., Ste. 200**
**Chattanooga, TN 37402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**C.B. Holt**
**174 Phyllis Dr.**
**Bean Station, TN 37708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Camera Castle**
**201 East Main St.**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CDW Computer Centers**
**P.O. Box 75723**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$260.00** |
|---|---|---|---|

**Century Fire Protection**
**2450 Satellite Blvd.**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **396V**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,043.77** |
|---|---|---|---|

**Century Printing & Packaging**
**P.O. Box 2358**
**Greer, SC 29652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,097.06**

**Certified Laboratories (MANTEK)**
23261 Network Place
Chicago, IL 60673-1232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number  **5563**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$490.00**

**Chapel Hill Manufacturing Co.**
P.O. Box 208
Oreland, PA 19075-1597

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Chapter 13 Standing Trustee**
P.O. Box 511
Chattanooga, TN 37401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Charles E. Sons**
157 Brandi Way
Winchester, TN 37398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Charles L. Burrus**
919 Ashbrooke Way
Knoxville, TN 37923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Charles Michael Hodge**
1710 Morningside Dr.
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Charter Communications**
P.O. Box 742613
Cincinnati, OH 45274-2613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Lakeway Publishers, Inc.**
Name

Case number (if known)

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Chase Platinum Visa** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  ??** | **Basis for the claim:  Credit card purchases** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Christopher P. Demers** | ☐ Contingent | |
| | **1745 Catalpa Ln.** | ☐ Unliquidated | |
| | **Reno, NV 89511** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  Stockholder** | **Basis for the claim:  Notice Only** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Cintas Corp.** | ☐ Contingent | |
| | **P.O. Box 631025** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Business expense** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|
| | **Citizen Tribune** | ☐ Contingent | |
| | **1609 W. 1st North St.** | ☐ Unliquidated | |
| | **Morristown, TN 37814** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  PIA COMP SUBSCRIPTIONS** | **Basis for the claim:  Business expense** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.42 |
|---|---|---|---|
| | **Citizens Tri-County Bank** | ☐ Contingent | |
| | **201 N Jackson St.** | ☐ Unliquidated | |
| | **Tullahoma, TN 37388** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number  ??** | **Basis for the claim:  Business expense** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **City of Fayetteville** | ☐ Contingent | |
| | **Property Tax Office** | ☐ Unliquidated | |
| | **110 Elk Avenue S.** | ☐ Disputed | |
| | **Fayetteville, TN 37334** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:  Business expense** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **City of Manchester** | ☐ Contingent | |
| | **200 West Fort St.** | ☐ Unliquidated | |
| | **Manchester, TN 37355** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:  Business expense** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**City of Morristown**
P.O. Box 1654
Morristown, TN 37816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0838**

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of Tullahoma**
P.O. Box 807
Tullahoma, TN 37388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.25** |
|---|---|---|---|

**Coffee County Clerk**
1327 McArthur St., #1
Manchester, TN 37355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7590**

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Coffee County Register of Deeds**
1341 McArthur St., #2
Manchester, TN 37355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2019**

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,806.00** |
|---|---|---|---|

**Coffee County Trustee**
1341 McArthur St., #1
Manchester, TN 37355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Colonial Beach Postmaster**
1000 Dwight
Colonial Beach, VA 22443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comcast Communications**
P.O. Box 3005
Southeastern, PA 19398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Comcast, Inc.
PO Box 105184
Atlanta, GA 30348-5184

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Communication Resources, Inc.
P.O. Box 22145
Chattanooga, TN 37422

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Community Creations, Inc.
P.O. Box 307241
Columbus, OH 43230

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Consolidated Plastics Co.
4700 Prosper Dr.
Stow, OH 44224

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Contemporary Energy Solutions
621 Plainfield Rd., Ste. 310
Willowbrook, IL 60527

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,097.01**

Corning Publishing Co., Inc.
810 N. Missouri Ave.
Corning, AR 72422

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **N005**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

County of Louisa
Attn: Amanda Reidelbach
P.O. Box 160
Louisa, VA 23093

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address

**County of Northumberland**
Attn: Ellen Kirby, Treasurer
P.O. Box 297
Heathsville, VA 22473

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.91** | Nonpriority creditor's name and mailing address

**Craine, Thompson & Jones, PC**
P.O. Box 1779
Morristown, TN 37816

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.92** | Nonpriority creditor's name and mailing address

**Creators Syndicate**
737 3rd St.
Hermosa Beach, CA 90254

Date(s) debt was incurred _

Last 4 digits of account number  **0132**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$757.24**

---

**3.93** | Nonpriority creditor's name and mailing address

**Crown Castle South, LLC**
P.O. Box 301334
Dallas, TX 75303-1334

Date(s) debt was incurred _

Last 4 digits of account number  **9239**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,760.15**

---

**3.94** | Nonpriority creditor's name and mailing address

**CSI Telecommunications**
18161 Edison Ave., Ste. D
Chesterfield, MO 63005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.95** | Nonpriority creditor's name and mailing address

**CWR Digital**
630 Bent Creek Dr.
Evans, GA 30809

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$303.00**

---

**3.96** | Nonpriority creditor's name and mailing address

**Cynthia H. Shoun**
3105 Hampton Circle
Morristown, TN 37814

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Daniel Kemp Newman**<br>**3760 Stacy Ave.**<br>**Morristown, TN 37814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only** | |
| Last 4 digits of account number  **Stockholder** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Datavision, Inc.**<br>**3018 Knollwood Dr.**<br>**Cameron Park, CA 95682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Business expense** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Debra Suzanne Sexton**<br>**624 Lilac Street**<br>**Morristown, TN 37814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Notice Only** | |
| Last 4 digits of account number  **Stockholder** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,449.49** |
|---|---|---|
| **Dell Marketing, L.P.**<br>**c/o Dell USA, L.P.**<br>**P.O. Box 534118**<br>**Atlanta, GA 30353-4118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Business expense** | |
| Last 4 digits of account number  **9649** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3.50** |
|---|---|---|
| **Dependable Laundry**<br>**71 N. Industrial Dr.**<br>**Coalmont, TN 37313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Business expense** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **DFS**<br>**P.O. Box 88042**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Business expense** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.103**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Dish Network**<br>**Dept. 0063**<br>**P.O. Box 94063**<br>**Palatine, IL 60094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  **Business expense** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address**
**Diversified Computer Supplies, Inc.**
**4435 Concourse Dr.**
**Ann Arbor, MI 48108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105** | **Nonpriority creditor's name and mailing address**
**Dominion Virginia Power**
**P.O. Box 26543**
**Richmond, VA 23290-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.106** | **Nonpriority creditor's name and mailing address**
**Donald B. Oakley**
**7513 Sherwood Dr.**
**Knoxville, TN 37919**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.107** | **Nonpriority creditor's name and mailing address**
**Donald Dees**
**200 Seven Oaks Dr.**
**Knoxville, TN 37922**

Date(s) debt was incurred  **Maturity date 10.31.19**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.108** | **Nonpriority creditor's name and mailing address**
**Douglas Keith Sexton**
**1813 Amarillo Ln.**
**Knoxville, TN 37922**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.109** | **Nonpriority creditor's name and mailing address**
**Doyle M. Wallace**
**P.O. Box 687**
**Morristown, TN 37815**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.110** | **Nonpriority creditor's name and mailing address**
**Dr. Dale Allen**
**P.O. Box 555**
**TN 37800**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   **Lakeway Publishers, Inc.**
Name

Case number (if known)

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. Donald Dees**
**200 Seven Oaks Dr.**
**Knoxville, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. O.L. Merritt**
**2264 Cambridge Dr.**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. Truiet H. Pierce**
**P.O. Box 37**
**Sneedville, TN 37869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. William Rooney**
**451 South Jackson St.**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Duck River Electric**
**P.O. Box 179**
**Lynchburg, TN 37352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Duke Oil Company**
**P.O. Box 250**
**Mineral, VA 23117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,325.00 |
|---|---|---|---|

**Dyal S. Lawncare**
**613 Cindy Court**
**Whitesburg, TN 37891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8425**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,413.80** |
|---|---|---|---|

**East Coast Risk Management**
**40 Lincoln Way, Ste. 201**
**North Huntington, PA 15642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.48** |
|---|---|---|---|

**East Tennessee PBS**
**1611 E Magnolia Ave.**
**Knoxville, TN 37917-7825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elk River Public Utility District**
**P.O. Box 179**
**Lynchburg, TN 37352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ennis, Inc.**
**P.O. Box 841741**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fastenal**
**PO Box 978**
**Winona, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165.27** |
|---|---|---|---|

**Faye's Office Supply**
**105 Byrd Street**
**Orange, VA 22960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **2701**

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Fayetteville Lions Club**
**c/o Ted Wright**
**P.O. Box 217**
**Fayetteville, TN 37334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155.00 |
|---|---|---|---|

**Fayetteville Rotary Club**
**P.O. Box 72**
**Fayetteville, TN 37334**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**FedEx**
**P.O. Box 660481**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $124.02 |
|---|---|---|---|

**First Impression Printing**
**P.O. Box 1624**
**Morristown, TN 37816**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Foster Arnett, Jr.**
**1236 Forest Brook Rd.**
**Knoxville, TN 37919**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank & Nancy Holder**
**1824 Country Club Drive**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Frank Holder**
**(Deceased)**
**1824 Country Club Dr.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 |
|---|---|---|---|

**Franklin County Chamber of Commerce**
**44 Chamber Way**
**Winchester, TN 37398**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lakeway Publishers, Inc.** | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Franklin County Clerk**
1 S. Jefferson St.
Winchester, TN 37398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Franklin County Solid Waste**
P.O. Box 518
Winchester, TN 37398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Franklin County Trustee**
P.O. Box 340
Winchester, TN 37398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,326.75** |
|---|---|---|---|

**Friends2Follow**
P.O. Box 526393
Salt Lake City, UT 84152-6393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$366.36** |
|---|---|---|---|

**Fullerton's Refrigeration**
102 Water St.
Petersburg, TN 37144

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**G&K Montgomery**
P.O. Box 677057
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**G&V Campbell, Inc.**
329 SE Huntington Cir.
Port Saint Lucie, FL 34984

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Lakeway Publishers, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** |
| | **G.O. Haggard Family** |
| | **Limited Partnership** |
| | **c/o Swanson & Cowan, LLP** |
| | **717 W. Main St., Ste. 100** |
| | **Morristown, TN 37814** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number __Stockholder__

**Basis for the claim:** __Notice Only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** |
| | **Gary Smith** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$190.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2019__
Last 4 digits of account
number __Medicare Supplement__

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** |
| | **Gene Jolley** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$150,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Maturity date 10.31.19__
Last 4 digits of account number _

**Basis for the claim:** __Investor Note__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** |
| | **Gracenote Media Services, LLC** |
| | **Lockbox 29421** |
| | **Chicago, IL 60673-1294** |

**As of the petition filing date, the claim is:** Check all that apply.                    **$714.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number __8123__

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** |
| | **Grapevine Solutions** |
| | **1395 Kevin Lane** |
| | **Lenoir City, TN 37772** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** |
| | **Graphic Creations** |
| | **213 E 4th Ave.** |
| | **Knoxville, TN 37917** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** |
| | **Great Lakes Publishing, Inc.** |
| | **P.O. Box 499** |
| | **Portland, MI 48875** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Lakeway Publishers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Greene Advertising Agency**
**P.O. Box 475**
**Snow Hill, NC 28580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gregory Scott Sexton**
**730 Barton Drive**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Only__

Last 4 digits of account number __Stockholder__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129.00**

**Gunnels Book Bindery**
**662 McAllister Rd.**
**Albertville, AL 35950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.00**

**Guthrie Machine**
**2106 Madison St.**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Hamblen County Department of Education**
**210 E Morris Blvd.**
**Morristown, TN 37813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018 - 2019__

**Basis for the claim:** __Sponsorship__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129.67**

**Harry Hill**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2019__

**Basis for the claim:** __Business expense__

Last 4 digits of account
number __Medicare Supplement__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Healthsville Postmaster**
**27 Monument Place**
**Heathsville, VA 22473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business expense__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Lakeway Publishers, Inc.**
_____
Name

Case number _(if known)_ _____

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Helen Iddins Jolley**
**731 W Rhoten Street**
**Jefferson City, TN 37760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **Stockholder**

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $22.00 |

**Heller Syndication**
**Attn: Joe Heller**
**P.O. Box 12401**
**Green Bay, WI 54307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Henry & McCord**
**P.O. Box 538**
**300 N. Jackson St.**
**Tullahoma, TN 37388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Henry Paul Beets, Jr.**
**1421 Rich Circle**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **Stockholder**

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Heritage Propane**
**P.O. Box 371473**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |

**Hoag & Sons' Book Bindery**
**145 S. Main St.**
**Eaton Rapids, MI 48827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $54.64 |

**Holston Electric Co-op**
**P.O. Box 190**
**Rogersville, TN 37857-0190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **1002**

Basis for the claim:   **Business expense**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Holston Gases**
**P.O. Box 127**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Howard & Marjorie Westhaver Trust**
**Majorie Westhaver, Executor**
**2604 King's Crown Court**
**Fort Myers, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Inland Press Association**
**Financial Studies Mgr.**
**701 Lee St., Ste. 925**
**Des Plaines, IL 60016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**IT Select**
**P.O. Box 382220**
**Germantown, TN 38183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James C. Noe**
**505 Conkinnon Dr.**
**Lenoir City, TN 37772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James G. Rines**
**3109 Lee Drive**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**James Hallada**
**5681 Browning Way**
**Russellville, TN 37860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business expense**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James Howard Davenport (Deceased)**
P.O. box 531
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James W. Bond & Eugenia D. Bond**
900 Bond Circle
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James W. Burnett**
Box 268
Jamestown, TN 38556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jane H. Strate Hopson**
1334 Hodge Ct.
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54.56** |
|---|---|---|---|

**Jason Conway**
2233 Kidwell Ridge Rd.
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Jean Coffman**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Maturity date 10.31.19**

**Basis for the claim:  Investor Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Jefferson County Chamber of Commerce**
P.O. Box 890
Dandridge, TN 37725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

---

**3.174** | Nonpriority creditor's name and mailing address

**Jeffrey Jay West**
**1319 Baum St.**
**Vicksburg, MS 39180**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address

**Joe F. Taylor**
**800 E. 2nd North St.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address

**John & Megan Maple**
**P.O. Box 275**
**Dandridge, TN 37725**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address

