Within three days, Debtor's counsel shall file a certificate evidencing service of the order upon the creditors having an interest in the cash collateral and the 20 largest unsecured creditors in accordance with Fed. R. Bankr. P. 4001(b)(3).

**SO ORDERED.**
**SIGNED this 6th day of June, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LAKEWAY PUBLISHERS, INC. ) | Case No. 2:19-bk-51163-MPP |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

### INTERIM AGREED ORDER ALLOWING USE OF CASH COLLATERAL

After a preliminary hearing held on June 4, 2019, on the Debtor's Motion For an Order Authorizing Debtor-in-Possession To Use Cash Collateral (hereinafter the "Motion") [*Doc. 10*] the Court finds that the Debtor requires the use of cash collateral encumbered pre-petition and that the Debtor shall be entitled to use cash collateral on a preliminary basis pursuant to 11 U.S.C. §363(c)(2)(A); it is, accordingly, Ordered as follows:

1.  That Debtor shall be entitled to use cash collateral on a preliminary basis as provided by 11 U.S.C. §363(c)(2)(A) in the ordinary course of its business only for the following actual and necessary operating expenses as more particularly described in the Budget attached

hereto and incorporated herein by reference as Exhibit A. The Debtor shall not exceed the attached Budget.

2. That Pinnacle Bank is hereby granted a post-petition replacement lien against the post-petition assets of the Debtor as substitute and additional collateral identical in scope, priority and perfected to the same extent as the lien of Pinnacle Bank existed pre-petition.

3. That the Debtor will deposit all required employment taxes on the date payroll is made and will provide evidence of said employment tax deposit to the US Trustee's Office on the second business day after payroll is made. The Debtor will file all post-petition payroll or other tax returns when due and pay any balance thereon with said return.

4. That the Debtor shall timely pay fees to the United States Trustee and shall timely file and serve copies of the Monthly Operating Reports as required by Federal Rule of Bankruptcy Procedure 2015.3(a). Upon Debtor's failure to comply with any of the terms of this Order, the US Trustee may file a Certificate of Non-Compliance and the case may be dismissed or converted upon notice and hearing.

5. That the hearing on the Motion is continued to June 18, 2019 at 9:00 a.m. in the Bankruptcy Courtroom, Second Floor, James H. Quillen U.S. Courthouse located at 220 West Depot Street, Greeneville, TN 37743. This Order shall remain effective until the entry of the Order arising out of the adjourned hearing.

6. That this Order is without prejudice to: (a) any subsequent request by a party in interest including, but not limited to Pinnacle Bank, requesting adequate protection or restrictions on use of Cash Collateral; or (b) any other right or remedy which may be available to Pinnacle Bank or any other party in interest.

###

APPROVED FOR ENTRY:

QUIST, FITZPATRICK & JARRARD, PLLC

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, TN BPR #024525
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
(865) 524-1873
rej@qcflaw.com
Attorney for the Debtor in Possession


*/s/Tiffany A. DiIorio*
Tiffany A. DiIorio, Florida Bar #0719706
US Department of Justice
Office of the US Trustee
800 Market Street, Ste 114
Knoxville, TN   37902
(865) 545-4754
tiffany.diiorio@usdoj.gov


WINCHESTER, SELLERS,
FOSTER & STEELE, P.C.

*/s/Walter N. Winchester*
Walter N. Winchester, TN BPR# 014530
P.O. Box 2428
Knoxville, TN   37901-2428
(865) 637-1980
wwinchester@wsfs-law.co
Attorneys for Pinnacle Bank

3

Cash Needs for Lakeway Pub. Inc., Through 6-18-19

| | | |
|---|---|---|
| Revenue in Process | | 314,265.00 |

Cash Needs

| | | |
|---|---|---|
| Rent | MCN | 400.00 |
| | WMN | 823.40 |
| | Terry Craig | 1,000.00 |
| Employee Expense Reports | LogOn | 359.26 |
| | CT Newsroom | 1,162.40 |
| | TN | 1,266.46 |
| Contractory Pay | | 38,660.53 |
| Bond Refunds (carriers) | | 2,240.00 |
| Payroll | | 157,389.64 |
| Payroll Taxes | | |
| Federal | | 32,011.51 |
| VA WH | | 789.45 |
| Garnishments | | 212.83 |
| 401K | | 5,980.76 |
| United Way - Employee cont payment | | 408.72 |
| H S A Employee contributions | | 553.28 |
| Postage/Mail Service | Estimate | $15,800 |
| Utilities - to include electric, water, garbage, phone and cellphone | | 18,613.59 |
| Page | | 36,156.41 |
| Total Basic Needs | | 313,828.24 |
| Excess Cash | | 436.76 |