*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

**LAKEWAY PUBLISHERS, INC.**              Case No. 2:19-bk-55163-MPP
                                          Chapter 11

    Debtor

## NOTICE OF AMENDMENT

Pursuant to LR 1009-1(b), Debtor, by and through counsel, hereby states the following with respect to Document 40:

1. Document 40, Schedule E/F was amended to add in addresses for unsecured creditors that were obtained after the bankruptcy was filed. No new creditors were added.

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD
Tennessee Bar No. 024525
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile
rej@qcflaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this **Notice** has been served via the Court's ECF service this June 13, 2019

                        */s/ Ryan E. Jarrard*
                        RYAN E. JARRARD