**SO ORDERED.**
**SIGNED this 18th day of June, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LAKEWAY PUBLISHERS, INC. | ) Case No. 2:19-bk-51163-MPP |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

### SECOND INTERIM AGREED ORDER ALLOWING USE OF CASH COLLATERAL

WHEREAS, after a preliminary hearing held on June 4, 2019, on the Debtor's Motion For an Order Authorizing Debtor-in-Possession To Use Cash Collateral (hereinafter the "Motion") [*Doc. 10*] the Court entered an Interim Order Allowing Use of Cash Collateral **[Doc No. 29]**;

WHEREASE, the Debtor and Pinnacle Bank agree that the terms and conditions of the Interim Order Allowing Use of Cash Collateral should remain in effect while they continue to negotiate the terms of an Agreed Order for Use of Cash Collateral and for Adequate Protection; and

1

WHEREAS, the Court finds that the Debtor requires the use of cash collateral encumbered pre-petition and that the Debtor shall be entitled to use cash collateral on a preliminary basis pursuant to 11 U.S.C. §363(c)(2)(A); it is, accordingly, Ordered as follows:

1. That Debtor shall be entitled to use cash collateral on a preliminary basis as provided by 11 U.S.C. §363(c)(2)(A) in the ordinary course of its business only for the following actual and necessary operating expenses as more particularly described in the Budget attached hereto and incorporated herein by reference as Exhibit A. The Debtor shall not exceed the attached Budget.

2. That Pinnacle Bank is hereby granted a post-petition replacement lien against the post-petition assets of the Debtor as substitute and additional collateral identical in scope, priority and perfected to the same extent as the lien of Pinnacle Bank existed pre-petition.

3. That the Debtor will deposit all required employment taxes on the date payroll is made and will provide evidence of said employment tax deposit to the US Trustee's Office on the second business day after payroll is made. The Debtor will file all post-petition payroll or other tax returns when due and pay any balance thereon with said return.

4. That the Debtor shall timely pay fees to the United States Trustee and shall timely file and serve copies of the Monthly Operating Reports as required by Federal Rule of Bankruptcy Procedure 2015.3(a).   Upon Debtor's failure to comply with any of the terms of this Order, the U.S. Trustee may file a Certificate of Non-Compliance and the case may be dismissed or converted upon notice and hearing.

5. That the hearing on the Motion is continued to July 2, 2019 at 9:00 a.m. in the Bankruptcy Courtroom, Second Floor, James H. Quillen U.S. Courthouse located at 220 West

Depot Street, Greeneville, TN 37743.   This Order shall remain effective until the entry of the Order arising out of the adjourned hearing.

6. That this Order is without prejudice to: (a) any subsequent request by a party in interest including, but not limited to Pinnacle Bank, requesting adequate protection or restrictions on use of Cash Collateral; or (b) any other right or remedy which may be available to Pinnacle Bank or any other party in interest.

###

APPROVED FOR ENTRY:

QUIST, FITZPATRICK & JARRARD, PLLC

/s/ Ryan E. Jarrard
Ryan E. Jarrard, TN BPR #024525
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
(865) 524-1873
rej@qcflaw.com
Attorney for the Debtor in Possession


/s/Tiffany A. DiIorio
Tiffany A. DiIorio, Florida Bar #0719706
US Department of Justice
Office of the US Trustee
800 Market Street, Ste 114
Knoxville, TN   37902
(865) 545-4754
tiffany.diiorio@usdoj.gov


WINCHESTER, SELLERS,
FOSTER & STEELE, P.C.

   */s/Walter N. Winchester*
Walter N. Winchester, TN BPR# 014530
P.O. Box 2428
Knoxville, TN   37901-2428
(865) 637-1980
wwinchester@wsfs-law.co
Attorneys for Pinnacle Bank

**Lakeway Publishers, Inc. (TN & VA)**
**6 Months Statement of Cash Flow**
**Periods of June 19 - June 30, 2019**

| Description | Week of 6/19-6/30 |
|---|---:|
| Cash In Bank | 437 |
| Expected Revenue/Cash Collections | 601,114 |
| Capital Infusion | |
| LOC | |
| **Total Available Funds** | **601,551** |
| Postage/Mail Services | 15,800 |
| Payroll | 175,000 |
| Employee Expense Reports | 3,000 |
| Bank Payments | |
| Merchant Services Fees | 8,000 |
| Bank Analysis Fee | 6,000 |
| Contractor Pay | 40,000 |
| Carrier Bond Refunds | 15,985 |
| 3rd Party Commissions | 31 |
| Payroll Taxes | 37,800 |
| Health Savings Account | 560 |
| 401K | 6,000 |
| United Way | |
| BC/BS | 47,000 |
| Bank | 2,450 |
| Severance Package | |
| Medicare Supplements | 3,500 |
| Workers Comp | 6,500 |
| General Liability Ins | 9000 |

**Lakeway Publishers, Inc. (TN & VA)**
**6 Months Statement of Cash Flow**
**Periods of June 19 - June 30, 2019**

| Description | Week of 6/19-6/30 |
|---|---|
| T Craig | |
| TN S & U | 4,500 |
| VA S & U | 75 |
| Garnishments | 438 |
| Rents | |
| Utilities | 4,886 |
| Telephone, Cellphone, and Internet | 22,377 |
| Vehicle Trans & Exp | 4,506 |
| Transportation & Delivery | 2,420 |
| Equipment Lease & Usage | 5,015 |
| Page - Newsprint & Paper | 10,000 |
| Narrow Passage | 15,000 |
| Printing Outsourced | 25,000 |
| Chemicals | 500 |
| Comics Supplements | 2,220 |
| Features Purchased | 1,867 |
| Press Wire Services | 5,654 |
| Mat Services | 2,654 |
| Ink | 2,546 |
| Dues Fees & Subscriptions | 4,528 |
| Repairs and Maintenance | 10,299 |
| Online Services | 10,702 |
| Photographic Supplies | - |
| 401K Audit/I Tax Prep/Audit | 6,500 |
| Royalty Expense | 146 |
| Resale Expense | 18,000 |

**Lakeway Publishers, Inc. (TN & VA)**
**6 Months Statement of Cash Flow**
**Periods of June 19 - June 30, 2019**

| Description | Week of 6/19-6/30 |
|---|---|
| Special Events | |
| Advertising & Promotions | 4,219 |
| Computer Services Fees | 17,376 |
| Ink, Mail Bindings, Misc. Office Supplies | 6,227 |
| Life Ins Policies | 15,000 |
| Training & Education | 1,200 |
| Misc. Vendors | 2,500 |
| **Total Expenses** | **582,981** |
| | |
| **Funds Available in Bank** | **18,570** |