*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

**LAKEWAY PUBLISHERS, INC.**                    Case No. 2:19-bk-51163-MPP
                                                Chapter 11
Debtor.


## AFFIDAVIT OF PROFESSIONAL PERSON

STATE OF TENNESSEE
COUNTY OF HAMILTON

PERSONALLY appeared before the undersigned authority, Frank Pinchak, with whom I am personally acquainted, and who, after being duly sworn in accordance with law, made oath as follows:

1.     Frank Pinchak is a duly licensed attorney before the Courts of the State of Tennessee.

2.     Affiant has reviewed the case file of the above estate. Affiant qualifies to serve as counsel for the debtor in possession.

3.     Affiant and the members of his law firm are familiar with the requirements of 11 U.S.C. §101(14) defining disinterested persons. Affiant and the members of his firm do not hold or represent any interest adverse to the estate as defined therein.

4.     Affiant has reviewed the legal needs of the estate. Affiant and the members of his firm are qualified to perform the services. Affiant and the firm of Burnette, Dobson & Pinchak, are willing to perform the services on an hourly basis as reflected on the attached page together with the costs recoverable under the guidelines of the U.S. Trustee's Office.

Respectfully submitted,

Frank Pinchak
BPR No. 002094
Burnette, Dobson & Pinchak
711 Cherry Street
Chattanooga, TN 37402
423-266-3324
fpinchak@bdplawfirm.com

## OATH

STATE OF TENNESSEE        )
                          )   ss.
COUNTY OF HAMILTON        )

Personally appeared before the undersigned authority, a Notary Public in and for said County and State, Frank P. Pinchak, and who acknowledged, after being duly sworn, that the statements in the foregoing document are true to the best of his knowledge, information and belief.

Witness my hand and official seal at office in Hamilton County, state of Tennessee, this the _18th_ day of _June_____, 2019.

Notary Public: _____

My Commission Expires: _9/13/2020_____

| NAME | ADMISSION DATE | HOURLY RATE |
|---|---|---|
| PARTNERS: | | |
| Frank P. Pinchak | 1973 | $ 425.00 |
| Eric Burnette | 2005 | $ 325.00 |
| ASSOCIATES: | | |
| Kathleen Siciliano | 2018 | $175.00 |