Label Matrix for local noticing
0649-2
Case 2:19-bk-51163-MPP
Eastern District of Tennessee
Greeneville
Wed Jun 19 10:43:49 EDT 2019

Acme Printing Company
c/o Wise & Reeves, PLLC
625 S. Gay St., Ste. 160
Knoxville, TN 37902-1643

Henry, McCord, Bean, Miller, Gabriel & LaBar
300 N Jackson St
Tullahoma, TN 37388-3528

Lakeway Publishers, Inc.
P.O. Box 625
Morristown, TN 37815-0625

PAGE Cooperative
c/o Thomas H. Dickenson
P.O. Box 869
Knoxville, TN 37901-0869

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pinnacle Bank
c/o Walter N. Winchester
P.O. Box 2428
Knoxville, TN 37901-2428

Wells Fargo Vendor Finanical Services, LLC
c/o A Ricoh USA Program
P.O. Box 13708
Macon, GA 31208-3708

2
United States Bankruptcy Court
James H. Quillen U. S. Courthouse
220 West Depot Street, Suite 218
Greeneville, TN 37743-1100

A & S Printing Services, LLC
PO Box 124
Monroe City, MO 63456-0124

A-1 Equipment Rental
335 East Morris Blvd.
Morristown, TN 37813-2344

A-Z Office Resource
d/b/a Evans Office Supply
1600 E Andrew Johnson Hwy.
Morristown, TN 37814-5443

A.U. & Anna Dee Bradley
c/o Sharon Hurley
311 Getta Way
Mocksville, NC 27028-5971

AMG Parade
P.O. Box 306106
Nashville, TN 37230-6106

AT&T
Direct TV
2250 East Imperial Hwy., N368
El Segundo, CA 90245-3543

AT&T
P.O. Box 105503
Atlanta, GA 30348-5503

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T
PO Box 105262
Atlanta, GA 30348-5262

AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197-5014

AVW, Inc.
d/b/a Max Pro
P.O. Box 9962
Fort Lauderdale, FL 33310-0962

Accident Fund
P.O. Box 77000
Dept. 77125
Detroit, MI 48277-0125

Acme Printing Company
1100 East Main Street
Morristown, TN 37814-6698

Adrian Hale Pest Control
5476 St. Paul Rd.
Morristown, TN 37813-4841

Advanced Plastics, Inc.
7360 Cockrill Bend Blvd.
Nashville, TN 37209-1058

Advanced Publishing Technology
123 S. Victory Blvd.
Burbank, CA 91502-2347

Algie L. Christian, Trustee
for Whitney C. Christian
1016 Lookout Dr.
Morristown, TN 37814-3480

Alice Gerson Goldfarb
11 Brown Court
Livingston, NJ 07039-1521

Alice Sutherland Pryor
1421 Laurel Hill Circle
Jefferson City, TN 37760-5244

Alliance for Audited Media
P.O. Box 74008818
Chicago, IL 60674-8818

American Express
PO Box 650448
Dallas, TX 75265-0448

American Paper & Twine
7400 Cockrill Bend Blvd.
Nashville, TN 37209-1035

Andrew Johnson Bank
435 West 1st North Street
Morristown, TN 37814-4640

Andrews McMeel Syndication
P.O. Box 843345
Kansas City, MO 64184-3345

Angela Stacy
705 Oak Street
Manchester, TN 37355-1860

Animatron, Inc.
2 Seaport Ln., Ste. 8C
Boston, MA 02210-2448

Anne P. Sims
P.O. Box 1005
Morristown, TN 37816-1005

Appalachian Electric Co-op
PO Box 710
Jefferson City, TN 37760-0710

Associated Bag Company
P.O. Box 3036
Milwaukee, WI 53201-3036

Associated Press Broadcast
P.O. Box 414212
Boston, MA 02241-4212

Athens Paper Company
P.O. Box 291329
Nashville, TN 37229-1329

Athlon Media Group
75 Remittance Dr., #1211
Chicago, IL 60675-1211

Atlantic Broadband
P.O. Box 371801
Pittsburgh, PA 15250-7801

Atmos Energy Corp.
P.O. Box 790311
Saint Louis, MO 63179-0311

BB&T Commercial Equipment Capital
Attn: Accounts Receivable
P.O. Box 896534
Charlotte, NC 28289-6534

BH Media Publishing Solutions
P.O. Box 26087
Richmond, VA 23260-6087

Bagwell Document Solution
618 Elm St.
Shelbyville, TN 37160-2708

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Bank of America Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

Bankcard Center
P.O. Box 385
Memphis, TN 38101-0385

Barbara B. Thompson
1025 walters Drive
Morristown, TN 37814-6133

Barbara Gilliam Thomas
768 Graves-Delozier Rd.
Seymour, TN 37865-7011

Ben E. DAvis
Deceased)
7400 St. Clair Rd.
Whitesburg, TN 37891-9226

Berney Office Solution
P.O. Box 932893
Atlanta, GA 31193-2893

Betty G. Minsk
1150 Coronet Court, NE
Atlanta, GA 30329-3849

Betty Howard
1021 Rhett Circle
Morristown, TN 37814-8103

Betty Shuck
1462 WHiteside Dr.
Morristown, TN 37814-6143

Beulah Clarkson
1320 Secretariat Dr.
Morristown, TN 37814-2213

Beyond Private Label
W237N2920 Woodgate Rd., Ste. 300
Pewaukee, WI 53072-6295

Big Orange Electric
c/o Steven A. Ricker
2035 Brights Pike
Morristown, TN 37814-4376

BlueCross BlueShield
P.O. Box 6349
Carol Stream, IL 60197-6349

BlueCross BlueShield of TN
Group Receipts Dept.
P.O. Box 6539
Carol Stream, IL 60197-6539

Brian Keith West
2904 Laurel St.
Vicksburg, MS 39180-4745

Britt Monk
925 Dalton Circle
Morristown, TN 37814-2876

Burnett Dobson & Pinchak
711 Cherry St., Ste. 200
Chattanooga, TN 37402-1910

C.B. Holt
174 Phyllis Dr.
Bean Station, TN 37708-5429

CDW Computer Centers
P.O. Box 75723
Chicago, IL 60675-5723

CSI Telecommunications
18161 Edison Ave., Ste. D
Chesterfield, MO 63005-3720

CWR Digital
630 Bent Creek Dr.
Evans, GA 30809-7445

Camera Castle
201 East Main St.
Morristown, TN 37814-4738

Century Fire Protection
2450 Satellite Blvd.
Duluth, GA 30096-5801

Century Printing & Packaging
P.O. Box 2358
Greer, SC 29652-2358

Certified Laboratories (MANTEK)
23261 Network Place
Chicago, IL 60673-1232

Chapel Hill Manufacturing Co.
P.O. Box 208
Oreland, PA 19075-0208

Chapter 13 Standing Trustee
P.O. Box 511
Chattanooga, TN 37401-0511

Charles E. Sons
157 Brandi Way
Winchester, TN 37398-1466

Charles L. Burrus
919 Ashbrooke Way
Knoxville, TN 37923-6379

Charles Michael Hodge
1710 Morningside Dr.
Morristown, TN 37814-5453

Charter Communications
P.O. Box 742613
Cincinnati, OH 45274-2613

Christopher P. Demers
1745 Catalpa Ln.
Reno, NV 89511-7567

Cintas Corp.
P.O. Box 631025
Cincinnati, OH 45263-1025

Citizen Tribune
1609 W. 1st North St.
Morristown, TN 37814-3718

(p)CITIZENS TRI COUNTY BANK
2030 DECHERD BLVD
DECHERD TN 37324-3818

City of Fayetteville
Property Tax Office
110 Elk Avenue S.
Fayetteville, TN 37334-3070

