*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

**LAKEWAY PUBLISHERS INC.**                         Case No. 2:19-bk-51163-MPP
                                                                                Chapter 11

Debtor.

### ORDER AUTHORIZING DEBTOR IN POSESSION
### TO SELL PERSONAL PROPERTY OF THE ESTATE FREE AND
### CLEAR OF LIENS WITH LIENS ATTACHING TO PROCEEDS

This case came before the Court for hearing July 30, 2019, upon the Debtor in Possession's Motion to sell free and clear of any and all lien rights of creditors with any lien rights attaching to the proceeds of the sale concerning the personal property consisting of excess inventory of newsprint to the Cleveland Daily Banner for $3,640.42, after service of a copy of the Motion to Sell, and this proposed Order together with a notice for hearing pursuant to 11 U.S.C. § 363 and the applicable bankruptcy rules

upon all required parties. Notice was given to the consensual lien holder via certified U.S. Mail. No objections were filed.

1. That the Debtor in Possession is hereby authorized to sell excess rolls of newsprint to the Cleveland Daily Banner for $3,640.42.

2. That the sale shall be free and clear of all liens of record. All such liens shall attach to the proceeds of sale in the order and priority that existed on the day the bankruptcy case was filed.

3. The 14-day stay that would otherwise be applicable under Fed. R. Bankr. P. 6004(h) shall not apply and this Order shall be immediately effective as of the date of its entry.

###

APPROVED:

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD
Tennessee Bar No. 024525
QUIST, FITZPATRICK & JARRARD, PLLC
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile
rej@qcflaw.com