# United States Bankruptcy Court
## Eastern District of Tennessee

In re __Lakeway Publishers of Missouri, Inc.__              Case No. __2:19-bk-51164__
                                   Debtor(s)               Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lakeway Publishers, Inc.<br>P.O.Box 625<br>Morristown, TN 37815 | | | 100% Ownership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 1, 2019__          Signature __/s/ R. Jack Fishman__
                                         **R. Jack Fishman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.