**John F. Clawson**
**1919 Morningside Dr.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address

**John Gregory Spain**
**1204 Ridgecrest St.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address

**John Johnson**

Date(s) debt was incurred  **Maturity date 10.31.19**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address

**John Lecroy**
**1316 Judy Reagan Lane**
**Knoxville, TN 37931**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John R. Johnson**
**175 Fincastle Ct.**
**Daleville, VA 24083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John St. Clair Photography**
**151 Circle Dr.**
**Manchester, TN 37355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph D. Bryant**
**P.O. Box 550**
**Wallace, NC 28466**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JTF**
**5568 General Washington Dr., Ste. A203**
**Alexandria, VA 22312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Judy M. Couch**
**1308 W. Lakeview Dr.**
**Johnson City, TN 37601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.71** |
|---|---|---|---|

**Judy Martin**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **June 2019**

Last 4 digits of account
number  **Medicare Supplement**

**Basis for the claim:  Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Judythe K. Smith**
**1709 15th North**
**Texas City, TX 77590**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lakeway Publishers, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.188**

**Nonpriority creditor's name and mailing address**

**Jumpstart Publishing
d/b/a Fox Print Services
P.O. Box 8
Mandeville, LA 70470**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189**

**Nonpriority creditor's name and mailing address**

**Justin Demers
2515 Sidewinder Dr.
Park City, UT 84060**

Date(s) debt was incurred _

Last 4 digits of account number __Stockholder__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190**

**Nonpriority creditor's name and mailing address**

**K&S Awards
510 Country Club Dr.
Tullahoma, TN 37388**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**$537.49**

---

**3.191**

**Nonpriority creditor's name and mailing address**

**Karl Kroijer
4237 Headsail Dr.
New Port Richey, FL 34652**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**

**Nonpriority creditor's name and mailing address**

**Kathryne Bible
P.O. Box 1612
Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number __Stockholder__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193**

**Nonpriority creditor's name and mailing address**

**Kathy Sotelo
5524 Old Hwy. 160
Morristown, TN 37813**

Date(s) debt was incurred _

Last 4 digits of account number __Stockholder__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194**

**Nonpriority creditor's name and mailing address**

**Keister-Williams Newspaper Services, Inc
P.O. Box 8187
Charlottesville, VA 22906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Keith D. Rugel**
**792 E Broadway Blvd.**
**Jefferson City, TN 37760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

Basis for the claim: __ **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Keith Purkey**
**P.O. Box 1005**
**Morristown, TN 37816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

Basis for the claim: __ **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,013.42**

**King Features Syndicate**
**P.O. Box 90007**
**Prescott, AZ 86304-9007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**King Printing Solutions**
**P.O. Box 1467**
**New Tazewell, TN 37824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$557.13**

**Kingsport Imaging Systems, Inc.**
**200 E Market St.**
**Kingsport, TN 37660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$418.00**

**Kiwanis Club of Morristown**
**P.O. Box 1002**
**Morristown, TN 37816-1002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Laura Anne Maden,**
**Jim & Elizabeth Maden, Jr.**
**803 Edgewood Ct.**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

Basis for the claim: __ **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Lakeway Publishers, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00**

**Lawrence Nee**

| | | As of the petition filing date, the claim is: *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |

Date(s) debt was incurred __June 2019__

Last 4 digits of account
number __Medicare Supplement__

☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Lee Huguenard**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2019__

Last 4 digits of account
number __Medicare Supplement__

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,613.15**

**Legacy.com Inc.**
**230 W. Monroe, Ste. 400**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Lincoln County Chamber of Commerce**
**P.O. Box 515**
**Fayetteville, TN 37334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Sponsorship__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lincoln County Clerk**
**112 Main St. South, Ste. 102**
**Fayetteville, TN 37334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.17**

**Lincoln County Vending**
**605 Green Street**
**Fayetteville, TN 37334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,867.87**

**Lincoln National Life Ins. Co.**
**1300 South Clinton St.**
**Philadelphia, PA 19170-0439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2362__

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
|--------|------------------------------|---|-----------|---|
| | Name | | | |

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Linda C. Lampkin
2638 Vista Dr.
Talbott, TN 37877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __Stockholder__

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Local Media Association
P.O. Box 84042
Chicago, IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Logicnow, Ltd.
P.O. Box 28720
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Lois S. Garner
1521 Dougherty Dr.
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __Stockholder__

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.67**

Lonas Dalton

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __June 2019__

Last 4 digits of account
number  __Medicare Supplement__

Basis for the claim:  __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Louisa County Circuit Court
Clerk's Office
P.O. Box 37
Louisa, VA 23093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Louisa County Water Authority
P.O. Box 9
Louisa, VA 23093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.216**

**Nonpriority creditor's name and mailing address**
**Louisa Postmaster**
**Periodical Postage**
**NEED ADDRESS**
**Louisa, VA 23093**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217**

**Nonpriority creditor's name and mailing address**
**Lydia Alice Hook Niewoehner**
**174 Big Island Trail**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred _

Last 4 digits of account number __Stockholder__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218**

**Nonpriority creditor's name and mailing address**
**Manchester Coffee County Conference Ctr.**
**147 Hospitality Blvd.**
**Manchester, TN 37355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219**

**Nonpriority creditor's name and mailing address**
**Manchester Rotary Club**
**P.O. Box 575**
**Manchester, TN 37349**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**$56.00**

---

**3.220**

**Nonpriority creditor's name and mailing address**
**Manufacturer's News, Inc.**
**1633 Central St.**
**Evanston, IL 60201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**

**Nonpriority creditor's name and mailing address**
**Mark Anthony, William Timothy**
**Standifer & Glenna Sue Napier**
**1003 Lakeway Rd.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number __Stockholder__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222**

**Nonpriority creditor's name and mailing address**
**Martha Bourlakas**
**6718 Fairway Ridge Rd.**
**Roanoke, VA 24018**

Date(s) debt was incurred _

Last 4 digits of account number __Stockholder__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **Lakeway Publishers, Inc.**
Name

Case number *(if known)* _____

---

**3.223**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Mary Bruce**
**921 E Ellis St., Apt. #3**
**Jefferson City, TN 37760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **Stockholder**

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Mary P. Burnett**
**P.O. Box 1005**
**Morristown, TN 37816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **Stockholder**

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.225**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Max Hime**
**(Deceased)**
**993 Dover Rd.**
**Morristown, TN 37813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **Stockholder**

Basis for the claim:   **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.226**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**McCabe, Weisberg & Conway, LLC**
**123 S. Broad St., Ste. 1400**
**Philadelphia, PA 19109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   _

Basis for the claim:   **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.227**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|

**McGuffins Partners**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Maturity date 10.31.19**

Last 4 digits of account number   _

Basis for the claim:   **Investor Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.228**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|

**McKinney Plumbing & Electric**
**502 Adams St.**
**Fayetteville, TN 37334-4914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   _

Basis for the claim:   **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.229**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $891.80 |
|---|---|---|

**McMaster Car Supply Co.**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **7100**

Basis for the claim:   **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Melissa L. Arnett Campbell**
**1010 Scenic Highway**
**Lookout Mountain, TN 37350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __Stockholder__

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,436.72**

**Metro Creative Graphics**
**519 Eighth Avenue, 18th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __9829__

Basis for the claim:  __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Metro Forms, Inc.**
**74 Davis Avenue**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Meyer Plastics, LLC**
**1111 N 20th Ave.**
**Yakima, WA 98902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00**

**MHH Foundation**
**1621 W Morris Blvd., Ste. D**
**Morristown, TN 37813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  __Sponsorship__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$333.63**

**Mildred's Florist & Gifts, Inc.**
**2255 Sandstone Dr.**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number __6587__

Basis for the claim:  __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$732.17**

**Misc Vendors**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim:  __Refunds for subscriptions__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
| | Name | | |

---

**3.237** | Nonpriority creditor's name and mailing address
**MitoTech, LLC**
**2001 Broadway, 6th Floor**
**Riviera Beach, FL 33404**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$2,859.80**

---

**3.238** | Nonpriority creditor's name and mailing address
**Monotag Corporation, Inc.**
**209 South Jefferson St., Ste. 1075**
**Winchester, TN 37398**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$403.08**

---

**3.239** | Nonpriority creditor's name and mailing address
**Montross Postmaster**
**15917 Kings Highway**
**Montross, VA 22520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240** | Nonpriority creditor's name and mailing address
**Morristown Area Chamber of Commerce**
**825 W. 1st North St.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **3781**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$1,588.00**

---

**3.241** | Nonpriority creditor's name and mailing address
**Morristown East HS Baseball**
**P.O. Box 3053**
**Morristown, TN 37814-1056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sponsorship**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.242** | Nonpriority creditor's name and mailing address
**Morristown Postmaster**
**803 S Cumberland St.**
**Morristown, TN 37813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.243** | Nonpriority creditor's name and mailing address
**Morristown Utilities Commission**
**P.O. Box 59012**
**Knoxville, TN 37950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.244** | **Nonpriority creditor's name and mailing address**

**Motion Industries**
PO Box 404130
Atlanta, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245** | **Nonpriority creditor's name and mailing address**

**Mr. & Mrs. T.L. Shockley**
309 Central Church Rd.
Morristown, TN 37814

Date(s) debt was incurred _
Last 4 digits of account number  **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246** | **Nonpriority creditor's name and mailing address**

**Mrs. Bill Cunningham**
P.O. Box 2412
Boca Grande, FL 33921

Date(s) debt was incurred _
Last 4 digits of account number  **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.247** | **Nonpriority creditor's name and mailing address**

**Muller-Martini Corp.**
Lock Box 7196
P.O. Box 8500
Philadelphia, PA 19178

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.248** | **Nonpriority creditor's name and mailing address**

**Murrell Burglar Alarms**
5353 Old U.S. 11E
Morristown, TN 37814-1056

Date(s) debt was incurred _
Last 4 digits of account number  **6410,9466**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$153.09**

---

**3.249** | **Nonpriority creditor's name and mailing address**

**MUS Fibernet**
P.P. Box 59012
Knoxville, TN 37950

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250** | **Nonpriority creditor's name and mailing address**

**Mutual Graphics**
P.O. Box 841741
Dallas, TX 75284

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.251** | Nonpriority creditor's name and mailing address
**Mutual of Omaha**
**Payment Processing Center**
**1299 Farnam St., Ste. 1400**
**Omaha, NE 68102**

Date(s) debt was incurred _
Last 4 digits of account number **0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,874.76**

---

**3.252** | Nonpriority creditor's name and mailing address
**Nancy Anderson Kennedy**
**P.O. Box 1005**
**Morristown, TN 37816**

Date(s) debt was incurred _
Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.253** | Nonpriority creditor's name and mailing address
**Nancy Fishman**

Date(s) debt was incurred _
Last 4 digits of account
number  **Medicare/ BCBS Supp. Reimb.**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$274.50**

---

**3.254** | Nonpriority creditor's name and mailing address
**Narrow Passage Press**
**P.O. Box 777**
**Woodstock, VA 22664**

Date(s) debt was incurred _
Last 4 digits of account number  **5190**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☐ No ☐ Yes

**$24,364.16**

---

**3.255** | Nonpriority creditor's name and mailing address
**National Newspaper Association**
**101 S Palafox, Unit 13323**
**Pensacola, FL 32591**

Date(s) debt was incurred _
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,000.00**

---

**3.256** | Nonpriority creditor's name and mailing address
**Nationwide Marketing Services**
**3620 N 3rd Ave., 2nd Floor**
**Phoenix, AZ 85013**

Date(s) debt was incurred _
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257** | Nonpriority creditor's name and mailing address
**Nelco**
**P.O. Box 1157**
**Grand Rapids, MI 49501-1157**

Date(s) debt was incurred _
Last 4 digits of account number  **0619**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$143.50**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.258**

**Nonpriority creditor's name and mailing address**
**Nelson & Rosemary Collins**
**634 Waterwood Ct.**
**White Pine, TN 37890**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.259**

**Nonpriority creditor's name and mailing address**
**NewEgg.com**
**Accounts Receivable**
**17560 Rowland St.**
**City of Industry, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260**

**Nonpriority creditor's name and mailing address**
**Newport Utilities**
**P.O. Box 519**
**Newport, TN 37822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.261**

**Nonpriority creditor's name and mailing address**
**News Media Alliance**
**P.O. Box 79196**
**Baltimore, MD 21279**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262**

**Nonpriority creditor's name and mailing address**
**Newscycle Solutions, Inc.**
**P.O. Box 851306**
**Minneapolis, MN 55485-1306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,891.59**

---

**3.263**

**Nonpriority creditor's name and mailing address**
**Newspaper Production & Research Center**
**236 N.E. 31st Street**
**Oklahoma City, OK 73105**

Date(s) debt was incurred _

Last 4 digits of account number  **2681**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$977.50**

---

**3.264**

**Nonpriority creditor's name and mailing address**
**Nick Davenport**
**3656 Brimer Rd.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Nies Mechanical**
**P.O. Box 726**
**Talbott, TN 37877**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,210.00**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Nola C. & Henry C. Baird, Jr.**
**1105 Mountain Laurel**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.267**

**Nonpriority creditor's name and mailing address**

**Olive Software**
**Attn: Accounts Receivable**
**2101 S Blackhawak St., #240**
**Aurora, CO 80014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.268**

**Nonpriority creditor's name and mailing address**

**Omer C. Renner, MD**
**1534 Appley Dr.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.269**

**Nonpriority creditor's name and mailing address**

**Omer E. Perryman**
**1310 Bales Ave.**
**Morristown, TN 37814**

Date(s) debt was incurred  **Maturity date 10.31.19**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.270**

**Nonpriority creditor's name and mailing address**

**Omer E. Perryman**
**1310 Bales Ave.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.271**

**Nonpriority creditor's name and mailing address**

**Onin Staffing**
**P.O. Box 933473**
**Atlanta, GA 31193-3473**

Date(s) debt was incurred _

Last 4 digits of account number  **4482**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$489.60**

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.272** | Nonpriority creditor's name and mailing address

**Outdoor Adventure Media**
**c/o Tom Waynick**
**NEED COMPLETE ADDRESS**
**Normandy, TN 37360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$385.00**

---

**3.273** | Nonpriority creditor's name and mailing address

**PAGE Cooperative**
**P.O. Box 842228**
**Boston, MA 02284-2228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$169,580.18**

---

**3.274** | Nonpriority creditor's name and mailing address

**Pamela Dene Masengill**
**P.O. Box 609**
**Talbott, TN 37877**

Date(s) debt was incurred _

Last 4 digits of account number **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275** | Nonpriority creditor's name and mailing address