City of Manchester
200 West Fort St.
Manchester, TN 37355-1521

City of Morristown
P.O. Box 1654
Morristown, TN 37816-1654

City of Tullahoma
P.O. Box 807
Tullahoma, TN 37388-0807

Coffee County Clerk
1327 McArthur St., #1
Manchester, TN 37355-2425

Coffee County Register of Deeds
1341 McArthur St., #2
Manchester, TN 37355-2450

Coffee County Trustee
1341 McArthur St., #1
Manchester, TN 37355-2450

Colonial Beach Postmaster
1000 Dwight
Colonial Beach, VA 22443-1850

Comcast Communications
P.O. Box 3005
Southeastern, PA 19398-3005

Comcast, Inc.
PO Box 105184
Atlanta, GA 30348-5184

Communication Resources, Inc.
P.O. Box 22145
Chattanooga, TN 37422-2145


Community Creations, Inc.
P.O. Box 307241
Columbus, OH 43230-7241

Consolidated Plastics Co.
4700 Prosper Dr.
Stow, OH 44224-1068

Contemporary Energy Solutions
621 Plainfield Rd., Ste. 310
Willowbrook, IL 60527-5388


Corning Publishing Co., Inc.
810 N. Missouri Ave.
Corning, AR 72422-7187

County of Louisa
Attn: Amanda Reidelbach
P.O. Box 160
Louisa, VA 23093-0160

County of Northumberland
Attn: Ellen Kirby, Treasurer
P.O. Box 297
Heathsville, VA 22473-0297


Craig Enterprises
5450 Circle Church Dr.
Attn: Terry Craig
Leesburg, FL 34748

Craine, Thompson & Jones, PC
P.O. Box 1779
Morristown, TN 37816-1779

Creators Syndicate
737 3rd St.
Hermosa Beach, CA 90254-4714


Crown Castle South, LLC
P.O. Box 301334
Dallas, TX 75303-1334

Cynthia H. Shoun
3105 Hampton Circle
Morristown, TN 37814-2582

DFS
P.O. Box 88042
Chicago, IL 60680-1042


Daniel Kemp Newman
3760 Stacy Ave.
Morristown, TN 37814

Datavision, Inc.
3018 Knollwood Dr.
Cameron Park, CA 95682-9047

De Lage Landen, Financial Services
1111 Old Eagle School Road
Wayne, PA 19087-1453


Debra Suzanne Sexton
624 Lilac Street
Morristown, TN 37814-1126

Dell Marketing, L.P.
c/o Dell USA, L.P.
P.O. Box 534118
Atlanta, GA 30353-4118

Dependable Laundry
71 N. Industrial Dr.
Coalmont, TN 37313-2501


Dish Network
Dept. 0063
P.O. Box 94063
Palatine, IL 60094-4063

Diversified Computer Supplies, Inc.
4435 Concourse Dr.
Ann Arbor, MI 48108-9690

(p)DOMINION VIRGINIA POWER
PO BOX 26666
18TH FLOOR
RICHMOND VA 23261-6666


Donald B. Oakley
7513 Sherwood Dr.
Knoxville, TN 37919-7465

Donald Dees
200 Seven Oaks Dr.
Knoxville, TN 37922-3409

Douglas Keith Sexton
1813 Amarillo Ln.
Knoxville, TN 37922-6301


Doyle M. Wallace
P.O. Box 687
Morristown, TN 37815-0687

Dr. Donald Dees
200 Seven Oaks Dr.
Knoxville, TN 37922-3409

Dr. O.L. Merritt
2264 Cambridge Dr.
Morristown, TN 37814-2769

Dr. Truiet H. Pierce
P.O. Box 37
Sneedville, TN 37869-0037

Dr. William Rooney
451 South Jackson St.
Morristown, TN 37813-2157

Duck River Electric
P.O. Box 179
Lynchburg, TN 37352-0179

Duke Oil Company
P.O. Box 250
Mineral, VA 23117-0250

Dyal S. Lawncare
613 Cindy Court
Whitesburg, TN 37891-2501

East Coast Risk Management
40 Lincoln Way, Ste. 201
North Huntington, PA 15642-1886

East Tennessee PBS
1611 E Magnolia Ave.
Knoxville, TN 37917-7825

Elk River Public Utility District
P.O. Box 179
Lynchburg, TN 37352-0179

Ennis, Inc.
P.O. Box 841741
Dallas, TX 75284-1741

Fastenal
PO Box 978
Winona, MN 55987-0978

Faye's Office Supply
105 Byrd Street
Orange, VA 22960-1614

Fayetteville Lions Club
c/o Ted Wright
P.O. Box 217
Fayetteville, TN 37334-0217

Fayetteville Rotary Club
P.O. Box 72
Fayetteville, TN 37334-0072

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

First Impression Printing
P.O. Box 1624
Morristown, TN 37816-1624

Foster Arnett, Jr.
1236 Forest Brook Rd.
Knoxville, TN 37919-8211

Frank & Nancy Holder
1824 Country Club Drive
Morristown, TN 37814-3321

Frank Holder
Deceased)
1824 Country Club Dr.
Morristown, TN 37814-3321

Franklin County Chamber of Commerce
44 Chamber Way
Winchester, TN 37398-1482

Franklin County Clerk
1 S. Jefferson St.
Winchester, TN 37398-2621

Franklin County Solid Waste
P.O. Box 518
Winchester, TN 37398-0518

Franklin County Trustee
P.O. Box 340
Winchester, TN 37398-0340

Friends2Follow
P.O. Box 526393
Salt Lake City, UT 84152-6393

Fullerton's Refrigeration
102 Water St.
Petersburg, TN 37144-5118

G&K Montgomery
P.O. Box 677057
Dallas, TX 75267-7057

G&V Campbell, Inc.
329 SE Huntington Cir.
Port Saint Lucie, FL 34984-6664

G.O. Haggard Family
Limited Partnership
c/o Swanson & Cowan, LLP
717 W. Main St., Ste. 100
Morristown, TN 37814-4523

Gene Jolley
1100 Pine Haven Drive
Morristown, TN 37814-2790

Gracenote Media Services, LLC
Lockbox 29421
Chicago, IL 60673-1294

Grapevine Solutions
1395 Kevin Lane
Lenoir City, TN 37772-2508

Graphic Creations
213 E 4th Ave.
Knoxville, TN 37917-7332

Great Lakes Publishing, Inc.
P.O. Box 499
Portland, MI 48875-0499

Greene Advertising Agency
P.O. Box 475
Snow Hill, NC 28580-0475

Gregory Scott Sexton
730 Barton Drive
Morristown, TN 37814-2504

Gunnels Book Bindery
662 McAllister Rd.
Albertville, AL 35950-1044

Guthrie Machine
2106 Madison St.
Shelbyville, TN 37160

Hamblen County Department of Education
210 E Morris Blvd.
Morristown, TN 37813-2341