**Pandologic, Inc.**
**Dept. CH 19764**
**Palatine, IL 60055-9764**

Date(s) debt was incurred _

Last 4 digits of account number **1304,1338**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$13,636.38**

---

**3.276** | Nonpriority creditor's name and mailing address

**Parade Publications, Inc.**
**P.O. Box 910682**
**Dallas, TX 75391**

Date(s) debt was incurred _

Last 4 digits of account number **5459**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.277** | Nonpriority creditor's name and mailing address

**Patricia Alexander**
**1728 Christmas Drive**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278** | Nonpriority creditor's name and mailing address

**Patricia Cureton**
**301 Busshog**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Patricia R. Oram**
**8050 Cross Creek Drive**
**Talbott, TN 37877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

Basis for the claim: __ **Notice Only** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Paul E. Steinfeld**
**100 Inman Circle NE**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

Basis for the claim: __ **Notice Only** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,932.29**

**PBI Printing, Inc.**
**P.O. Box 1071**
**Ringgold, GA 30736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ **Business expense** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,066.61**

**Perq, LLC**
**7225 Georgetown Rd.**
**Indianapolis, IN 46268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ **Business expense** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Phillips Pressroom Services**
**230 Belcross Rd.**
**Camden, NC 27921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ **Business expense** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pinnacle Financial**
**NEED ADDRESS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __ **Multiple**

Basis for the claim: __ **Credit card purchases** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,625.96**

**Pinnacle Towers, LLC**
**P.O. Box 409250**
**Atlanta, GA 30384-9250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __ **Rent** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pitney Bowes Global Financial Services**
P.O. Box 371887
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Pitney Bowes Reserve Account**
P.O. Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number  **3617**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Platepass, LLC**
25274 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Popmount, Inc.**
2 San Ramon Way
Richmond, VA 23231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$336.34**

**Porter's Tire Stores**
P.O. Box 68
Morristown, TN 37815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00**

**Premier Lawn Care**
P.O. Box 538
Manchester, TN 37349

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Presteligence, LLC**
8328 Cleveland Ave. NW
North Canton, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Principal Life Insurance Co.**
**711 High Street**
**Des Moines, IA 50392-1520**

Date(s) debt was incurred _

Last 4 digits of account number  **3164**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$3,712.98**

---

**3.294**

**Nonpriority creditor's name and mailing address**

**Priscilla Jackson**
**8098 Whetsel Rd.**
**Whitesburg, TN 37891**

Date(s) debt was incurred  **June 2019**

Last 4 digits of account
number  **Medicare Supplement**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$196.71**

---

**3.295**

**Nonpriority creditor's name and mailing address**

**Purchase Power**
**P.O. Box 371874**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.296**

**Nonpriority creditor's name and mailing address**

**R. Jack Fishman**
**1220 Wildwood Dr.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **1962**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **LOC Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$2,056.98**

---

**3.297**

**Nonpriority creditor's name and mailing address**

**R. Jack Fishman**
**1220 Wildwood Dr.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account
number  **Medicare/BCBS Supp. Reimb.**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$274.50**

---

**3.298**

**Nonpriority creditor's name and mailing address**

**R. Kenneth Reel**
**P.O. Box 2291**
**Morristown, TN 37816**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.299**

**Nonpriority creditor's name and mailing address**

**R. Mack & Marie Freeman**
**1166 Beauderaire Dr.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Lakeway Publishers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.300**

**Nonpriority creditor's name and mailing address**

R.R. Donnelley
P.O. Box 538602
Atlanta, GA 30353

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.301**

**Nonpriority creditor's name and mailing address**

Ralph Masengill, Jr.
609 Windridge Lane
Morristown, TN 37814

Date(s) debt was incurred _

Last 4 digits of account number  Stockholder

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.302**

**Nonpriority creditor's name and mailing address**

Ray Bible

Date(s) debt was incurred  Maturity date 10.31.19

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Investor Note

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.303**

**Nonpriority creditor's name and mailing address**

Ray D. Hall
(Deceased)
2240 Warren Drive
Morristown, TN 37814

Date(s) debt was incurred _

Last 4 digits of account number  Stockholder

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.304**

**Nonpriority creditor's name and mailing address**

Raymond Bible
P.O. Box 1177
Morristown, TN 37816

Date(s) debt was incurred _

Last 4 digits of account number  Stockholder

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305**

**Nonpriority creditor's name and mailing address**

Raymond E. Bible & Barbara I. Bible
P.O. Box 1177
Morristown, TN 37816

Date(s) debt was incurred _

Last 4 digits of account number  Stockholder

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.306**

**Nonpriority creditor's name and mailing address**

Realmatch
77 Water Street, 12 Floor
New York, NY 10005

Date(s) debt was incurred _

Last 4 digits of account number  1382

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense -$391.96

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.307** | Nonpriority creditor's name and mailing address
**Realmatch, Inc.**
**Dept. CH 19764**
**Palatine, IL 60055-9764**

Date(s) debt was incurred __

Last 4 digits of account number __1431__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense -$9.47__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308** | Nonpriority creditor's name and mailing address
**Reece Sexton**
**8808 Aragon Lane**
**Knoxville, TN 37923**

Date(s) debt was incurred __June 2019__

Last 4 digits of account
number __Medicare Supplement__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

$274.47

---

**3.309** | Nonpriority creditor's name and mailing address
**Revenue Recovery Corporation**
**7005 Middlebrook Pike**
**P.O. Box 50250**
**Knoxville, TN 37950**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.310** | Nonpriority creditor's name and mailing address
**Revocable Living Trust**
**Alan J. Gerson, Trustee**
**5101 Hope Ct. SW**
**Lilburn, GA 30047**

Date(s) debt was incurred __

Last 4 digits of account number __Stockholder__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.311** | Nonpriority creditor's name and mailing address
**Ricahrd C. Jessee & Jane Jessee Dickerso**
**1135 W Third North St.**
**Morristown, TN 37814**

Date(s) debt was incurred __

Last 4 digits of account number __Stockholder__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.312** | Nonpriority creditor's name and mailing address
**Richard Long**
**4304 Sparrow Dr.**
**Knoxville, TN 37914**

Date(s) debt was incurred __

Last 4 digits of account number __Stockholder__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.313** | Nonpriority creditor's name and mailing address
**Richo USA, Inc.**
**P.O. Box 532530**
**Atlanta, GA 30353-2530**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business expense__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert H. Bible, Jr.**
P.O. Box 1177
Morristown, TN 37816

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roco Tutino**
4513 Harbor Dr.
Morristown, TN 37813

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronald R. Reel**
8058 Stage Coach Rd.
Whitesburg, TN 37891

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Rondino Promotions, Inc.**
2140 Greentree Rd., Ste. D
Pittsburgh, PA 15220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$799.00** |
|---|---|---|---|

**Roscoe Brown Heating & Air Conditioning**
410 S Roosevelt St.
Tullahoma, TN 37388

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Royston H. Masengill Testamentary Trust**
733 East First North St.
Morristown, TN 37814

Date(s) debt was incurred _

Last 4 digits of account number __ **Stockholder**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226.34** |
|---|---|---|---|

**Ruth Sons**

Date(s) debt was incurred __ **June 2019**

Last 4 digits of account
number __ **Medicare Supplement**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.321**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **S.P. Richards Company**<br>**P.O. Box 102458**<br>**Atlanta, GA 30368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Business expense__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.322**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.01** |
|---|---|---|
| **Safety-Kleen Systems, Inc.**<br>**P.O. Box 650509**<br>**Dallas, TX 75265-0509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number __5467__ | Basis for the claim: __Business expense__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.323**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,225.00** |
|---|---|---|
| **Salesfuel, Inc.**<br>**600 N. Cleveland Ave.**<br>**Westerville, OH 43082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: __Business expense__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.324**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sam Moore**<br>**1547 W. Andrew Johnson Hwy.**<br>**Morristown, TN 37814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number __Stockholder__ | Basis for the claim: __Notice Only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.325**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sandra T. Harris**<br>**1603 Cherokee Dr.**<br>**Knoxville, TN 37919** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number __Stockholder__ | Basis for the claim: __Notice Only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.326**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sarah A. Gose**<br>**1744 Christmas Dr.**<br>**Morristown, TN 37814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number __Stockholder__ | Basis for the claim: __Notice Only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.327**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Sarah Scott**<br>**6809 Ellesmire Drive**<br>**Knoxville, TN 37921** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number __Stockholder__ | Basis for the claim: __Notice Only__ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,155.83** |
|---|---|---|---|

**SBA Properties, Inc.**
**P.O. Box 101667**
**Atlanta, GA 30392-1667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Rent**

Last 4 digits of account number  **6B05**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00** |
|---|---|---|---|

**Second Street Media, Inc.**
**1017 Olive Street**
**Saint Louis, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sequachee Valley Electric**
**P.O. Box 31**
**South Pittsburg, TN 37380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Seven Wheels, Inc.**
**P.O. Box 687**
**Morristown, TN 37815-0687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sharon Marie Sexton**
**730 Barton Drive**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sidney Renert**
**c/o Debbie Renert**
**20 Chanich Albeck**
**Jerusalem, Israel 93548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **Stockholder**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201.37** |
|---|---|---|---|

**Signode Service Business**
**P.O. Box 71057**
**Chicago, IL 60694-1057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business expense**

Last 4 digits of account number  **3710**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Silver Communications**
**102A Executive Dr.**
**Sterling, VA 20166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business expense__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SNPA**
**3680 N Peachtree Rd., Ste. 300**
**Atlanta, GA 30341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business expense__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Software Business Systems**
**7401 Metro Blvd., #550**
**Edina, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business expense__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sonar**
**P.O. Box 540**
**Debolt, AB T0H 1B0**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business expense__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Southern Standard**
**P.O. Box 150**
**VA 23997**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business expense__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State Corporation Commission**
**Clerk's Office**
**P.O. Box 1197**
**Richmond, VA 23218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Business expense__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Strate Insurance Group, Inc.**
**1750 W Andrew Johnson Hwy.**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Insurance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,787.00** |
|---|---|---|---|

**Sunrise Services**
P.O. Box 1377
Morristown, TN 37814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$329.25** |
|---|---|---|---|

**T&W Sales Co.**
100 Hoover Ln.
Tullahoma, TN 37388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Technology In Mailroom Automation**
P.O. Box 11157
Hickory, NC 28603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Ted Nail**
1300 Cedar Lane
Tullahoma, TN 37388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **Bond Refund**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tekwell Services**
1724 Central Ave.
Chattanooga, TN 37408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Teledata Express**
P.O. Box 83
Springdale, AR 72765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Telepath, Inc.**
P.O. Box 6666
Ashland, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

**3.349** | Nonpriority creditor's name and mailing address
**Telereach, Inc.**
90 Whiting St.
Plainville, CT 06062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.350** | Nonpriority creditor's name and mailing address
**Tennessee Child Support**
Receipting Unit
PO Box 305200
Nashville, TN 37229

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.351** | Nonpriority creditor's name and mailing address
**Tennessee College of Applied Technology**

Morristown, TN 37813

Date(s) debt was incurred _

Last 4 digits of account number  **2219**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.352** | Nonpriority creditor's name and mailing address
**Tennessee Department of Labor &**
**Workforce Development**
Boiler Unit
220 French Landing Dr., 2nd Floor
Nashville, TN 37243

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.353** | Nonpriority creditor's name and mailing address
**Tennessee Department of Revenue**
Sales Tax Division
Andrew Jackson State Office Building
500 Deaderick Street
Nashville, TN 37242

Date(s) debt was incurred _

Last 4 digits of account number  **9351**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.354** | Nonpriority creditor's name and mailing address
**Tennessee Pension Administrators**
117 Center Park Dr., Ste. 140
Knoxville, TN 37922

Date(s) debt was incurred _

Last 4 digits of account number  **0100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$750.00**

---

**3.355** | Nonpriority creditor's name and mailing address
**Tennessee Press Association, Inc.**
412 N Cedar Bluff Rd., Ste. 403
Knoxville, TN 37923

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,027.22**

---

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Tennessee State Library & Archives**
**Attn: Reproduction Section**
**403 7th Ave. N**
**Nashville, TN 37243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Terry Law Firm**
**918 W 1st St.**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Maturity date 10.31.19**

Basis for the claim:  **Investor Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,734.40**

**Textcaster**
**P.O. Box 12003**
**Kansas City, MO 64152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Texten Printing Supplies**
**2710 Bond St.**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Blinder Group, Inc.**
**19606 Eagle Crest Dr.**
**Lutz, FL 33549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,317.46**

**The Country Club**
**P.O. Box 685**
**Morristown, TN 37815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Club Membership**

Last 4 digits of account number  **2850**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Elk River Public Utility District**
**P.O. Box 790**
**Tullahoma, TN 37388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.363** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Estate of Dorothy P. Forry**
**Robert H. Forry, Executor**
**4703 Topping Rd.**
**Rockville, MD 20852-2325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.58**

**The Hertz Corporation**
**Commercial Billing Dept. 1124**
**P.O. Box 121124**
**Dallas, TX 75312-1124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business expense**

Last 4 digits of account number **0700**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Lily Co.**
**Cumberland Clarklift**
**P.O. Box 100, Dept. 184**
**Memphis, TN 38148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$786.29**

**The Mail Station**
**2288 Haag Store Rd.**
**Talbott, TN 37877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The Prater Wills Trust**
**Ms. Dorry Forry**
**3129 Arden Rd. NW**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**The T. Prater TR FRO JG Spain**
**GB Thompson**
**Millenniem Square, Ste. 300**
**225 W. First North St.**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Thomas M. Strate**
**1461 Darbee Drive**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number **Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.370**

**Nonpriority creditor's name and mailing address**
**Thompson Machine Works**
**115 N Fairmont**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.371**

**Nonpriority creditor's name and mailing address**
**Three B Partners**
**P.O. Box 1177**
**Morristown, TN 37816**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.372**

**Nonpriority creditor's name and mailing address**
**TLH Ministries**
**1260 Pates Hill Rd.**
**Mosheim, TN 37818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.373**

**Nonpriority creditor's name and mailing address**
**Totten Pest Control**
**200 Riverbluff Drive W.**
**Manchester, TN 37355**

Date(s) debt was incurred _

Last 4 digits of account number  **1048**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.374**

**Nonpriority creditor's name and mailing address**
**Town of Montross**
**15869 Kings Highway**
**P.O. Box 126**
**Montross, VA 22520**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.375**