Healthsville Postmaster
27 Monument Place
Heathsville, VA 22473-3336

Helen Iddins Jolley
731 W Rhoten Street
Jefferson City, TN 37760-1624

Heller Syndication
Attn: Joe Heller
P.O. Box 12401
Green Bay, WI 54307-2401

Henry & McCord
P.O. Box 538
300 N. Jackson St.
Tullahoma, TN 37388-3528

Henry Paul Beets, Jr.
1421 Rich Circle
Morristown, TN 37814-2409

Heritage Propane
P.O. Box 371473
Pittsburgh, PA 15250-7473

Hoag & Sons' Book Bindery
145 S. Main St.
Eaton Rapids, MI 48827-1229

Holston Electric Co-op
P.O. Box 190
Rogersville, TN 37857-0190

Holston Gases
P.O. Box 127
Morristown, TN 37815-0127

Howard & Marjorie Westhaver Trust
Majorie Westhaver, Executor
2604 King's Crown Court
Fort Myers, FL 33908-1646

IT Select
P.O. Box 382220
Germantown, TN 38183-2220

Inland Press Association
Financial Studies Mgr.
701 Lee St., Ste. 925
Des Plaines, IL 60016-4511

Internal Revenue Service
P.O. Box 37941
Hartford, CT 06176-7941

JTF
5568 General Washington Dr., Ste. A203
Alexandria, VA 22312-2465

James C. Noe
505 Conkinnon Dr.
Lenoir City, TN 37772-3965

James G. Rines
3109 Lee Drive
Morristown, TN 37814-3160

James Hallada
5681 Browning Way
Russellville, TN 37860-9375

James Howard Davenport
Deceased)
P.O. box 531
Morristown, TN 37815-0531

James W. Bond & Eugenia D. Bond
900 Bond Circle
Morristown, TN 37814-1608

James W. Burnett
Box 268
Jamestown, TN 38556-0268

Jane H. Strate Hopson
1334 Hodge Ct.
Morristown, TN 37814-6155

Jason Conway
2233 Kidwell Ridge Rd.
Morristown, TN 37814-1903

Jefferson County Chamber of Commerce
P.O. Box 890
Dandridge, TN 37725-0890

Jeffrey Jay West
1319 Baum St.
Vicksburg, MS 39180-3909

Joe F. Taylor
800 E. 2nd North St.
Morristown, TN 37814-6615

John & Megan Maple
P.O. Box 275
Dandridge, TN 37725-0275

John F. Clawson
1919 Morningside Dr.
Morristown, TN 37814-5456

John Gregory Spain
1204 Ridgecrest St.
Morristown, TN 37814-3834

John Johnson
175 Fincastle Court
Daleville, VA 24083-3717

John Lecroy
1316 Judy Reagan Lane
Knoxville, TN 37931-5903

John R. Johnson
175 Fincastle Ct.
Daleville, VA 24083-3717

John St. Clair Photography
151 Circle Dr.
Manchester, TN 37355-3654

Joseph D. Bryant
P.O. Box 550
Wallace, NC 28466-0550

Judy M. Couch
1308 W. Lakeview Dr.
Johnson City, TN 37601-3218

Judythe K. Smith
1709 15th North
Texas City, TX 77590-5314

Jumpstart Publishing
d/b/a Fox Print Services
P.O. Box 8
Mandeville, LA 70470-0008

Justin Demers
2515 Sidewinder Dr.
Park City, UT 84060-7438

K&S Awards
510 Country Club Dr.
Tullahoma, TN 37388-2519

Karl Kroijer
4237 Headsail Dr.
New Port Richey, FL 34652-4419

Kathryne Bible
P.O. Box 1612
Morristown, TN 37816-1612

Kathy Sotelo
5524 Old Hwy. 160
Morristown, TN 37813-5129

Keister-Williams Newspaper Services, Inc
P.O. Box 8187
Charlottesville, VA 22906-8187

Keith D. Rugel
792 E Broadway Blvd.
Jefferson City, TN 37760-4901

Keith Purkey
P.O. Box 1005
Morristown, TN 37816-1005

King Features Syndicate
P.O. Box 90007
Prescott, AZ 86304-9007

King Printing Solutions
P.O. Box 1467
New Tazewell, TN 37824-1467

Kingsport Imaging Systems, Inc.
200 E Market St.
Kingsport, TN 37660-4325

Kiwanis Club of Morristown
P.O. Box 1002
Morristown, TN 37816-1002

Laura Anne Maden,
Jim & Elizabeth Maden, Jr.
803 Edgewood Ct.
Franklin, TN 37069-4128

Legacy.com Inc.
230 W. Monroe, Ste. 400
Chicago, IL 60606-4706

Lincoln County Chamber of Comerce
P.O. Box 515
Fayetteville, TN 37334-0515

Lincoln County Clerk
112 Main St. South, Ste. 102
Fayetteville, TN 37334-3032

Lincoln County Vending
605 Green Street
Fayetteville, TN 37334-2619

Lincoln National Life Ins. Co.
1300 South Clinton St.
Philadelphia, PA 19170-0439

Linda C. Lampkin
2638 Vista Dr.
Talbott, TN 37877

Local Media Association
P.O. Box 84042
Chicago, IL 60689-4042

Logicnow, Ltd.
P.O. Box 28720
New York, NY 10087-8720

Lois S. Garner
1521 Dougherty Dr.
Morristown, TN 37814-2619

Louisa County Circuit Court
Clerk's Office
P.O. Box 37
Louisa, VA 23093-0037

Louisa County Water Authority
P.O. Box 9
Louisa, VA 23093-0009

Louisa Postmaster
Periodical Postage
NEED ADDRESS
Louisa, VA 23093

Lydia Alice Hook Niewoehner
174 Big Island Trail
Ponte Vedra, FL 32081-0700

MHH Foundation
1621 W Morris Blvd., Ste. D
Morristown, TN 37813-2969

MUS Fibernet
P.P. Box 59012
Knoxville, TN 37950

Manchester Coffee County Conference Ctr.
147 Hospitality Blvd.
Manchester, TN 37355-6497

Manchester Rotary Club
P.O. Box 575
Manchester, TN 37349-0575

Manufacturer's News, Inc.
1633 Central St.
Evanston, IL 60201-1569

Mark Anthony, William Timothy
Standifer & Glenna Sue Napier
1003 Lakeway Rd.
Morristown, TN 37814-1949

Martha Bourlakas
6718 Fairway Ridge Rd.
Roanoke, VA 24018-7483

Mary Bruce
921 E Ellis St., Apt. #3
Jefferson City, TN 37760-2623

Mary P. Burnett
P.O. Box 1005
Morristown, TN 37816-1005

Max Hime
Deceased)
993 Dover Rd.
Morristown, TN 37813-1029

McCabe, Weisberg & Conway, LLC
123 S. Broad St., Ste. 1400
Philadelphia, PA 19109-1060