**Nonpriority creditor's name and mailing address**
**Town of Warsaw**
**P.O. Box 730**
**Warsaw, VA 22572**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.376**

**Nonpriority creditor's name and mailing address**
**Townnews.com**
**1510 47th Ave.**
**Moline, IL 61265**

Date(s) debt was incurred _

Last 4 digits of account number  **6247**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$4,924.37**

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tracy City Public Utility**
P.O. Box 28
Tracy City, TN 37387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,494.00**

**Travelers CL Remittance Center**
P.O. Box 660317
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **A067**

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.84**

**Tribune Content Agency**
15158 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tucker/Manis, Inc.**
34 Hiles St.
Lynchburg, TN 37352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.85**

**Tullahoma Area Chamber of Commerce**
135 W Lincoln St.
Tullahoma, TN 37388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.94**

**Tullahoma Lock & Key Service**
P.O. Box 1898
Tullahoma, TN 37388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Tullahoma Utilities Board**
P.O. Box 788
Tullahoma, TN 37388

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lakeway Publishers, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.384**

**Nonpriority creditor's name and mailing address**

**U.S. News Syndicate**
**6601 Georgetown Pike**
**Mc Lean, VA 22101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.385**

**Nonpriority creditor's name and mailing address**

**U.S. Post Office**
**c/o Elk Valley Times**
**P.O. Box 9**
**Fayetteville, TN 37334**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.386**

**Nonpriority creditor's name and mailing address**

**U.S. Post Office**
**P.O. Box 400**
**Tullahoma, TN 37388**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.387**

**Nonpriority creditor's name and mailing address**

**U.S. Post Office**
**Federal Building**
**Winchester, TN 37398**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.388**

**Nonpriority creditor's name and mailing address**

**U.S. Post Office**
**c/o Manchester Times**
**300 North Spring St.**
**Manchester, TN 37355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.389**

**Nonpriority creditor's name and mailing address**

**Ultranet**
**NEED ADDRESS**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.390**

**Nonpriority creditor's name and mailing address**

**Unifirst Corporation**
**P.O. Box 31469**
**Knoxville, TN 37930-1469**

Date(s) debt was incurred _

Last 4 digits of account number  0446

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business expense

Is the claim subject to offset? ■ No ☐ Yes

**$460.84**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Lakeway Publishers, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $291.68 |
|---|---|---|---|

**United Fund of Hamblen County**
P.O. Box 1794
Morristown, TN 37816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2019**

Last 4 digits of account number  _

Basis for the claim:  **Charity Pledge**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.50 |
|---|---|---|---|

**Universal Advertising**
P.O. Box 31132
Cincinnati, OH 45231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4772**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**UPS**
PO Box 7247-0244
Philadelphia, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UPS**
Lockbox 577
Carol Stream, IL 60132-0577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,674.58 |
|---|---|---|---|

**US Bancorp Equipment Finance, Inc.**
P.O. Box 790448
Saint Louis, MO 63179-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8740**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,595.00 |
|---|---|---|---|

**USI Consulting Group**
95 Glastonbury Blvd.
Glastonbury, CT 06033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0306**

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Valley Printers, Inc.**
P.O. Box 71
Sweetwater, TN 37874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.398** | Nonpriority creditor's name and mailing address

**Veritiv Operating Company**
**f/k/a XPEDX**
**P.O. Box 644520**
**Pittsburgh, PA 15264**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.399** | Nonpriority creditor's name and mailing address

**Verizon Wireless**
**PO Box 660720**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.400** | Nonpriority creditor's name and mailing address

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.401** | Nonpriority creditor's name and mailing address

**Virginia Department of Taxation**
**P.O. Box 1777**
**Richmond, VA 23218-1777**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.402** | Nonpriority creditor's name and mailing address

**Virginia Press Association**
**11529 Nuckols Rd.**
**Glen Allen, VA 23059**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**$44.10**

---

**3.403** | Nonpriority creditor's name and mailing address

**Volunteer Party Rentals**
**5550 Old Hwy. 11E**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,360.90**

---

**3.404** | Nonpriority creditor's name and mailing address

**W.K. Cantwell**
**1623 Cardinal Drive**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.405** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**W.T. & Jimmie C. Moore**
**1108 Estates Dr.**
**Seymour, TN 37865**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __**Stockholder**__

Basis for the claim: __**Notice Only**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Wallace Foundation, Inc.**
**P.O. Box 6004**
**Morristown, TN 37815**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __**Stockholder**__

Basis for the claim: __**Notice Only**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00**

**Wallace Properties**
**813 S. Northshore Dr.**
**Knoxville, TN 37919**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __**Maturity date 10.31.19**__

Last 4 digits of account number _

Basis for the claim: __**Investor Note**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Walterry Insurance Brokers**
**7411 Old Branch Ave.**
**Whitewood, VA 24657**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __**Insurance**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Waste Industries**
**P.O. Box 791519**
**Baltimore, MD 21279**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __**Business expense**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.410** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Waste Management**
**d/b/a Nashville Hauling**
**P.O. Box 55558**
**Boston, MA 02205**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __**Business expense**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.411** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**

**Wayne Pigmon**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __**Maturity date 10.31.19**__

Last 4 digits of account number _

Basis for the claim: __**Investor Note**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.412** Nonpriority creditor's name and mailing address

**WCRK/ WMTN Radio**
**P.O. Box 220**
**Morristown, TN 37815**

Date(s) debt was incurred _

Last 4 digits of account number  **SHOW**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.413** Nonpriority creditor's name and mailing address

**WebPress**
**P.O. Box 2274**
**Tacoma, WA 98401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.414** Nonpriority creditor's name and mailing address

**William Fred Williams, Jr.**
**504 W. Sixth North St.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.415** Nonpriority creditor's name and mailing address

**William H. Bible**
**P.O. Box  1177**
**Morristown, TN 37816**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.416** Nonpriority creditor's name and mailing address

**William J. Catron, President**
**Catron Construction Company**
**987 Central Church Rd.**
**Morristown, TN 37814**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.417** Nonpriority creditor's name and mailing address

**William L. North & Marilee North**
**P.O. Box 621**
**Morristown, TN 37815**

Date(s) debt was incurred _

Last 4 digits of account number  **Stockholder**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.418** Nonpriority creditor's name and mailing address

**William North**

Date(s) debt was incurred  **Maturity date 10.31.19**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investor Note**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

Debtor    **Lakeway Publishers, Inc.**                                        Case number *(if known)* _____
     Name

---

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Wayne Masengill, Jr.**
**P.O. Box 1520**
**Morristown, TN 37814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Stockholder**

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Winchester Utilities**
**219 2nd Ave NW**
**Winchester, TN 37398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97.10** |
|---|---|---|---|

**Wisco Envelope Co.**
**P.O. Box 841741**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6500**

**Basis for the claim:** **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$216.37** |
|---|---|---|---|

**Wylene Hinkle**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **June 2019**

Last 4 digits of account
number **Medicare Supplement**

**Basis for the claim:** **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**XANTE Corporation**
**P.O. Box 16516**
**Mobile, AL 36616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$69.00** |
|---|---|---|---|

**YP**
**P.O. Box 5010**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0000**

**Basis for the claim:** **Business expense**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

         Total of claim amounts

| Debtor | **Lakeway Publishers, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 385,478.97 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 1,419,291.57 |
| | | | |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,804,770.54 |

**Fill in this information to identify the case:**

Debtor name    **Lakeway Publishers, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease-to-own property for Moore County News:** **65 Majors Blvd.** **Lynchburg, TN 37352** | |
| State the term remaining | **12 months** | **Craig Enterprises** **5450 Circle Church Dr.** **Attn: Terry Craig** **Leesburg, FL 34748** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Westmoreland News office space** **(No longer occupied but bound by the lease)** | |
| State the term remaining | **1 year, 9 months** | **Robert L. Travers &** **Gregory S. Travers** **P.O. Box 69** **Montross, VA 22520** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Winchester Hearald Chronicle** **(Lease for Signs First Equipment)** | |
| State the term remaining | **1 year, 2 months** | **Susquehanna Commercial Finance, Inc.** **2 Country View Rd., Ste. 300** **Malvern, PA 19355** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Moore County News office space** | |
| State the term remaining | **3 years, 4 months** | **Tucker/Manis, Inc.** **John Ronald Manis** **34 Hiles St.** **Lynchburg, TN 37352** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Lakeway Publishers, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                        Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ _____ City    State    Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ _____ City    State    Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ _____ City    State    Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ _____ City    State    Zip Code | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name __**Lakeway Publishers, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **11/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,355,624.00** |
   | **For year before that:** From **11/01/2017** to **10/31/2018** | ■ Operating a business<br>☐ Other _____ | **$26,909,782.00** |
   | **For the fiscal year:** From **11/01/2016** to **10/31/2017** | ■ Operating a business<br>☐ Other _____ | **$28,810,235.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

| Debtor | **Lakeway Publishers, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Accident Fund Insurance Co. of America**<br>**P.O. Box 77000**<br>**Dept. 77125**<br>**Detroit, MI 48277-0125** | **02.21.2019** | **$32,902.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.2. | **Advanced Publishing Technology**<br>**123 S. Victory Blvd.**<br>**Burbank, CA 91502-2347** | **unknown** | **$11,205.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | **02.11.19,**<br>**03.06.19,**<br>**03.15.19,**<br>**04.17.19,**<br>**04.29.19,**<br>**05.17.19** | **$7,293.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card purchases** |
| 3.4. | **Associated Press Broadcast**<br>**P.O. Box 414212**<br>**Boston, MA 02241-4212** | **02.01.19,**<br>**02.15.19,**<br>**04.18.19** | **$16,768.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **BlueCross BlueShield of TN**<br>**Group Receipts Department**<br>**P.O. Box 6539**<br>**Carol Stream, IL 60198** | | **$121,663.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.6. | **Britt Monk**<br>**925 Dalton Circle**<br>**Morristown, TN 37814** | **02.14.19,**<br>**02.28.19,**<br>**03.14.19,**<br>**04.11.19,**<br>**04.25.19,**<br>**05.09.19,**<br>**05.23.19** | **$8,674.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **??** |
| 3.7. | **Gary Smith**<br>**1692 Pleasant View Dr.**<br>**Talbott, TN 37877** | **Multiple payments:**<br>**02.04.19 -**<br>**05.22.19** | **$7,935.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **??** |
| 3.8. | **Hamblen County Trustee**<br>**511 West 2nd St.**<br>**Morristown, TN 37814** | **05.06.2019** | **$7,260.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |

Debtor   **Lakeway Publishers, Inc.**                                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **King Features Syndicate** P.O. Box 90007 Prescott, AZ 86304-9007 | **02.01.19, 02.15.19, 04.18.19** | $7,260.14 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Linda Gould** P.O. Box 2822 Tappahannock, VA 22560 | **Multiple payments: 02.14.19 - 05.23.19** | $8,360.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **??** |
| 3.11. **Manchester Coffee County Conference Ctr.** 147 Hospitality Blvd. Manchester, TN 37355 | **04.22.19** | $9,163.94 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.12. **Morristown Utilities Commission** P.O. Box 59012 Knoxville, TN 37950 | **Multiple payments: 02.01.19 - 05.07.19** | $30,813.15 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Utilities** |
| 3.13. **MUS Fibernet** P.O. Box 59012 Knoxville, TN 37950-9012 | **04.05.19, 04.17.19, 05.16.19** | $7,179.13 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.14. **Mutual of Omaha** Payment Processing Center 1299 Farnam St., Ste. 1400 Omaha, NE 68102 | **02.13.19, 03.26.19, 04.23.19** | $11,717.76 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Insurance** |
| 3.15. **Narrow Passage Press** P.O. Box 777 Woodstock, VA 22664 | **Multiple payments: 02.01.19 - 05.16.19** | $103,653.56 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16. **PBI Printing, Inc.** P.O. Box 1071 Ringgold, GA 30736 | **02.01.19, 03.08.19, 04.26.19** | $40,163.91 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Lakeway Publishers, Inc.**                                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.17. | **Pitney Bowes Reserve Account**<br>P.O. Box 371874<br>Pittsburgh, PA 15250 | **02.13.19,**<br>**05.07.19** | **$9,315.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. | **Sammie Scarlett**<br>6060 Maria Ct.<br>Russellville, TN 37860 | **Multiple**<br>**payments:**<br>**02.14.19 -**<br>**05.23.19** | **$8,720.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**??**__ |
| 3.19. | **Southern Standard**<br>P.O. Box 150<br>McMinnville, TN 37111 | **02.01.19** | **$9,417.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Strate Insurance Group**<br>1750 W Andrew Johnson Hwy.<br>Morristown, TN 37814 | **02.04.19** | **$9,227.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Insurance**__ |
| 3.21. | **Travelers CL Remittance Center**<br>P.O. Box 660317<br>Dallas, TX 75266 | **02.21.19,**<br>**04.29.19** | **$23,529.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Insurance**__ |
| 3.22. | **Tullahoma Utilities Board**<br>P.O. Box 788<br>Tullahoma, TN 37388 | **02.01.19,**<br>**03.07.19,**<br>**04.05.19,**<br>**05.07.19** | **$8,359.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Utilities**__ |
| 3.23. | **Ultranet**<br>?? | **Multiple**<br>**payments:**<br>**02.11.19 -**<br>**05.21.19** | **$13,222.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **United States Treasury**<br>NEED COMPLETE ADDRESS<br>Ogden, UT 84201 | **02.04.19** | **$8,455.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Taxes**__ |

Debtor   **Lakeway Publishers, Inc.**                                    Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **U.S. Bankcorp Equipment Finance Group**<br>1310 Madrid Street Suite 105<br>Marshall, MN 56258 | **02.01.19,<br>02.13.19,<br>03.15.19,<br>04.17.19** | $8,555.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **Verizon Wireless**<br>PO Box 660108<br>Dallas, TX 75266 | **Multiple payments:<br>02.13.19 -<br>05.07.19** | $12,082.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. | **Walterry Insurance Brokers**<br>7411 Old Branch Ave.<br>Clinton, MD 20735 | **03.26.19** | $9,710.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Insurance__ |
| 3.28. | **PAGE Cooperative**<br>P.O. Box 842228<br>Boston, MA 02284-2228 | **Multiple payments:<br>02.01.19 -<br>05.10.19** | $158,923.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Citizen Tribune**<br>1609 W. 1st North St.<br>Morristown, TN 37814<br>d/b/a | **Multiple payments:<br>02.11.19 -<br>05.13.19** | $19,522.27 | **PIA & mail refunds, petty cash funding** |
| 4.2. | **Logon Computer Services**<br>1611 W Andrew Johnson Hwy.<br>Morristown, TN 37814<br>d/b/a | **Multiple payments:<br>02.11.19 -<br>05.21.19** | $33,514.82 | **??** |
| 4.3. | **Press Journal Printing**<br>3650 West Industrial Dr.<br>Louisiana, MO 63353<br>subsidiary | **02.14.19 -<br>04.30.19** | $217,357.82 | **??** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- | --- |
| 9.1. | **Ministerial Association 733 W Main St. Morristown, TN 37814** | **Cash** | **11.22.18** | **$82.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Lakeway Foundation P.O. Box 625 Morristown, TN 37815** | **2019 Friends of Scouting** | **03.01.2019** | **$250.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Lakeway Foundation P.O. Box 625 Morristown, TN 37815** | **2019 Young Life Pledge** | **03.01.19** | **$500.00** |
| | Recipients relationship to debtor | | | |