McGuffins Partners
PO Box 1914
Morristown, TN 37816-1914

McKinney Plumbing & Electric
502 Adams St.
Fayetteville, TN 37334-2602

McMaster Car Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Melissa L. Arnett Campbell
1010 Scenic Highway
Lookout Mountain, TN 37350-1522

Metro Creative Graphics
519 Eighth Avenue, 18th Floor
New York, NY 10018-4577

Metro Forms, Inc.
74 Davis Avenue
Rye, NY 10580-4112

Meyer Plastics, LLC
1111 N 20th Ave.
Yakima, WA 98902-1207

Mildred's Florist & Gifts, Inc.
2255 Sandstone Dr.
Morristown, TN 37814-2593

MitoTech, LLC
2001 Broadway, 6th Floor
Riviera Beach, FL 33404-5616

Monotag Corporation, Inc.
209 South Jefferson St., Ste. 1075
Winchester, TN 37398-1739

Montross Postmaster
15917 Kings Highway
Montross, VA 22520-9998

Morristown Area Chamber of Commerce
825 W. 1st North St.
Morristown, TN 37814-4547

Morristown East HS Baseball
P.O. Box 3053
Morristown, TN 37815-3053

Morristown Postmaster
803 S Cumberland St.
Morristown, TN 37813-5200

Morristown Utilities Commission
P.O. Box 59012
Knoxville, TN 37950-9012

Motion Industries
PO Box 404130
Atlanta, GA 30384-4130

Mr. & Mrs. T.L. Shockley
309 Central Church Rd.
Morristown, TN 37814-3113

Mrs. Bill Cunningham
P.O. Box 2412
Boca Grande, FL 33921-2412

Muller-Martini Corp.
Lock Box 7196
P.O. Box 8500
Philadelphia, PA 19178-8500

Murrell Burglar Alarms
5353 Old U.S. 11E
Morristown, TN 37814-1056

Mutual Graphics
P.O. Box 841741
Dallas, TX 75284-1741

Mutual of Omaha
Payment Processing Center
1299 Farnam St., Ste. 1400
Omaha, NE 68102-1130

Nancy Anderson Kennedy
P.O. Box 1005
Morristown, TN 37816-1005

Narrow Passage Press
P.O. Box 777
Woodstock, VA 22664-0777

National Newspaper Association
101 S Palafox, Unit 13323
Pensacola, FL 32591-7835

Nationwide Marketing Services
3620 N 3rd Ave., 2nd Floor
Phoenix, AZ 85013-3904

Nelco
P.O. Box 1157
Grand Rapids, MI 49501-1157

Nelson & Rosemary Collins
634 Waterwood Ct.
White Pine, TN 37890-4430

NewEgg.com
Accounts Receivable
17560 Rowland St.
City of Industry, CA 91748-1114

Newport Utilities
P.O. Box 519
Newport, TN 37822-0519

News Media Alliance
P.O. Box 79196
Baltimore, MD 21279-0196

Newscycle Solutions, Inc.
P.O. Box 851306
Minneapolis, MN 55485-1306

Newspaper Production & Research Center
236 N.E. 31st Street
Oklahoma City, OK 73105-4002

Nick Davenport
3656 Brimer Rd.
Morristown, TN 37813-3101

Nies Mechanical
P.O. Box 726
Talbott, TN 37877-0726

Nola C. & Henry C. Baird, Jr.
1105 Mountain Laurel
Morristown, TN 37814-1408

Olive Software
Attn: Accounts Receivable
2101 S Blackhawk St., #240
Aurora, CO 80014-1475

Omer C. Renner, MD
1534 Appley Dr.
Morristown, TN 37814-3305

Omer E. Perryman
1310 Bales Ave.
Morristown, TN 37814-6102

Onin Staffing
P.O. Box 933473
Atlanta, GA 31193-3473

Outdoor Adventure Media
c/o Tom Waynick
NEED COMPLETE ADDRESS
Normandy, TN 37360

PAGE Cooperative
P.O. Box 842228
Boston, MA 02284-2228

PBI Printing, Inc.
P.O. Box 1071
Ringgold, GA 30736-1071

Pamela Dene Masengill
P.O. Box 609
Talbott, TN 37877-0609

Pandologic, Inc.
Dept. CH 19764
Palatine, IL 60055-9764

Parade Publications, Inc.
P.O. Box 910682
Dallas, TX 75391-0682

Patricia Alexander
1728 Christmas Drive
Morristown, TN 37814-2604

Patricia Cureton
301 Busshog
Morristown, TN 37814-5492

Patricia R. Oram
8050 Cross Creek Drive
Talbott, TN 37877-2900

Paul E. Steinfeld
100 Inman Circle NE
Atlanta, GA 30309-3334

Perq, LLC
7225 Georgetown Rd.
Indianapolis, IN 46268-4126

Phillips Pressroom Services
230 Belcross Rd.
Camden, NC 27921-6996

Pinnacle Bank
1111 N. Northshore Dr., Ste. S-800
Knoxville, TN 37919-4047

Pinnacle Bank
1111 N. Northshore Dr., Ste. S-800
Ste. 130
Knoxville, TN 37919-4047

Pinnacle Bank
c/o Walter N. Winchester, Esq.
P.O. Box 2428
Knoxville, TN 37901-2428

Pinnacle Towers, LLC
P.O. Box 409250
Atlanta, GA 30384-9250

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Reserve Account
P.O. Box 371874
Pittsburgh, PA 15250-7874

Platepass, LLC
25274 Network Place
Chicago, IL 60673-1252

Popmount, Inc.
2 San Ramon Way
Richmond, VA 23231-8153

Porter's Tire Stores
P.O. Box 68
Morristown, TN 37815-0068

Premier Lawn Care
P.O. Box 538
Manchester, TN 37349-0538

Presteligence, LLC
8328 Cleveland Ave. NW
North Canton, OH 44720-4820

Principal Life Insurance Co.
711 High Street
Des Moines, IA 50392-1520

Priscilla Jackson
8098 Whetsel Rd.
Whitesburg, TN 37891-8849

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

R. Jack Fishman
1220 Wildwood Dr.
Morristown, TN 37814-2720

R. Kenneth Reel
P.O. Box 2291
Morristown, TN 37816-2291

R. Mack & Marie Freeman
1166 Beauderaire Dr.
Morristown, TN 37814-2220

R.R. Donnelley
P.O. Box 538602
Atlanta, GA 30353-8602

Ralph Masengill, Jr.
609 Windridge Lane
Morristown, TN 37814-2412

Ray Bible
PO Box 1177
Morristown, TN 37816-1177

Ray D. Hall
Deceased)
2240 Warren Drive
Morristown, TN 37814-5921

Raymond Bible
P.O. Box 1177
Morristown, TN 37816-1177

Raymond E. Bible & Barbara I. Bible
P.O. Box 1177
Morristown, TN 37816-1177

Realmatch
77 Water Street, 12 Floor
New York, NY 10005-4408

Realmatch, Inc.
Dept. CH 19764
Palatine, IL 60055-9764

Reece Sexton
8808 Aragon Lane
Knoxville, TN 37923-5828

Revenue Recovery Corporation
7005 Middlebrook Pike
P.O. Box 50250
Knoxville, TN 37950-0250