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **Citizen Tribune**<br>**1609 W. 1st North St.**<br>**Morristown, TN 37814** | **Home Show Prize** | | **$223.90** |
| | Recipients relationship to debtor<br>**d/b/a** | | | |

---

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
Lis any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Quist, Fitzpatrick & Jarrard, PLLC**<br>**2121 First Tennessee Plaza**<br>**800 South Gay Street**<br>**Knoxville, TN 37929-9711** | **Attorney Fees** | **05.03.2019** | **$25,000.00** |
| | Email or website address<br>**rej@qcflaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Lakeway Publishers, Inc.** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Lakeway Publishers, Inc.** _____  Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Pinnacle Bank**<br>**1111 N. Northshore Dr., Ste.**<br>**S-800**<br>**Knoxville, TN 37919** | **Osceola News Gazette: business**<br>**Sold for $599,823.50 less exp.**<br>**$129,123.51** | **07.01.2018** | **$470,699.99** |
| | Relationship to debtor | | | |
| 13.2<br>. | **Pinnacle Bank**<br>**1111 N. Northshore Dr., Ste.**<br>**S-800**<br>**Knoxville, TN 37919** | **Lakeway Publishers of Florida: business**<br>**Sold for $340,000 less exp of $340,000 (?)**<br>**$200K to be paid over 24 mo.s (please**<br>**clarify this transaction with respect to the**<br>**$140K difference)** | **10.02.2018** | **$200,000.00** |
| | Relationship to debtor | | | |
| 13.3<br>. | **Pinnacle Bank**<br>**1111 N. Northshore Dr., Ste.**<br>**S-800**<br>**Knoxville, TN 37919** | **Lakeway Publishers of Florida: real**<br>**estate**<br>**sold for $3,560,000.00 less exp. of**<br>**$723,124.92** | **10.02.18** | **$2,836,875.08** |
| | Relationship to debtor | | | |
| 13.4<br>. | **Pinnacle Bank**<br>**1111 N. Northshore Dr., Ste.**<br>**S-800**<br>**Knoxville, TN 37919** | **Kissimmee: building**<br>**sold for $475,463.46 less exp of**<br>**$55,501.35** | **11.30.2018** | **$419,962.11** |
| | Relationship to debtor | | | |
| 13.5<br>. | **Pinnacle Bank**<br>**1111 N. Northshore Dr., Ste.**<br>**S-800**<br>**Knoxville, TN 37919** | **Final Tie Out, Lakeway Publishers:**<br>**business**<br>**sold for $76,649.46 less exp $20,856.85** | **12.14.18** | **$55,792.61** |
| | Relationship to debtor | | | |

**Part 7:**  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **Moore County News**<br>**309 Hiles St.**<br>**Lynchburg, TN 37352** | **2010 - 2018** |
| 14.2. | **Westmoreland News**<br>**15692A King's Hwy**<br>**Montross, VA 22520** | **ended 03.2019** |

Debtor    **Lakeway Publishers, Inc.**                                    Case number *(if known)* _____

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, address, email address & credit card information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **USI Consulting Group** | EIN: **62-0754964** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Lakeway Publishers, Inc.**                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| **26a.1.** | **Kimberly Allen** 271 Skyview Dr. Montross, VA 22520 | **08.01.07 - 02.20.19** |
| **26a.2.** | **Bonny Archer-Hep** 791 Hwy 113 White Pine, TN 37890 | **10.22.18 - current** |
| **26a.3.** | **Heather Baker** 1169 George Byrd Rd. Morristown, TN 37813 | **02.28.12 - 06.08.18** |
| **26a.4.** | **Crystal Beatty** 609 East Page St. Vandalia, MO 63382 | **08.06.2008 - current** |
| **26a.5.** | **Morgan Biery** 321 Flemings Dr. Morristown, TN 37813 | **06.11.2018 - 01.04.19** |
| **26a.6.** | **Patricia Blankenship** P.O. Box 48 Hermann, MO 65041 | **09.10.2012 - current** |
| **26a.7.** | **Khristta Cooper** 811 New Hope Rd. Elsberry, MO 63343 | **02.10.16 - 04.18.19** |
| **26a.8.** | **Doris Depper** 1002 N. Washington St. Tullahoma, TN 37388 | **03.05.18 - 05.23.18** |
| **26a.9.** | **Lorie Diamond** 5036 Cameron Rd. Morristown, TN 37814 | **12.26.17 - current** |
| **26a.10.** | **Cynthia Dolan** 208 8th Ave. NW Winchester, TN 37398 | **07.29.16 - current** |
| **26a.11.** | **Jennifer Dowell** 703 Arrow Ave. Louisiana, MO 63353 | **07.18.11 - 08.27.18** |
| **26a.12.** | **Susan Duncan** 617 Nebraska St. Louisiana, MO 63353 | **11.17.16 - 03.06.19** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Lakeway Publishers, Inc.**                                                      Case number *(if known)* _____

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.13. | **Hannah Elliott**<br>**281 Nelson St.**<br>**Montross, VA 22520** | **06.09.16 - 12.18.17** |
| 26a.14. | **Thomas Fields**<br>**4265 Stansberry Rd.**<br>**Morristown, TN 37813** | **12.10.18 - current** |
| 26a.15. | **Carmen Gibson**<br>**5544 Buckingham Dr.**<br>**Russellville, TN 37860** | **06.18.18 - 02.22.19** |
| 26a.16. | **Valerie Gilbert**<br>**3764 Shelby 209**<br>**Clarence, MO 63437** | **09.01.1992 - 11.02.17** |
| 26a.17. | **April Graham**<br>**2235 Kidwell Ridge Rd.**<br>**Morristown, TN 37814** | **04.01.19 - 04.02.19** |
| 26a.18. | **Janet Gray**<br>**173 Old Fayetteville Hwy.**<br>**Lynchburg, TN 37352** | **12.08.14 - 01.16.17** |
| 26a.19. | **Tanya Greene**<br>**1136 Back Valley Rd.**<br>**Sneedville, TN 37869** | **11.20.03 - 11.23.18** |
| 26a.20. | **Rebecca Harlow**<br>**2290 Central Park Dr.**<br>**Troy, MO 63379** | **03.21.18 - current** |
| 26a.21. | **Debra Harvey**<br>**35251 Monroe Rd., Apt. 390**<br>**Monroe City, MO 63456** | **08.01.16 - 09.14.16** |
| 26a.22. | **Whittney Hickey**<br>**4687 East Hampton Blvd.**<br>**Morristown, TN 37813** | **12.03.18 - 04.17.19** |
| 26a.23. | **Betty Howard**<br>**1021 Rhett Circle**<br>**Morristown, TN 37814** | **05.15.1972 - current** |
| 26a.24. | **Lee Huguenard**<br>**110 Judge Asbury Ct.**<br>**Jacksboro, TN 37757** | **01.22.1990 - 04.13.17** |
| 26a.25. | **Jane Hutton**<br>**1635 Timber Ridge Road**<br>**Greeneville, TN 37743** | **01.28.15 - 12.28.17** |
| 26a.26. | **Tabitha Jaycox**<br>**624 Whipoorwill Dr.**<br>**Talbott, TN 37877** | **04.29.19 - current** |
| 26a.27. | **Donna Jonagin**<br>**532 Big Hill Rd.**<br>**Mooresburg, TN 37811** | **02.12.15 - current** |
| 26a.28. | **Angela Jones**<br>**129 Maydawn Lane**<br>**Mooresburg, TN 37811** | **01.16.17 - current** |

| Debtor | **Lakeway Publishers, Inc.** | | Case number *(if known)* | |

| Name and address | Date of service From-To |
|---|---|
| 26a.29. | **Cynthia Kaus**<br>**189 Rue Grand Dr.**<br>**Lake Saint Louis, MO 63367** | **11.01.12 - 04.26.19** |
| 26a.30. | **Lynnann Keller**<br>**1038 Avondale Hollow Rd.**<br>**Rutledge, TN 37861** | **01.12.15 - 03.30.17** |
| 26a.31. | **Sonja Kinney**<br>**405 N. Wilkinson Rd.**<br>**Richmond, VA 23227** | **08.16.17 - 12.01.17** |
| 26a.32. | **Cassandra Lanier**<br>**2508 Threeway Road**<br>**Warsaw, VA 22572** | **08.01.07 - current** |
| 26a.33. | **Shannon Lenk**<br>**820 Eversmeyer Rd.**<br>**Silex, MO 63377** | **03.18.19 - current** |
| 26a.34. | **Sarah Lewis**<br>**183 Freedom Way**<br>**Warsaw, VA 22572** | **08.01.07 - 04.11.19** |
| 26a.35. | **Mary Luck**<br>**556 Rabbit Run Road**<br>**Bumpass, VA 23024** | **11.27.17 - 03.31.18** |
| 26a.36. | **Linda Luebrecht**<br>**19862 Pike 476**<br>**Bowling Green, MO 63334** | **10.01.1986 - 10.02.18** |
| 26a.37. | **Debra Luttrell**<br>**4324 Old Tullahoma Rd.**<br>**Winchester, TN 37398** | **09.23.1980 - current** |
| 26a.38. | **Julie Malott**<br>**5393 Stuffel Rd.**<br>**Morristown, TN 37814** | **04.30.07 - 05.11.18** |
| 26a.39. | **Jennifer Martin**<br>**2625 Purkey St.**<br>**Morristown, TN 37814** | **02.25.19 - 03.18.19** |
| 26a.40. | **Carolyn McCarter**<br>**404 Parker Rd.**<br>**Morristown, TN 37813** | **08.18.11 - current** |
| 26a.41. | **Carolyn McKinney**<br>**1323 Hugh Dr.**<br>**Morristown, TN 37814** | **11.09.15 - current** |
| 26a.42. | **Donna McManama**<br>**610 Tidball**<br>**Centralia, MO 65240** | **07.16.07 - current** |
| 26a.43. | **Janice Montez**<br>**4204 Fenwick St.**<br>**Henrico, VA 23222** | **01.01.08 - 04.24.17** |
| 26a.44. | **Paula Parrish**<br>**2577 Cartersville Rd.**<br>**Mineral, VA 23117** | **01.01.08 - 01.19.18** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Lakeway Publishers, Inc.** | Case number *(if known)* |
|--------|------------------------------|---------------------------|

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.45.   **Abbie Power**<br>717 Tugboat St.<br>Monroe City, MO 63456 | **10.23.17 - current** |
| 26a.46.   **Michelle Purkey**<br>1104 Cross St.<br>Erwin, TN 37650 | **09.28.09 - current** |
| 26a.47.   **Katherine Ring**<br>691 Cuckoo Rd.<br>Louisa, VA 23093 | **04.08.13 - 09.05.18** |
| 26a.48.   **Mindy Rogers**<br>410 Hillwood Rd.<br>Tullahoma, TN 37388 | **02.20.07 - 03.09.18** |
| 26a.49.   **Karen Sanders**<br>4115 Griffin Rd.<br>Lynchburg, TN 37352 | **02.13.17 - 06.29.17** |
| 26a.50.   **Stephanie Sanford**<br>10545 Cople Hwy.<br>Kinsale, VA 22488 | **08.01.07 - current** |
| 26a.51.   **Lauren Scott**<br>96 John Mark Ct.<br>Manchester, TN 37355 | **08.10.16 - 04.28.17** |
| 26a.52.   **Kelly Seay**<br>142 Jefferson Hwy<br>Louisa, VA 23093 | **01.01.08 - current** |
| 26a.53.   **Michael Short**<br>13 Pokes Ln.<br>Elsberry, MO 63343 | **08.31.00 - current** |
| 26a.54.   **Tishauna Snyder**<br>11 Betsy Ross Cover<br>Ruther Glen, VA 22546 | **04.17.17 - 10.31.17** |
| 26a.55.   **Ashley Southerland**<br>3092 Hardy Rd.<br>White Pine, TN 37890 | **11.14.16 - 03.22.19** |
| 26a.56.   **Taylor Steele**<br>2470 Eastbrook Rd.<br>Estill Springs, TN 37330 | **07.16.15 - 10.05.18** |
| 26a.57.   **Kathren Thompson**<br>617 Circle Dr.<br>Tullahoma, TN 37388 | **12.16.14 - 02.14.19** |
| 26a.58.   **Cindy Viehman**<br>47 Oxford Place<br>Troy, MO 63379 | **07.20.16 - 07.26.17** |
| 26a.59.   **Julie Waechter**<br>534 Tabago Ln.<br>Moscow Mills, MO 63362 | **08.03.17 - 03.21.18** |
| 26a.60.   **Christine Watson**<br>1011 Park St.<br>Monroe City, MO 63456 | **01.03.17 - 09.29.17** |

Debtor   **Lakeway Publishers, Inc.**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.61.  **Christina White**<br>**745 Virginia St.**<br>**Saint Clair, MO 63077** | **11.18.16 - 10.27.17** |
| 26a.62.  **Mosby Wigginton**<br>**1518 Mansfield Landing**<br>**Midlothian, VA 23114** | **12.02.12 - 07.28.17** |
| 26a.63.  **Deborah Wimsatt**<br>**207 Oak Park Circle**<br>**Tullahoma, TN 37388** | **02.20.1991 - current** |
| 26a.64.  **Bridgette Worley**<br>**15722 Pike 292**<br>**Bowling Green, MO 63334** | **09.05.18 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Craine, Thompson, and Jones**<br>**f/k/a Hiram Jones & Associates**<br>**P.O. Box 1779**<br>**Morristown, TN 37816** | **1966 - current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Craine, Thompson, and Jones**<br>**P.O. Box 1779**<br>**Morristown, TN 37816** | |
| 26c.2.  **Lorie Diamond, CFO**<br>**1609 W. 1st North St.**<br>**Morristown, TN 37815** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Commercial Bank**<br>**c/o Rick Sprinkle, MBA, Exec. VP**<br>**710 Cumberland Gap Pkwy.**<br>**Harrogate, TN 37752** |
| 26d.2.  **Hometrust Bank**<br>**c/o David Slack, County Executive**<br>**120 Evans Avenue**<br>**Morristown, TN 37814** |