Revocable Living Trust
Alan J. Gerson, Trustee
5101 Hope Ct. SW
Lilburn, GA 30047-5411

Ricahrd C. Jessee & Jane Jessee Dickerso
1135 W Third North St.
Morristown, TN 37814-3888

Richard Long
4304 Sparrow Dr.
Knoxville, TN 37914-2941

Richo USA, Inc.
P.O. Box 532530
Atlanta, GA 30353-2530

Robert H. Bible, Jr.
P.O. Box 1177
Morristown, TN 37816-1177

Robert L. Travers &
Gregory S. Travers
P.O. Box 69
Montross, VA 22520-0069

Roco Tutino
4513 Harbor Dr.
Morristown, TN 37814-7717

Ronald R. Reel
8058 Stage Coach Rd.
Whitesburg, TN 37891-8824

Rondino Promotions, Inc.
2140 Greentree Rd., Ste. D
Pittsburgh, PA 15220-1405

Roscoe Brown Heating & Air Conditioning
410 S Roosevelt St.
Tullahoma, TN 37388-3822

Royston H. Masengill Testamentary Trust
733 East First North St.
Morristown, TN 37814-6665

S.P. Richards Company
P.O. Box 102458
Atlanta, GA 30368-2458

SBA Properties, Inc.
P.O. Box 101667
Atlanta, GA 30392-1667

SNPA
3680 N Peachtree Rd., Ste. 300
Atlanta, GA 30341-2346

Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509

Salesfuel, Inc.
600 N. Cleveland Ave.
Westerville, OH 43082-6920

Sam Moore
1547 W. Andrew Johnson Hwy.
Morristown, TN 37814-3732

Sandra T. Harris
1603 Cherokee Dr.
Knoxville, TN 37919-7858

Sarah A. Gose
1744 Christmas Dr.
Morristown, TN 37814-2604

Sarah Scott
6809 Ellesmire Drive
Knoxville, TN 37921-3818

Second Street Media, Inc.
1017 Olive Street
Saint Louis, MO 63101-2019

Sequachee Valley Electric
P.O. Box 31
South Pittsburg, TN 37380-0031

Seven Wheels, Inc.
P.O. Box 687
Morristown, TN 37815-0687

Sharon Marie Sexton
730 Barton Drive
Morristown, TN 37814-2504

Sidney Renert
c/o Debbie Renert
20 Chanich Albeck
Jerusalem, Israel 93548

Signode Service Business
P.O. Box 71057
Chicago, IL 60694-1057

Silver Communications
102A Executive Dr.
Sterling, VA 20166-9555

Software Business Systems
7401 Metro Blvd., #550
Edina, MN 55439-3033

Sonar
P.O. Box 540
Debolt, AB T0H 1B0

State Corporation Commission
Clerk's Office
P.O. Box 1197
Richmond, VA 23218-1197

Strate Insurance Group, Inc.
1750 W Andrew Johnson Hwy.
Morristown, TN 37814-3737

Sunrise Services
P.O. Box 1377
Morristown, TN 37816-1377

(c)SUSQUEHANNA COMMERCIAL FINANCE, INC.
2 GREAT VALLEY PKWY STE 300
MALVERN PA  19355-1319

T&W Sales Co.
100 Hoover Ln.
Tullahoma, TN 37388-2249

TLH Ministries
1260 Pates Hill Rd.
Mosheim, TN 37818-5812

Technology In Mailroom Automation
P.O. Box 11157
Hickory, NC 28603-4657

Ted Nail
1300 Cedar Lane
Tullahoma, TN 37388-8223

Tekwell Services
1724 Central Ave.
Chattanooga, TN 37408-2219

Teledata Express
P.O. Box 83
Springdale, AR 72765-0083

Telepath, Inc.
P.O. Box 6666
Ashland, VA 23005-6666

Telereach, Inc.
90 Whiting St.
Plainville, CT 06062-2840

Tennessee Child Support
Receipting Unit
PO Box 305200
Nashville, TN 37229-5200

Tennessee College of Applied Technology
Morristown, TN 37813

Tennessee Department of Labor &
Workforce Development
Boiler Unit
220 French Landing Dr.
Nashville, TN 37243-1002

Tennessee Department of Labor &
Workforce Development
Boiler Unit
220 French Landing Dr., 2nd Floor
Nashville, TN 37243-1002

Tennessee Department of Revenue
Sales Tax Division
Andrew Jackson State Office Building
500 Deaderick Street
Nashville, TN 37242-0001

Tennessee Pension Administrators
117 Center Park Dr., Ste. 140
Knoxville, TN 37922-2119

Tennessee Press Association, Inc.
412 N Cedar Bluff Rd., Ste. 403
Knoxville, TN 37923-3628

Tennessee State Library & Archives
Attn: Reproduction Section
403 7th Ave. N
Nashville, TN 37243-1409

Terry Law Firm
918 W 1st St.
Morristown, TN 37814

Textcaster
P.O. Box 12003
Kansas City, MO 64152-0003

Texten Printing Supplies
2710 Bond St.
Knoxville, TN 37917-5101

The Blinder Group, Inc.
19606 Eagle Crest Dr.
Lutz, FL 33549-4079

The Country Club
P.O. Box 685
Morristown, TN 37815-0685

The Elk River Public Utility District
P.O. Box 790
Tullahoma, TN 37388-0790

The Estate of Dorothy P. Forry
Robert H. Forry, Executor
4703 Topping Rd.
Rockville, MD 20852-2325

The Hertz Corporation
Commercial Billing Dept. 1124
P.O. Box 121124
Dallas, TX 75312-1124

The Lily Co.
Cumberland Clarklift
P.O. Box 100, Dept. 184
Memphis, TN 38148-0001

The Mail Station
2288 Haag Store Rd.
Talbott, TN 37877-3713

The Prater Wills Trust
Ms. Dorry Forry
3129 Arden Rd. NW
Atlanta, GA 30305-1916

The T. Prater TR FRO JG Spain
GB Thompson
Millenniem Square, Ste. 300
225 W. First North St.
Morristown, TN 37814-4614

Thomas M. Strate
1461 Darbee Drive
Morristown, TN 37814-3384

Thompson Machine Works
115 N Fairmont
Morristown, TN 37814-3769

Three B Partners
P.O. Box 1177
Morristown, TN 37816-1177

Totten Pest Control
200 Riverbluff Drive W.
Manchester, TN 37355-2837

Town of Montross
15869 Kings Highway
P.O. Box 126
Montross, VA 22520-0126

Town of Warsaw
P.O. Box 730
Warsaw, VA 22572-0730

Townnews.com
1510 47th Ave.
Moline, IL 61265-7021

Tracy City Public Utility
P.O. Box 28
Tracy City, TN 37387-0028

Travelers CL Remittance Center
P.O. Box 660317
Dallas, TX 75266-0317

Tribune Content Agency
15158 Collections Center Drive
Chicago, IL 60693-0001

Tucker/Manis, Inc.
34 Hiles St.
Lynchburg, TN 37352-8355

Tucker/Manis, Inc.
John Ronald Manis
34 Hiles St.
Lynchburg, TN 37352-8355

Tullahoma Area Chamber of Commerce
135 W Lincoln St.
Tullahoma, TN 37388-3517

Tullahoma City Recorder
Attn: Rosemary Golden
201 W Grundy St.
Tullahoma, TN 37388-3331