Debtor   **Lakeway Publishers, Inc.**                                          Case number *(if known)* _____

| Name and address |
|---|
| 26d.3.   **Citizens National Bank**<br>**c/o Chris Horn, Market President**<br>**Hamblen/Jefferson Counties**<br>**4320 Evan Greene Plaza**<br>**Morristown, TN 37814** |
| 26d.4.   **Fifth Third Bank**<br>**c/o Nathan Copeland, VP Comm.l Banking**<br>**8331 E. Walker Springs Ln.**<br>**Knoxville, TN 37923** |
| 26d.5.   **First Century Bank**<br>**c/o Rob Barger, President, CEO**<br>**P.O. Box 159**<br>**Tazewell, TN 37879** |
| 26d.6.   **New People's Bank**<br>**c/o J.W. Kiser, SCBO/SVP**<br>**101 Linden Square Dr.**<br>**Bristol, VA 24202** |
| 26d.7.   **SunTrust Bank**<br>**c/o Harry Gross, EVP**<br>**9950 Kingston Pike**<br>**Knoxville, TN 37922** |
| 26d.8.   **Community Bank Blount County**<br>**c/o John Harris, EVP, CLO**<br>**P.O. Box 9730**<br>**Maryville, TN 37802** |
| 26d.9.   **Wells Fargo**<br>**c/o Michael Friesch, VP Comm. Banking Gr**<br>**3100 West End Ave., Ste. 900**<br>**Nashville, TN 37203** |
| 26d.10.   **The Joel Cohen Group, LLC**<br>**d/b/a callcohen.com**<br>**c/o Joel Cohen, Chairman, Pres., CEO**<br>**1389 W. 86th St., Ste. 196**<br>**Indianapolis, IN 46260** |
| 26d.11.   **AXIS Capital Funding**<br>**92 Pitts Bay Rd., AXIS House**<br>**Pembroke, HM 08 Bermuda**<br>**Attn: Tracy Harris, VP Business Funding** |
| 26d.12.   **Lighthouse Financial Group**<br>**6624 Colonial Forest Lane**<br>**Attn: Al Foster, Vice Presidet**<br>**Knoxville, TN 37919** |
| 26d.13.   **BB&T**<br>**900 S. Gay St., 24th Floor**<br>**Attn: DeAnna Hughes**<br>**Knoxville, TN 37902** |
| 26d.14.   **SMS Financial, LLC**<br>**6829 North 12th St.**<br>**Attn: Dan Shorr**<br>**Phoenix, AZ 85014** |

Debtor   **Lakeway Publishers, Inc.**                                    Case number *(if known)* _____

| Name and address |
|---|
| 26d.15. | **First Tennessee Bank**<br>**1112 W. First N. St.**<br>**Attn: Justin Cook**<br>**Morristown, TN 37814** |
| 26d.16. | **Pinnacle Financial Partners**<br>**1111 Northshore Dr.. Ste. S800**<br>**Attn: Leslie Mills**<br>**Knoxville, TN 37921** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Ricky Ball** | **04.30.19** | **$117,225.45**<br>**Cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Citizen Tribune (Donna Jonhagin)**<br>**1609 W. 1st North St.**<br>**Morristown, TN 37814** |

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | **Jeff Fishman** | **04.30.19** | **$90,477.08**<br>**Cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Tullahoma News (Debbie Wimsatt)**<br>**505 Lakeway Place**<br>**Tullahoma, TN 37388** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **R. Jack Fishman** | **1220 Wildwood Dr.**<br>**Morristown, TN 37814** | **Chairman** | **7%** |
| **R. Michael Fishman** | **761 Berkshire Dr.**<br>**Morristown, TN 37814** | **Secretary/Treasurer** | **20%** |
| **Jeffrey D. Fishman** | **600 Stuart St.**<br>**Tullahoma, TN 37388** | **Vice President** | **20%** |
| **Dr. Donald Dees** | **200 Seven Oaks**<br>**Knoxville, TN 37922** | **Director** | **5%** |

Debtor   **Lakeway Publishers, Inc.**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Omer E. Perryman** | **1310 Bales Dr.**<br>**Morristown, TN 37814** | **Director** | **3%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William O. Foutch** | **830 W 1st North St.**<br>**Morristown, TN 37814** | **Director/Assistant Secretary** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John R. Johnson** | **175 Fincastle Court**<br>**Daleville, VA 24083** | **Director** | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lorie Diamond** | **5036 Cameron Rd.**<br>**Morristown, TN 37814** | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Doyle Wallace** | **5050 S Davy Crocket Pkwy**<br>**Morristown, TN 37813** | **Director** | **0.4% (17 shares)** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Donald Lovelace** | **354 Beechwood Cir.**<br>**Morristown, TN 37814** | **Director** | **term ended 05.2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jane Hutton** | **1635 Timber Ridge Rd.**<br>**Greeneville, TN 37743** | | **term ended 12.2017** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **William North** | **P.O. Box 621**<br>**Morristown, TN 37815** | | **terrm ended 08.2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Harry Hill** | **1107 Pickett Dr.**<br>**Tullahoma, TN 37388** | | **term ended 10.2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Lakeway Publishers, Inc.**                    Case number *(if known)*  _____

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Bert & Jean Gudis**<br>**540 Glen Ives Way**<br>**Knoxville, TN 37919** | **$2,000.00**<br>**20 shares of stock @ $100 ea.** | **July 2018** | **Settle estate of Jean Gudis** |
| | Relationship to debtor<br>**Stockholder** | | | |
| 30.2. | **R. Kenneth Reel, Jr.**<br>**P.O. Box 2291**<br>**Morristown, TN 37816** | **$100**<br>**1 share of stock @ $100 ea.** | **May, 2019** | **Settle estate of R. Kenneth Reel, Jr.** |
| | Relationship to debtor<br>**Stockholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **USI Consulting Group**<br>**900 S. Gay St., Ste. 1796**<br>**Knoxville, TN 37902** | **EIN:**   **62-0754964** |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2019**   _____

**/s/ R. Jack Fishman**                    **R. Jack Fishman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of Tennessee

In re   **Lakeway Publishers, Inc.** _____   Case No. _____
_____ Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May 31, 2019** _____   **/s/ R. Jack Fishman** _____
                                          **R. Jack Fishman**/**President**
                                          Signer/Title

Date:   **May 31, 2019** _____   **/s/ Ryan E. Jarrard** _____
                                          Signature of Attorney
                                          **Ryan E. Jarrard 024525**
                                          **Quist, Fitzpatrick & Jarrard, PLLC**
                                          **2121 First Tennessee Plaza**
                                          **800 South Gay Street**
                                          **Knoxville, TN 37929-9711**
                                          **(865) 524-1873   Fax: (865) 525-2440**

A-1 Equipment Rental
335 East Morris Blvd.
Morristown, TN 37813

A-Z Office Resource
d/b/a Evans Office Supply
1600 E Andrew Johnson Hwy.
Morristown, TN 37814

A.U. & Anna Dee Bradley
c/o Sharon Hurley
311 Getta Way
Mocksville, NC 27028

Accident Fund
P.O. Box 77000
Dept. 77125
Detroit, MI 48277-0125

Acme Printing Company
1100 East Main Street
Morristown, TN 37814

Adrian Hale Pest Control
5476 St. Paul Rd.
Morristown, TN 37814

Advanced Plastics, Inc.
7360 Cockrill Bend Blvd.
Nashville, TN 37209

Advanced Publishing Technology
123 S. Victory Blvd.
Burbank, CA 91502-2347

Algie L. Christian, Trustee
for Whitney C. Christian
1016 Lookout Dr.
Morristown, TN 37814

Alice Gerson Goldfarb
11 Brown Court
Livingston, NJ 07039

Alice Sutherland Pryor
1421 Laurel Hill Circle
Jefferson City, TN 37760

Alliance for Audited Media
P.O. Box 74008818
Chicago, IL 60674-8818

American Express
PO Box 650448
Dallas, TX 75265

American Paper & Twine
7400 Cockrill Bend Blvd.
Nashville, TN 37209

AMG Parade
P.O. Box 306106
Nashville, TN 37230-6106

Andrew Johnson Bank
435 West 1st North Street
Morristown, TN 37814

Andrews McMeel Syndication
P.O. Box 843345
Kansas City, MO 64184-3345

Angela Stacy
705 Oak Street
Manchester, TN 37355

Animatron, Inc.
2 Seaport Ln., Ste. 8C
Boston, MA 02210

Anne P. Sims
P.O. Box 1005
Morristown, TN 37816

Appalachian Electric Co-op
PO Box 710
Jefferson City, TN 37760

Associated Bag Company
P.O. Box 3036
Milwaukee, WI 53201

Associated Press Broadcast
P.O. Box 414212
Boston, MA 02241-4212

AT&T
P.O. Box 105503
Atlanta, GA 30348-5503

AT&T
PO Box 105262
Atlanta, GA 30348

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T
Direct TV
2250 East Imperial Hwy., N368
El Segundo, CA 90245

AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197-5014

Athens Paper Company
P.O. Box 291329
Nashville, TN 37229-1329

Athlon Media Group
75 Remittance Dr., #1211
Chicago, IL 60675-1211

Atlantic Broadband
P.O. Box 371801
Pittsburgh, PA 15250

Atmos Energy Corp.
P.O. Box 790311
Saint Louis, MO 63179

AVW, Inc.
d/b/a Max Pro
P.O. Box 9962
Fort Lauderdale, FL 33310

Bagwell Document Solution
618 Elm St.
Shelbyville, TN 37160

Bank of America
PO Box 15019
Wilmington, DE 19850

Bank of America Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

Bankcard Center
P.O. Box 385
Memphis, TN 38101

Barbara B. Thompson
1025 walters Drive
Morristown, TN 37814

Barbara Gilliam Thomas
768 Graves-Delozier Rd.
Seymour, TN 37865

BB&T Commercial Equipment Capital
Attn: Accounts Receivable
P.O. Box 896534
Charlotte, NC 28289

Ben E. DAvis
(Deceased)
7400 St. Clair Rd.
Whitesburg, TN 37891

Berney Office Solution
P.O. Box 932893
Atlanta, GA 31193-2893

Betty G. Minsk
1150 Coronet Court, NE
Atlanta, GA 30329

Betty Howard
1021 Rhett Circle
Morristown, TN 37814

Betty Lamb

Betty Shuck
1462 WHiteside Dr.
Morristown, TN 37814

Beulah Clarkson
1320 Secretariat Dr.
Morristown, TN 37814

Beyond Private Label
W237N2920 Woodgate Rd., Ste. 300
Pewaukee, WI 53072

BH Media Publishing Solutions
P.O. Box 26087
Richmond, VA 23260

Big Orange Electric
c/o Steven A. Ricker
2035 Brights Pike
Morristown, TN 37814

BlueCross BlueShield
P.O. Box 6349
Carol Stream, IL 60197-6349

BlueCross BlueShield of TN
Group Receipts Dept.
P.O. Box 6539
Carol Stream, IL 60197-6539

Bobbie Ball


Brian Keith West
2904 Laurel St.
Vicksburg, MS 39180

Britt Monk
925 Dalton Circle
Morristown, TN 37814

Burnett Dobson & Pinchak
711 Cherry St., Ste. 200
Chattanooga, TN 37402

C.B. Holt
174 Phyllis Dr.
Bean Station, TN 37708

Camera Castle
201 East Main St.
Morristown, TN 37814

CDW Computer Centers
P.O. Box 75723
Chicago, IL 60675

Century Fire Protection
2450 Satellite Blvd.
Duluth, GA 30096

Century Printing & Packaging
P.O. Box 2358
Greer, SC 29652

Certified Laboratories (MANTEK)
23261 Network Place
Chicago, IL 60673-1232

Chapel Hill Manufacturing Co.
P.O. Box 208
Oreland, PA 19075-1597

Chapter 13 Standing Trustee
P.O. Box 511
Chattanooga, TN 37401

Charles E. Sons
157 Brandi Way
Winchester, TN 37398

Charles L. Burrus
919 Ashbrooke Way
Knoxville, TN 37923

Charles Michael Hodge
1710 Morningside Dr.
Morristown, TN 37814

Charter Communications
P.O. Box 742613
Cincinnati, OH 45274-2613

Chase Platinum Visa


Christopher P. Demers
1745 Catalpa Ln.
Reno, NV 89511

Cintas Corp.
P.O. Box 631025
Cincinnati, OH 45263

Citizen Tribune
1609 W. 1st North St.
Morristown, TN 37814

Citizens Tri-County Bank
201 N Jackson St.
Tullahoma, TN 37388

City of Fayetteville
Property Tax Office
110 Elk Avenue S.
Fayetteville, TN 37334

City of Manchester
200 West Fort St.
Manchester, TN 37355

City of Morristown
P.O. Box 1654
Morristown, TN 37816

City of Tullahoma
P.O. Box 807
Tullahoma, TN 37388

Coffee County Clerk
1327 McArthur St., #1
Manchester, TN 37355

Coffee County Register of Deeds
1341 McArthur St., #2
Manchester, TN 37355

Coffee County Trustee
1341 McArthur St., #1
Manchester, TN 37355

Colonial Beach Postmaster
1000 Dwight
Colonial Beach, VA 22443

Comcast Communications
P.O. Box 3005
Southeastern, PA 19398

Comcast, Inc.
PO Box 105184
Atlanta, GA 30348-5184

Communication Resources, Inc.
P.O. Box 22145
Chattanooga, TN 37422

Community Creations, Inc.
P.O. Box 307241
Columbus, OH 43230

Consolidated Plastics Co.
4700 Prosper Dr.
Stow, OH 44224

Contemporary Energy Solutions
621 Plainfield Rd., Ste. 310
Willowbrook, IL 60527

Corning Publishing Co., Inc.
810 N. Missouri Ave.
Corning, AR 72422

County of Louisa
Attn: Amanda Reidelbach
P.O. Box 160
Louisa, VA 23093

County of Northumberland
Attn: Ellen Kirby, Treasurer
P.O. Box 297
Heathsville, VA 22473