Tullahoma Lock & Key Service
P.O. Box 1898
Tullahoma, TN 37388-1898

Tullahoma Utilities Board
P.O. Box 788
Tullahoma, TN 37388-0788

U.S. News Syndicate
6601 Georgetown Pike
Mc Lean, VA 22101-2224

U.S. Post Office
Federal Building
Winchester, TN 37398

U.S. Post Office
P.O. Box 400
Tullahoma, TN 37388-0400

U.S. Post Office
c/o Elk Valley Times
P.O. Box 9
Fayetteville, TN 37334-0009

U.S. Post Office
c/o Manchester Times
300 North Spring St.
Manchester, TN 37355-1567

UPS
Lockbox 577
Carol Stream, IL 60132-0577

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

US Bancorp Equipment Finance, Inc.
P.O. Box 790448
Saint Louis, MO 63179-0448

USI Consulting Group
95 Glastonbury Blvd.
Glastonbury, CT 06033-4417

Unifirst Corporation
P.O. Box 31469
Knoxville, TN 37930-1469

United Fund of Hamblen County
P.O. Box 1794
Morristown, TN 37816-1794

United States Treasury
P.O. Box 806532
Cincinnati, OH 45280-6532

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303

Universal Advertising
P.O. Box 31132
Cincinnati, OH 45231-0132

Valley Printers, Inc.
P.O. Box 71
Sweetwater, TN 37874-0071

Veritiv Operating Company
f/k/a XPEDX
P.O. Box 644520
Pittsburgh, PA 15264-4520

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Verizon Wireless
PO Box 660720
Dallas, TX 75266-0720

Virginia Department of Revenue
1957 Westmoreland St.
Richmond, VA 23230-3225

(p)VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

Virginia Press Association
11529 Nuckols Rd.
Glen Allen, VA 23059-5508

Volunteer Party Rentals
5550 Old Hwy. 11E
Morristown, TN 37814-1007

W.K. Cantwell
1623 Cardinal Drive
Morristown, TN 37814-3308

W.T. & Jimmie C. Moore
1108 Estates Dr.
Seymour, TN 37865-4139

WCRK/ WMTN Radio
P.O. Box 220
Morristown, TN 37815-0220

Wallace Foundation, Inc.
P.O. Box 6004
Morristown, TN 37815-6004

Wallace Properties
813 S. Northshore Dr.
Knoxville, TN 37919-7594

Walterry Insurance Brokers
7411 Old Branch Ave.
Whitewood, VA 24657

Waste Industries
P.O. Box 791519
Baltimore, MD 21279-1519

Waste Management
d/b/a Nashville Hauling
P.O. Box 55558
Boston, MA 02205-5558

Wayne Pigmon
PO Box 1264
Morristown, TN 37816-1264

WebPress
P.O. Box 2274
Tacoma, WA 98401-2274

Wells Fargo Vendor Financial Services, LLC
c/o A Ricoh USA Program
PO Box 13708
Macon, GA 31208-3708

William Fred Williams, Jr.
504 W. Sixth North St.
Morristown, TN 37814-3939

William H. Bible
P.O. Box 1177
Morristown, TN 37816-1177

William J. Catron, President
Catron Construction Company
987 Central Church Rd.
Morristown, TN 37814-1879

William L. North & Marilee North
P.O. Box 621
Morristown, TN 37815-0621

William North
PO Box 621
Morristown, TN 37815-0621

William Wayne Masengill, Jr.
P.O. Box 1520
Morristown, TN 37816-1520

Winchester Utilities
219 2nd Ave NW
Winchester, TN 37398-1657

Wisco Envelope Co.
P.O. Box 841741
Dallas, TX 75284-1741

XANTE Corporation
P.O. Box 16516
Mobile, AL 36616

YP
P.O. Box 5010
Carol Stream, IL 60197-5010

Ryan E. Jarrard
Quist, Fitzpatrick & Jarrard
2121 First Tennessee Plaza
Knoxville, TN 37929

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens Tri-County Bank
201 N Jackson St.
Tullahoma, TN 37388

Dominion Virginia Power
P.O. Box 26543
Richmond, VA 23290-0001

Virginia Department of Taxation
P.O. Box 1777
Richmond, VA 23218-1777

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Susquehanna Commercial Finance, Inc.
2 Country View Rd., Ste. 300
Malvern, PA 19355

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Betty Lamb

(u)Bobbie Ball

(u)Chase Platinum Visa

(u)Dr. Dale Allen
P.O. Box 555
TN 37800

(u)Gary Smith

(u)Harry Hill

(u)Jean Coffman

(u)Judy Martin

(u)Lawrence Nee

(u)Lee Huguenard

(u)Lonas Dalton

(u)Misc Vendors

(u)Nancy Fishman

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Pinnacle Bank
c/o Walter N. Winchester, Inc.
P.O. Box 2428
Knoxville, TN 37901-2428

(u)Pinnacle Financial
NEED ADDRESS

(u)Ruth Sons

(u)Southern Standard
P.O. Box 150
VA 23997

(u)Tennessee Department of Revenue

(u)Ultranet
NEED ADDRESS

(u)Wylene Hinkle

End of Label Matrix
Mailable recipients   429
Bypassed recipients    21
Total                 450

Label Matrix for local noticing
0649-2
Case 2:19-bk-51164-MPP
Eastern District of Tennessee
Greeneville
Thu Jun 20 14:29:56 EDT 2019

Lakeway Publishers of Missouri, Inc.
P.O. Box 625
Morristown, TN 37815-0625

PAGE Cooperative
c/o Thomas H. Dickenson
P.O. Box 869
Knoxville, TN 37901-0869

Pinnacle Bank
c/o Walter N. Winchester
P.O. Box 2428
Knoxville, TN 37901-2428

2
United States Bankruptcy Court
James H. Quillen U. S. Courthouse
220 West Depot Street, Suite 218
Greeneville, TN 37743-1100

A&S Printing Service, Inc.
P.O. Box 124
Monroe City, MO 63456-0124

AMG Parade
P.O. Box 306106
Nashville, TN 37230-6106

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T Long Distance
P.O. Box 105068
Atlanta, GA 30348-5068

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Abel Oil Co.
P.O. Box 532
Louisiana, MO 63353-0532

Advertising Specialty Institute
P.O. Box 15017
Wilmington, DE 19886-5017

All American Publishing
P.O. Box 100
Caldwell, ID 83606-0100

Alliant Bank
P.O. Box 308
Monroe City, MO 63456-0308

Amateur Sports Promotion, USA
P.O. Box 712
Quincy, IL 62306-0712

Ameren Missouri
P.O. Box 88068
Chicago, IL 60680-1068

American Bankers Insurance Company of FL
Flood Service Center
P.O. Box 731178
Dallas, TX 75373-1178