Craig Enterprises
5450 Circle Church Dr.
Attn: Terry Craig
Leesburg, FL 34748

Craine, Thompson & Jones, PC
P.O. Box 1779
Morristown, TN 37816

Creators Syndicate
737 3rd St.
Hermosa Beach, CA 90254

Crown Castle South, LLC
P.O. Box 301334
Dallas, TX 75303-1334

CSI Telecommunications
18161 Edison Ave., Ste. D
Chesterfield, MO 63005

CWR Digital
630 Bent Creek Dr.
Evans, GA 30809

Cynthia H. Shoun
3105 Hampton Circle
Morristown, TN 37814

Daniel Kemp Newman
3760 Stacy Ave.
Morristown, TN 37814

Datavision, Inc.
3018 Knollwood Dr.
Cameron Park, CA 95682

Debra Suzanne Sexton
624 Lilac Street
Morristown, TN 37814

Dell Marketing, L.P.
c/o Dell USA, L.P.
P.O. Box 534118
Atlanta, GA 30353-4118

Dependable Laundry
71 N. Industrial Dr.
Coalmont, TN 37313

DFS
P.O. Box 88042
Chicago, IL 60680

Dish Network
Dept. 0063
P.O. Box 94063
Palatine, IL 60094

Diversified Computer Supplies, Inc.
4435 Concourse Dr.
Ann Arbor, MI 48108

Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290-0001

Donald B. Oakley
7513 Sherwood Dr.
Knoxville, TN 37919

Donald Dees
200 Seven Oaks Dr.
Knoxville, TN 37922

Douglas Keith Sexton
1813 Amarillo Ln.
Knoxville, TN 37922

Doyle M. Wallace
P.O. Box 687
Morristown, TN 37815

Dr. Dale Allen
P.O. Box 555
TN 37800

Dr. Donald Dees
200 Seven Oaks Dr.
Knoxville, TN 37922

Dr. O.L. Merritt
2264 Cambridge Dr.
Morristown, TN 37814

Dr. Truiet H. Pierce
P.O. Box 37
Sneedville, TN 37869

Dr. William Rooney
451 South Jackson St.
Morristown, TN 37814

Duck River Electric
P.O. Box 179
Lynchburg, TN 37352

Duke Oil Company
P.O. Box 250
Mineral, VA 23117

Dyal S. Lawncare
613 Cindy Court
Whitesburg, TN 37891

East Coast Risk Management
40 Lincoln Way, Ste. 201
North Huntington, PA 15642

East Tennessee PBS
1611 E Magnolia Ave.
Knoxville, TN 37917-7825

Elk River Public Utility District
P.O. Box 179
Lynchburg, TN 37352

Ennis, Inc.
P.O. Box 841741
Dallas, TX 75284

Fastenal
PO Box 978
Winona, MN 55987

Faye's Office Supply
105 Byrd Street
Orange, VA 22960

Fayetteville Lions Club
c/o Ted Wright
P.O. Box 217
Fayetteville, TN 37334

Fayetteville Rotary Club
P.O. Box 72
Fayetteville, TN 37334

FedEx
P.O. Box 660481
Dallas, TX 75266

First Impression Printing
P.O. Box 1624
Morristown, TN 37816

Foster Arnett, Jr.
1236 Forest Brook Rd.
Knoxville, TN 37919

Frank & Nancy Holder
1824 Country Club Drive
Morristown, TN 37814

Frank Holder
(Deceased)
1824 Country Club Dr.
Morristown, TN 37814

Franklin County Chamber of Commerce
44 Chamber Way
Winchester, TN 37398

Franklin County Clerk
1 S. Jefferson St.
Winchester, TN 37398

Franklin County Solid Waste
P.O. Box 518
Winchester, TN 37398

Franklin County Trustee
P.O. Box 340
Winchester, TN 37398

Friends2Follow
P.O. Box 526393
Salt Lake City, UT 84152-6393

Fullerton's Refrigeration
102 Water St.
Petersburg, TN 37144

G&K Montgomery
P.O. Box 677057
Dallas, TX 75267

G&V Campbell, Inc.
329 SE Huntington Cir.
Port Saint Lucie, FL 34984

G.O. Haggard Family
Limited Partnership
c/o Swanson & Cowan, LLP
717 W. Main St., Ste. 100
Morristown, TN 37814

Gary Smith

Gene Jolley

Gracenote Media Services, LLC
Lockbox 29421
Chicago, IL 60673-1294

Grapevine Solutions
1395 Kevin Lane
Lenoir City, TN 37772

Graphic Creations
213 E 4th Ave.
Knoxville, TN 37917

Great Lakes Publishing, Inc.
P.O. Box 499
Portland, MI 48875

Greene Advertising Agency
P.O. Box 475
Snow Hill, NC 28580

Gregory Scott Sexton
730 Barton Drive
Morristown, TN 37814

Gunnels Book Bindery
662 McAllister Rd.
Albertville, AL 35950

Guthrie Machine
2106 Madison St.
Shelbyville, TN 37160

Hamblen County Department of Education
210 E Morris Blvd.
Morristown, TN 37813

Harry Hill

Healthsville Postmaster
27 Monument Place
Heathsville, VA 22473

Helen Iddins Jolley
731 W Rhoten Street
Jefferson City, TN 37760

Heller Syndication
Attn: Joe Heller
P.O. Box 12401
Green Bay, WI 54307

Henry & McCord
P.O. Box 538
300 N. Jackson St.
Tullahoma, TN 37388

Henry Paul Beets, Jr.
1421 Rich Circle
Morristown, TN 37814

Heritage Propane
P.O. Box 371473
Pittsburgh, PA 15250

Hoag & Sons' Book Bindery
145 S. Main St.
Eaton Rapids, MI 48827

Holston Electric Co-op
P.O. Box 190
Rogersville, TN 37857-0190

Holston Gases
P.O. Box 127
Morristown, TN 37814

Howard & Marjorie Westhaver Trust
Majorie Westhaver, Executor
2604 King's Crown Court
Fort Myers, FL 33908

Inland Press Association
Financial Studies Mgr.
701 Lee St., Ste. 925
Des Plaines, IL 60016

Internal Revenue Service
P.O. Box 37941
Hartford, CT 06176-7941

IT Select
P.O. Box 382220
Germantown, TN 38183

James C. Noe
505 Conkinnon Dr.
Lenoir City, TN 37772

James G. Rines
3109 Lee Drive
Morristown, TN 37814

James Hallada
5681 Browning Way
Russellville, TN 37860

James Howard Davenport
(Deceased)
P.O. box 531
Morristown, TN 37814

James W. Bond & Eugenia D. Bond
900 Bond Circle
Morristown, TN 37814

James W. Burnett
Box 268
Jamestown, TN 38556

Jane H. Strate Hopson
1334 Hodge Ct.
Morristown, TN 37814

Jason Conway
2233 Kidwell Ridge Rd.
Morristown, TN 37814

Jean Coffman


Jefferson County Chamber of Commerce
P.O. Box 890
Dandridge, TN 37725

Jeffrey Jay West
1319 Baum St.
Vicksburg, MS 39180

Joe F. Taylor
800 E. 2nd North St.
Morristown, TN 37814

John & Megan Maple
P.O. Box 275
Dandridge, TN 37725

John F. Clawson
1919 Morningside Dr.
Morristown, TN 37814

John Gregory Spain
1204 Ridgecrest St.
Morristown, TN 37814

John Johnson


John Lecroy
1316 Judy Reagan Lane
Knoxville, TN 37931

John R. Johnson
175 Fincastle Ct.
Daleville, VA 24083

John St. Clair Photography
151 Circle Dr.
Manchester, TN 37355

Joseph D. Bryant
P.O. Box 550
Wallace, NC 28466

JTF
5568 General Washington Dr., Ste. A203
Alexandria, VA 22312

Judy M. Couch
1308 W. Lakeview Dr.
Johnson City, TN 37601

Judy Martin


Judythe K. Smith
1709 15th North
Texas City, TX 77590

Jumpstart Publishing
d/b/a Fox Print Services
P.O. Box 8
Mandeville, LA 70470

Justin Demers
2515 Sidewinder Dr.
Park City, UT 84060

K&S Awards
510 Country Club Dr.
Tullahoma, TN 37388

Karl Kroijer
4237 Headsail Dr.
New Port Richey, FL 34652

Kathryne Bible
P.O. Box 1612
Morristown, TN 37814

Kathy Sotelo
5524 Old Hwy. 160
Morristown, TN 37813

Keister-Williams Newspaper Services, Inc
P.O. Box 8187
Charlottesville, VA 22906

Keith D. Rugel
792 E Broadway Blvd.
Jefferson City, TN 37760

Keith Purkey
P.O. Box 1005
Morristown, TN 37816

King Features Syndicate
P.O. Box 90007
Prescott, AZ 86304-9007

King Printing Solutions
P.O. Box 1467
New Tazewell, TN 37824

Kingsport Imaging Systems, Inc.
200 E Market St.
Kingsport, TN 37660

Kiwanis Club of Morristown
P.O. Box 1002
Morristown, TN 37816-1002

Laura Anne Maden,
Jim & Elizabeth Maden, Jr.
803 Edgewood Ct.
Franklin, TN 37064

Lawrence Nee


Lee Huguenard


Legacy.com Inc.
230 W. Monroe, Ste. 400
Chicago, IL 60606

Lincoln County Chamber of Comerce
P.O. Box 515
Fayetteville, TN 37334

Lincoln County Clerk
112 Main St. South, Ste. 102
Fayetteville, TN 37334

Lincoln County Vending
605 Green Street
Fayetteville, TN 37334

Lincoln National Life Ins. Co.
1300 South Clinton St.
Philadelphia, PA 19170-0439

Linda C. Lampkin
2638 Vista Dr.
Talbott, TN 37877

Local Media Association
P.O. Box 84042
Chicago, IL 60689

Logicnow, Ltd.
P.O. Box 28720
New York, NY 10087

Lois S. Garner
1521 Dougherty Dr.
Morristown, TN 37814


Lonas Dalton

Louisa County Circuit Court
Clerk's Office
P.O. Box 37
Louisa, VA 23093

Louisa County Water Authority
P.O. Box 9
Louisa, VA 23093

Louisa Postmaster
Periodical Postage
NEED ADDRESS
Louisa, VA 23093

Lydia Alice Hook Niewoehner
174 Big Island Trail
Ponte Vedra, FL 32081

Manchester Coffee County Conference Ctr.
147 Hospitality Blvd.
Manchester, TN 37355

Manchester Rotary Club
P.O. Box 575
Manchester, TN 37349

Manufacturer's News, Inc.
1633 Central St.
Evanston, IL 60201

Mark Anthony, William Timothy
Standifer & Glenna Sue Napier
1003 Lakeway Rd.
Morristown, TN 37814

Martha Bourlakas
6718 Fairway Ridge Rd.
Roanoke, VA 24018

Mary Bruce
921 E Ellis St., Apt. #3
Jefferson City, TN 37760

Mary P. Burnett
P.O. Box 1005
Morristown, TN 37816

Max Hime
(Deceased)
993 Dover Rd.
Morristown, TN 37813

McCabe, Weisberg & Conway, LLC
123 S. Broad St., Ste. 1400
Philadelphia, PA 19109

McGuffins Partners


McKinney Plumbing & Electric
502 Adams St.
Fayetteville, TN 37334-4914

McMaster Car Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Melissa L. Arnett Campbell
1010 Scenic Highway
Lookout Mountain, TN 37350

Metro Creative Graphics
519 Eighth Avenue, 18th Floor
New York, NY 10018

Metro Forms, Inc.
74 Davis Avenue
Rye, NY 10580

Meyer Plastics, LLC
1111 N 20th Ave.
Yakima, WA 98902

MHH Foundation
1621 W Morris Blvd., Ste. D
Morristown, TN 37813

Mildred's Florist & Gifts, Inc.
2255 Sandstone Dr.
Morristown, TN 37814

Misc Vendors


MitoTech, LLC
2001 Broadway, 6th Floor
Riviera Beach, FL 33404

Monotag Corporation, Inc.
209 South Jefferson St., Ste. 1075
Winchester, TN 37398

Montross Postmaster
15917 Kings Highway
Montross, VA 22520

Morristown Area Chamber of Commerce
825 W. 1st North St.
Morristown, TN 37814

Morristown East HS Baseball
P.O. Box 3053
Morristown, TN 37814-1056

Morristown Postmaster
803 S Cumberland St.
Morristown, TN 37813

Morristown Utilities Commission
P.O. Box 59012
Knoxville, TN 37950

Motion Industries
PO Box 404130
Atlanta, GA 30384

Mr. & Mrs. T.L. Shockley
309 Central Church Rd.
Morristown, TN 37814

Mrs. Bill Cunningham
P.O. Box 2412
Boca Grande, FL 33921

Muller-Martini Corp.
Lock Box 7196
P.O. Box 8500
Philadelphia, PA 19178

Murrell Burglar Alarms
5353 Old U.S. 11E
Morristown, TN 37814-1056

MUS Fibernet
P.P. Box 59012
Knoxville, TN 37950

Mutual Graphics
P.O. Box 841741
Dallas, TX 75284

Mutual of Omaha
Payment Processing Center
1299 Farnam St., Ste. 1400
Omaha, NE 68102

Nancy Anderson Kennedy
P.O. Box 1005
Morristown, TN 37816

Nancy Fishman

Narrow Passage Press
P.O. Box 777
Woodstock, VA 22664

National Newspaper Association
101 S Palafox, Unit 13323
Pensacola, FL 32591

Nationwide Marketing Services
3620 N 3rd Ave., 2nd Floor
Phoenix, AZ 85013

Nelco
P.O. Box 1157
Grand Rapids, MI 49501-1157

Nelson & Rosemary Collins
634 Waterwood Ct.
White Pine, TN 37890

NewEgg.com
Accounts Receivable
17560 Rowland St.
City of Industry, CA 91748

Newport Utilities
P.O. Box 519
Newport, TN 37822

News Media Alliance
P.O. Box 79196
Baltimore, MD 21279

Newscycle Solutions, Inc.
P.O. Box 851306
Minneapolis, MN 55485-1306

Newspaper Production & Research Center
236 N.E. 31st Street
Oklahoma City, OK 73105

Nick Davenport
3656 Brimer Rd.
Morristown, TN 37814

Nies Mechanical
P.O. Box 726
Talbott, TN 37877

Nola C. & Henry C. Baird, Jr.
1105 Mountain Laurel
Morristown, TN 37814

Olive Software
Attn: Accounts Receivable
2101 S Blackhawak St., #240
Aurora, CO 80014