Amy Twellman
3966 Hwy C
Moscow Mills, MO 63362-2606

Area Disposal
32289 Collection Center Dr.
Chicago, IL 60693-0322

BALCO
P.O. Box 171
Elsberry, MO 63343-0171

BCC Software, LLC
P.O. Box 1174
Buffalo, NY 14240-1174

Balco Properties, LLC
P.O. box 171
Gordon, AL 36343-0171

Bankcard Center Fuel
P.O. Box 385
Memphis, TN 38101-0385

Bankcard Center Fuel #1
P.O. Box 1545
Memphis, TN 38101-1545

Barry's Cartoons
Box 971 Hwy 2 West
Whitehall, MT 59759-0971

Birch Communications
P.O. Box 105066
Atlanta, GA 30348-5066

Burnett, Dobson & Pinchak
711 Cherry St., Ste. 200
Chattanooga, TN 37402-1910

C&C Printing Controls, Inc.
P.O. Box 411
Sandwich, IL 60548-0411

CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723

CHS Football
Centralia RVI Board Office
1399 E Hwy 22, Ste. B
Centralia, MO 65240-1593

CHS Publications
849 S. Jefferson Dr.
Centralia, MO 65240-1605

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693-0149

Carquest of Louisiana
600 Kelly Lane
Louisiana, MO 63353-2409

Centralia Chamber of Commerce
P.O. Box 235
Centralia, MO 65240-0235

Century Printing & Packaging
P.O. Box 2358
Greer, SC 29652-2358

Charter Communications
P.O. Box 790086
Saint Louis, MO 63179-0086

Chick Printing Service
115 Business Hwy 61 N
Bowling Green, MO 63334-1203

City of Monroe City
P.O. Box 67
Monroe City, MO 63456-0067

City of Vandalia
200 East Park
Vandalia, MO 63382-1815

Clean The Uniform Co.
210 S. Cool Springs Rd.
O Fallon, MO 63366-2769

Columbia Daily Tribune
Circulation Department
101 N. 4th St.
Columbia, MO 65201-4416

Continental Products
2000 West Blvd.
Mexico, MO 65265-1209

Corporate Filings, LLC
30 N Gould St., Ste. 7001
Sheridan, WY 82801-6317

Creators Syndicate
737 3rd St.
Hermosa Beach, CA 90254-4714

Crown Packing Corp.
P.O. Box 17806M
Saint Louis, MO 63195-0001

Cuivre River Electric Co.
P.O. Box 949457
Saint Louis, MO 63195-0001

Dayne's Waste Disposal
P.O. Box 248
Mexico, MO 65265-0248

Dennis Fletcher
17 Ruth Drive
Monroe City, MO 63456-1104

Department of Ecology
P.O. Box 34050
Seattle, WA 98124-1050

Department of Public Safety
Division of Fire Safety
P.O. Box 1421
Jefferson City, MO 65102-1421

Dish Network
P.O. Box 94063
Palatine, IL 60094-4063

Econopack, Inc.
580 Axminister Dr.
Fenton, MO 63026-2904

Elsberry Hardware
214 Broadway
Elsberry, MO 63343-1325

Ennis, Inc.
P.O. Box 841741
Dallas, TX 75284-1741

Express Card & Label Co.
P.O. B ox 4247
Topeka, KS 66604

Fastenal Company
P.O. Box 1286
Winona, MN 55987-7286

FedEx Freight Department CH
P.O. Box 10306
Palatine, IL 60055-0306

Forklift of Quincy, Inc.
2426 West Schneidman Dr.
Quincy, IL 62305-1294

Franklin County Circuit Court Clerk
401 East Main St.
Union, MO 63084-1623

Friends2Follow
P.O. Box 526393
Salt Lake City, UT 84152-6393

G&V Campbell, Inc.
102 Scott Oak Rd., Ste. A
Eatonton, GA 31024-5555

Gammerler
431 Lakeview Ct., Ste. B
Mount Prospect, IL 60056-6048

Gasconade County Circuit Court
119 E 1st Street, Room 6
Hermann, MO 65041-1185

Gateway Truck & Refrigeration
P.O. Box 843715
Kansas City, MO 64184-3715

Getz Fire Equipment
P.O. Box 419
Peoria, IL 61651-0419

Grainger Industrial Supply
Dept. 857030662
11200 E. State Route 210
Kansas City, MO 64161-9450

Grannemann Sales & Service
P.O. Box 377
Hermann, MO 65041-0377

Grant Paper Company
161 Washington St. #1150
Conshohocken, PA 19428-2049

Havener's Termite & Insect
819 W Jackson Ave.
Owensville, MO 65066-1617

Hermann Advertiser Courier
136 E 4th St.
Hermann, MO 65041-1177

Hermann Lumber
P.O. Box 500
Hermann, MO 65041-0500

Hermann Postmaster
412 W. 16th Street
Hermann, MO 65041-9998

Hermann Utilities
1902 Jefferson
Hermann, MO 65041-1573

Higgins Electric, Inc.
P.O. Box 218
Montgomery City, MO 63361-0218

Hoag & Sons' Book Bindery
145 S. Main St.
Eaton Rapids, MI 48827-1229

Indiana State Central Collection Unit
P.O. Box 6219
Indianapolis, IN 46206-6219

Internal Revenue Service
P.O. Box 37941
Hartford, CT 06176-7941

JS Testing, LLC
407 North Lloyd Blvd.
Ewing, MO 63440-1043

Jefferson County Family Support
Payment Center
P.O. Box 109001
Jefferson City, MO 65110-9001

Jorson & Carlson, Inc.
1501 Pratt Blvd.
Elk Grove Village, IL 60007-5714

Kansa Technology
3700 Oakes Dr.
Emporia, KS 66801-5132

Kinkead Pharmacy
105 S Allen
Centralia, MO 65240-1303

Konica Minolta Business Solutions
Dept. CH19188
Palatine, IL 60055-9188

Konica Minolta Premier Finance
P.O. Box 105710
Atlanta, GA 30348-5710

Konica Minolta Premier Finance
P.O. Box 41602
Philadelphia, PA 19101-1602

Lacrosse Lumber
123 Main Street
Louisiana, MO 63353

Lakeway Publishers, Inc.
P.O. Box 625
Morristown, TN 37815-0625

Lakeway Publishers, Inc.
P.OP. Box 625
Morristown, TN 37815-0625

Liberty Utilities
75 Remittance Dr., Ste. 1741
Chicago, IL 60675-1741

Lincoln County Tax Collector
Jessica Zumwalt
201 Main St.
Troy, MO 63379-1157

Linda Geist
510 2nd St.
Monroe City, MO 63456-1330

Magnets 4 Media
P.O. Box 203669
Chicago, IL 60675-0001

Mapping Solutions
P.O. Box 332
Lathrop, MO 64465-0332

Maryland State Department of
Assessments & Taxation
301 W Preston St., Room 801
Baltimore, MD 21201-2320

McMaster Car Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Media Development
301 Oak, Ste. 400
Quincy, IL 62301-2500

Meridian Waste Solutions
P.O. Box 580205
Charlotte, NC 28258-0205

Midland Paper Company
1140 Paysphere Circle
Chicago, IL 60674-0011

Midwest Bindery Repair
501 S. Whitener St.
Marquand, MO 63655-9174

Millsap & Singer, LLC
612 Spirit Dr.
St. Louis, MO 63005-1259

Missouri Department of Revenue
P.O. Box 3375
Jefferson City, MO 65105-3375

Missouri Department of Revenue
Taxation Bureau
PO Box 840
Jefferson City, MO 65105-0840