Omer C. Renner, MD
1534 Appley Dr.
Morristown, TN 37814

Omer E. Perryman
1310 Bales Ave.
Morristown, TN 37814

Onin Staffing
P.O. Box 933473
Atlanta, GA 31193-3473

Outdoor Adventure Media
c/o Tom Waynick
NEED COMPLETE ADDRESS
Normandy, TN 37360

PAGE Cooperative
P.O. Box 842228
Boston, MA 02284-2228

Pamela Dene Masengill
P.O. Box 609
Talbott, TN 37877

Pandologic, Inc.
Dept. CH 19764
Palatine, IL 60055-9764

Parade Publications, Inc.
P.O. Box 910682
Dallas, TX 75391

Patricia Alexander
1728 Christmas Drive
Morristown, TN 37814

Patricia Cureton
301 Busshog
Morristown, TN 37814

Patricia R. Oram
8050 Cross Creek Drive
Talbott, TN 37877

Paul E. Steinfeld
100 Inman Circle NE
Atlanta, GA 30309

PBI Printing, Inc.
P.O. Box 1071
Ringgold, GA 30736

Perq, LLC
7225 Georgetown Rd.
Indianapolis, IN 46268

Phillips Pressroom Services
230 Belcross Rd.
Camden, NC 27921

Pinnacle Bank
1111 N. Northshore Dr., Ste. S-800
Ste. 130
Knoxville, TN 37919

Pinnacle Bank
1111 N. Northshore Dr., Ste. S-800
Knoxville, TN 37919

Pinnacle Financial
NEED ADDRESS

Pinnacle Towers, LLC
P.O. Box 409250
Atlanta, GA 30384-9250

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250

Pitney Bowes Reserve Account
P.O. Box 371874
Pittsburgh, PA 15250

Platepass, LLC
25274 Network Place
Chicago, IL 60673

Popmount, Inc.
2 San Ramon Way
Richmond, VA 23231

Porter's Tire Stores
P.O. Box 68
Morristown, TN 37815

Premier Lawn Care
P.O. Box 538
Manchester, TN 37349

Presteligence, LLC
8328 Cleveland Ave. NW
North Canton, OH 44720

Principal Life Insurance Co.
711 High Street
Des Moines, IA 50392-1520

Priscilla Jackson
8098 Whetsel Rd.
Whitesburg, TN 37891

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250

R. Jack Fishman
1220 Wildwood Dr.
Morristown, TN 37814

R. Kenneth Reel
P.O. Box 2291
Morristown, TN 37816

R. Mack & Marie Freeman
1166 Beauderaire Dr.
Morristown, TN 37814

R.R. Donnelley
P.O. Box 538602
Atlanta, GA 30353

Ralph Masengill, Jr.
609 Windridge Lane
Morristown, TN 37814

Ray Bible


Ray D. Hall
(Deceased)
2240 Warren Drive
Morristown, TN 37814

Raymond Bible
P.O. Box 1177
Morristown, TN 37816

Raymond E. Bible & Barbara I. Bible
P.O. Box 1177
Morristown, TN 37816

Realmatch
77 Water Street, 12 Floor
New York, NY 10005

Realmatch, Inc.
Dept. CH 19764
Palatine, IL 60055-9764

Reece Sexton
8808 Aragon Lane
Knoxville, TN 37923

Revenue Recovery Corporation
7005 Middlebrook Pike
P.O. Box 50250
Knoxville, TN 37950

Revocable Living Trust
Alan J. Gerson, Trustee
5101 Hope Ct. SW
Lilburn, GA 30047

Ricahrd C. Jessee & Jane Jessee Dickerso
1135 W Third North St.
Morristown, TN 37814

Richard Long
4304 Sparrow Dr.
Knoxville, TN 37914

Richo USA, Inc.
P.O. Box 532530
Atlanta, GA 30353-2530

Robert H. Bible, Jr.
P.O. Box 1177
Morristown, TN 37816

Robert L. Travers &
Gregory S. Travers
P.O. Box 69
Montross, VA 22520

Roco Tutino
4513 Harbor Dr.
Morristown, TN 37813

Ronald R. Reel
8058 Stage Coach Rd.
Whitesburg, TN 37891

Rondino Promotions, Inc.
2140 Greentree Rd., Ste. D
Pittsburgh, PA 15220

Roscoe Brown Heating & Air Conditioning
410 S Roosevelt St.
Tullahoma, TN 37388

Royston H. Masengill Testamentary Trust
733 East First North St.
Morristown, TN 37814

Ruth Sons

S.P. Richards Company
P.O. Box 102458
Atlanta, GA 30368

Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509

Salesfuel, Inc.
600 N. Cleveland Ave.
Westerville, OH 43082

Sam Moore
1547 W. Andrew Johnson Hwy.
Morristown, TN 37814

Sandra T. Harris
1603 Cherokee Dr.
Knoxville, TN 37919

Sarah A. Gose
1744 Christmas Dr.
Morristown, TN 37814

Sarah Scott
6809 Ellesmire Drive
Knoxville, TN 37921

SBA Properties, Inc.
P.O. Box 101667
Atlanta, GA 30392-1667

Second Street Media, Inc.
1017 Olive Street
Saint Louis, MO 63101

Sequachee Valley Electric
P.O. Box 31
South Pittsburg, TN 37380

Seven Wheels, Inc.
P.O. Box 687
Morristown, TN 37815-0687

Sharon Marie Sexton
730 Barton Drive
Morristown, TN 37814

Sidney Renert
c/o Debbie Renert
20 Chanich Albeck
Jerusalem, Israel 93548

Signode Service Business
P.O. Box 71057
Chicago, IL 60694-1057

Silver Communications
102A Executive Dr.
Sterling, VA 20166

SNPA
3680 N Peachtree Rd., Ste. 300
Atlanta, GA 30341

Software Business Systems
7401 Metro Blvd., #550
Edina, MN 55439

Sonar
P.O. Box 540
Debolt, AB TOH 1BO

Southern Standard
P.O. Box 150
VA 23997

State Corporation Commission
Clerk's Office
P.O. Box 1197
Richmond, VA 23218

Strate Insurance Group, Inc.
1750 W Andrew Johnson Hwy.
Morristown, TN 37814

Sunrise Services
P.O. Box 1377
Morristown, TN 37814

Susquehanna Commercial Finance, Inc.
2 Country View Rd., Ste. 300
Malvern, PA 19355

T&W Sales Co.
100 Hoover Ln.
Tullahoma, TN 37388

Technology In Mailroom Automation
P.O. Box 11157
Hickory, NC 28603

Ted Nail
1300 Cedar Lane
Tullahoma, TN 37388

Tekwell Services
1724 Central Ave.
Chattanooga, TN 37408

Teledata Express
P.O. Box 83
Springdale, AR 72765

Telepath, Inc.
P.O. Box 6666
Ashland, VA 23005

Telereach, Inc.
90 Whiting St.
Plainville, CT 06062

Tennessee Child Support
Receipting Unit
PO Box 305200
Nashville, TN 37229

Tennessee College of Applied Technology
Morristown, TN 37813

Tennessee Department of Labor &
Workforce Development
Boiler Unit
220 French Landing Dr.
Nashville, TN 37243

Tennessee Department of Labor &
Workforce Development
Boiler Unit
220 French Landing Dr., 2nd Floor
Nashville, TN 37243

Tennessee Department of Revenue

Tennessee Department of Revenue
Sales Tax Division
Andrew Jackson State Office Building
500 Deaderick Street
Nashville, TN 37242

Tennessee Pension Administrators
117 Center Park Dr., Ste. 140
Knoxville, TN 37922

Tennessee Press Association, Inc.
412 N Cedar Bluff Rd., Ste. 403
Knoxville, TN 37923

Tennessee State Library & Archives
Attn: Reproduction Section
403 7th Ave. N
Nashville, TN 37243

Terry Law Firm
918 W 1st St.
Morristown, TN 37814

Textcaster
P.O. Box 12003
Kansas City, MO 64152

Texten Printing Supplies
2710 Bond St.
Knoxville, TN 37917

The Blinder Group, Inc.
19606 Eagle Crest Dr.
Lutz, FL 33549

The Country Club
P.O. Box 685
Morristown, TN 37815

The Elk River Public Utility District
P.O. Box 790
Tullahoma, TN 37388

The Estate of Dorothy P. Forry
Robert H. Forry, Executor
4703 Topping Rd.
Rockville, MD 20852-2325

The Hertz Corporation
Commercial Billing Dept. 1124
P.O. Box 121124
Dallas, TX 75312-1124

The Lily Co.
Cumberland Clarklift
P.O. Box 100, Dept. 184
Memphis, TN 38148

The Mail Station
2288 Haag Store Rd.
Talbott, TN 37877

The Prater Wills Trust
Ms. Dorry Forry
3129 Arden Rd. NW
Atlanta, GA 30305

The T. Prater TR FRO JG Spain
GB Thompson
Millenniem Square, Ste. 300
225 W. First North St.
Morristown, TN 37814

Thomas M. Strate
1461 Darbee Drive
Morristown, TN 37814

Thompson Machine Works
115 N Fairmont
Morristown, TN 37814

Three B Partners
P.O. Box 1177
Morristown, TN 37816

TLH Ministries
1260 Pates Hill Rd.
Mosheim, TN 37818

Totten Pest Control
200 Riverbluff Drive W.
Manchester, TN 37355

Town of Montross
15869 Kings Highway
P.O. Box 126
Montross, VA 22520

Town of Warsaw
P.O. Box 730
Warsaw, VA 22572

Townnews.com
1510 47th Ave.
Moline, IL 61265

Tracy City Public Utility
P.O. Box 28
Tracy City, TN 37387

Travelers CL Remittance Center
P.O. Box 660317
Dallas, TX 75266

Tribune Content Agency
15158 Collections Center Drive
Chicago, IL 60693

Tucker/Manis, Inc.
34 Hiles St.
Lynchburg, TN 37352

Tucker/Manis, Inc.
John Ronald Manis
34 Hiles St.
Lynchburg, TN 37352

Tullahoma Area Chamber of Commerce
135 W Lincoln St.
Tullahoma, TN 37388

Tullahoma City Recorder
Attn: Rosemary Golden
201 W Grundy St.
Tullahoma, TN 37388

Tullahoma Lock & Key Service
P.O. Box 1898
Tullahoma, TN 37388

Tullahoma Utilities Board
P.O. Box 788
Tullahoma, TN 37388

U.S. News Syndicate
6601 Georgetown Pike
Mc Lean, VA 22101

U.S. Post Office
c/o Elk Valley Times
P.O. Box 9
Fayetteville, TN 37334

U.S. Post Office
P.O. Box 400
Tullahoma, TN 37388

U.S. Post Office
Federal Building
Winchester, TN 37398

U.S. Post Office
c/o Manchester Times
300 North Spring St.
Manchester, TN 37355

Ultranet
NEED ADDRESS

Unifirst Corporation
P.O. Box 31469
Knoxville, TN 37930-1469

United Fund of Hamblen County
P.O. Box 1794
Morristown, TN 37816

United States Treasury
P.O. Box 806532
Cincinnati, OH 45280-6532

Universal Advertising
P.O. Box 31132
Cincinnati, OH 45231

UPS
PO Box 7247-0244
Philadelphia, PA 19170

UPS
Lockbox 577
Carol Stream, IL 60132-0577

US Bancorp Equipment Finance, Inc.
P.O. Box 790448
Saint Louis, MO 63179-0448

USI Consulting Group
95 Glastonbury Blvd.
Glastonbury, CT 06033

Valley Printers, Inc.
P.O. Box 71
Sweetwater, TN 37874

Veritiv Operating Company
f/k/a XPEDX
P.O. Box 644520
Pittsburgh, PA 15264

Verizon Wireless
PO Box 660720
Dallas, TX 75266

Verizon Wireless
PO Box 660108
Dallas, TX 75266

Virginia Department of Revenue
1957 Westmoreland St.
Richmond, VA 23230

Virginia Department of Taxation
P.O. Box 1777
Richmond, VA 23218-1777

Virginia Press Association
11529 Nuckols Rd.
Glen Allen, VA 23059

Volunteer Party Rentals
5550 Old Hwy. 11E
Morristown, TN 37814

W.K. Cantwell
1623 Cardinal Drive
Morristown, TN 37814

W.T. & Jimmie C. Moore
1108 Estates Dr.
Seymour, TN 37865

Wallace Foundation, Inc.
P.O. Box 6004
Morristown, TN 37815

Wallace Properties
813 S. Northshore Dr.
Knoxville, TN 37919

Walterry Insurance Brokers
7411 Old Branch Ave.
Whitewood, VA 24657

Waste Industries
P.O. Box 791519
Baltimore, MD 21279

Waste Management
d/b/a Nashville Hauling
P.O. Box 55558
Boston, MA 02205

Wayne Pigmon

WCRK/ WMTN Radio
P.O. Box 220
Morristown, TN 37815

WebPress
P.O. Box 2274
Tacoma, WA 98401

William Fred Williams, Jr.
504 W. Sixth North St.
Morristown, TN 37814

William H. Bible
P.O. Box 1177
Morristown, TN 37816

William J. Catron, President
Catron Construction Company
987 Central Church Rd.
Morristown, TN 37814

William L. North & Marilee North
P.O. Box 621
Morristown, TN 37815

William North

William Wayne Masengill, Jr.
P.O. Box 1520
Morristown, TN 37814

Winchester Utilities
219 2nd Ave NW
Winchester, TN 37398

Wisco Envelope Co.
P.O. Box 841741
Dallas, TX 75284

Wylene Hinkle

XANTE Corporation
P.O. Box 16516
Mobile, AL 36616

YP
P.O. Box 5010
Carol Stream, IL 60197

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Lakeway Publishers, Inc.**                              Case No.
                                                    Debtor(s)        Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lakeway Publishers, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 31, 2019**                                **/s/ Ryan E. Jarrard**
Date                                            **Ryan E. Jarrard 024525**
                                                Signature of Attorney or Litigant
                                                Counsel for   **Lakeway Publishers, Inc.**
                                                **Quist, Fitzpatrick & Jarrard, PLLC**
                                                **2121 First Tennessee Plaza**
                                                **800 South Gay Street**
                                                **Knoxville, TN 37929-9711**
                                                **(865) 524-1873 Fax:(865) 525-2440**
                                                **rej@qcflaw.com**