Missouri Press Association
802 Locust St.
Columbia, MO 65201-7799

Missouri Press Foundation
802 Locust St.
Columbia, MO 65201-7799

Monroe City Postmaster
416 N Main St.
Monroe City, MO 63456-9998

Mueller Martini
P.O. Box 787196
Philadelphia, PA 19178-7196

Musterman Fab, Inc.
6231 Creech Lane
Troy, MO 63379-4805

National Newspaper Association
900 Community Drive
Springfield, IL 62703-5180

Navitor, Inc.
P.O. Box 856740
Minneapolis, MN 55485-6740

Neutron Industries
P.O. Box 844284
Boston, MA 02284-4284

P&P Press
6513 N. Galena Rd.
Peoria, IL 61614-3119

PAGE Cooperative
P.O. Box 842228
Boston, MA 02284-2228

PandoLogic, Inc.
Dept. CH 19764
Palatine, IL 60055-9764

Panther Boosters
707 E Gano Chance Dr.
Centralia, MO 65240-1768

Papex, Inc.
230 Watline Ave.
Mississauga Ontario L4Z 1P4

Pennywise
P.O. Box 487
Bowie, MD 20718-0487

Perkins Business, LLC
89 Business Hwy 61 North
Bowling Green, MO 63334

Perq, LLC
7225 Georgetown Rd.
Indianapolis, IN 46268-4126

Pike County Circuit Court Clerk
115 West Main St.
Bowling Green, MO 63334-1696

(p)PIKE COUNTY COLLECTOR
115 W MAIN
BOWLING GREEN MO 63334-1665

Pinnacle Bank
1111 Northshore Dr., Ste. S-800
Knoxville, TN 37919-4047


Popmount, Inc.
1817 W Broad St.
Richmond, VA 23220-2109

Profit Packaging Newspaper Equipment
P.O. Box 825
Monroe City, MO 63456

Progressive Landscaping
2702 Hwy C
Centralia, MO 65240-5401


Protank Southwest, LLC
5907 Aldine Bender Rd.
Humble, TX 77396-3404

Protective Life Insurance
P.O. Box 2224
Birmingham, AL 35246-0001

Public Water Supply of St. Charles Count
P.O. Box 967
O Fallon, MO 63366-0967


Public Works Department
202 S. 3rd Street
Louisiana, MO 63353-2057

Purvis Industries, Ltd.
P.O. Box 540757
Dallas, TX 75354-0757

Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


RR Donnelley Logistics Services
P.O. Box 932721
Cleveland, OH 44193-0015

Realmatch
Dept. CH 19764
Palatine, IL 60055-9764

Ren Potterfield Trucking
404 US Hwy 24 & 36
Monroe City, MO 63456-1186


Richman Graphic Services
218 W Railroad
Centralia, MO 65240-1324

Richo USA, Inc.
P.O. Box 660342
Dallas, TX 75266-0342

Ricoh USA
70 Valley Stream Pkwy.
Malvern, PA 19355-1407


Ritchie & Sons, Inc.
105 W Singleton St.
Centralia, MO 65240-1333

River City Towing & Repair
903 Maryland St.
Louisiana, MO 63353-2311

Ron's Window Service
P.O. Box 626
Moberly, MO 65270-0626


Save A Lot
225 East First Street
Hermann, MO 65041-1113

Schaefer Locks. LLC
c/o Charles Schaefer
707 Kerri Lynn Ln.
Montgomery City, MO 63361-1605

Schaeffer Manufacturing Co.
4729, 102 Barton St.
Saint Louis, MO 63104


Scheidegger Service Center
514 Market St.
Hermann, MO 65041-1036

Schutz Transportation
3110 Cambridge Pointe Dr.
Saint Louis, MO 63129-6626

Shell Fleet
P.O. Box 9001015
Louisville, KY 40290-1015


Snap Set Web Drying System, LLC
1997 S. Lipan St.
Denver, CO 80223-3841

Speedpro Imaging, LLC
145 Hamilton Industrial Court
Wentzville, MO 63385-5569

Staples Business Advantage
Staples/Tom Riggleman
7 Technology Circle
Columbia, SC 29203-9591

State Disbursement Unit
P.O. Box 5400
Carol Stream, IL 60197-5400

Stevens Heating & Cooling, LLC
471 Adams St.
Centralia, MO 65240-1588

Stoddard Disposal Service
P.O. Box 329
Mexico, MO 65265-0329


Suburban Industrial Packaging
1519 Tower Grove
Saint Louis, MO 63110-2232

Swift Printing
P.O. Box 28252
Saint Louis, MO 63132-0252

Tennessee Department of Revenue
P.O. Box 14035
Knoxville, TN 37914-1035


Thomas Motors
204 N 5th St.
Louisiana, MO 63353-1624

Townnews.com
1510 4th Ave.
Moline, IL 61265

Troy Chamber of Commerce
850 E Cherry St., Ste. A
Troy, MO 63379-1408


UPS
Lockbox 577
Carol Stream, IL 60132-0577

US Office & Industrial Supply
P.O. Box 7612
Van Nuys, CA 91409-7612

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902-2303


Valassis Direct Mail, Inc.
90469 Collections Center Dr.
Chicago, IL 60693-0001

Vandalia Postmaster
401 S Main St.
Vandalia, MO 63382-9998

Veritiv Operating Company
f/k/a Unisource
1111 N 28th Ave.
Dallas, TX 75261


Verizon Business
P.O. Box 31307
Salt Lake City, UT 84131-0307

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Videojet Technologies
12113 Collection Center Dr.
Chicago, IL 60693-0121


Web Specialties
P.O. Box 2280
560 Washington St.
Twin Falls, ID 83301-5620

WebPress
P.O. Box 2274
Tacoma, WA 98401-2274

Wells Fargo Equipment Finance
Manufacturer Services Group
P.O. Box 7777
San Francisco, CA 94120-7777


Wells Fargo Financial Services
P.O. Box 650016
Dallas, TX 75265-0016

Whittier Mailing
13019 Park St.
Santa Fe Springs, CA 90670-4005

William Henry
1 Auvergne Dr.
Lake Saint Louis, MO 63367-2029


Wisco Envelope Co.
P.O. Box 841741
Dallas, TX 75284-1741

XPO Logistics Freight, Inc.
P.O. Box 5160
Portland, OR 97208-5160

ZEP Sales & Service
13237 Collection Center Dr.
Chicago, IL 60693-0001


Ryan E. Jarrard
Quist, Fitzpatrick & Jarrard
2121 First Tennessee Plaza
Knoxville, TN 37929

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pike County Collector
115 W Main St., #21A
Bowling Green, MO 63334

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centralia Postmaster            (u)Faber & Brand               (u)Newscom Technology II
NEED ADDRESS                       NEED ADDRESS                   NEED ADDRESS

(d)Pinnacle Bank                   (u)Traci Ambriso-Theissen      (u)United States Treasury
1111 Northshore Dr., Ste. S-800    NEED ADDRESS                   NEEED ADDRESS
Knoxville, TN 37919-4047

End of Label Matrix
Mailable recipients   177
Bypassed recipients     6
Total                 183