**SO ORDERED.**
**SIGNED this 3rd day of July, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

| | |
|---|---|
| **LAKEWAY PUBLISHERS, INC.** | Case No. 2:19-bk-51163-MPP |
| | Chapter 11 |
| Debtor. | |
| **LAKEWAY PUBLISHERS OF MISSOURI, INC.** | Case No. 2:19-bk-51164-MPP |
| | Chapter 11 |
| Debtor. | |

## ORDER

Upon Motion of the Debtors on the Debtors' Motion for an Order Authorizing the Debtors to Pay Critical Vendors, the Parties agree to the following terms:

1. Attached as Exhibit A to this Order are the critical vendors for Lakeway Publishers, Inc. along with the required payments that must be made to retain their services.

2. Attached as Exhibit B to this Order are the critical vendors for Lakeway Publishers of Missouri, Inc. along with the required payments that must be made to retain their services.

3. The Debtors are hereby authorized to make the payments listed to the critical vendors listed in Exhibits A & B subject to the conditions listed below.

4. The critical vendors listed in Exhibit A & B shall continue to provide the Debtors with the same services, upon the same terms, as they provided prior to the Petition Date, upon payment of their claims. In the event a critical vendor fails or refuses to ship/provide goods or services to the Debtors post-petition, any amounts paid to the respective critical vendor(s) for pre-petition invoices pursuant to the terms of this Order shall be subject to disgorgement or setoff. To the extent that there has been a material adverse change in the Debtors' financial condition, any such critical vendor(s) may move this Court for relief from the obligation to ship/provide additional goods or services. Any pre-petition amounts paid pursuant to this Order that are subsequently disgorged or setoff will be reinstated as part of the respective critical vendor(s) unsecured claim. Furthermore, all post-petition payments made to the critical vendor(s) will be applied first to each critical vendor's respective pre-petition invoices.

5. Counsel for the Debtors is hereby ordered to serve a copy of this order upon each vendor listed in Exhibit A&B attached to this order.

###

**APPROVED:**

Respectfully submitted,

*/s/ Ryan E. Jarrard*

Ryan E. Jarrard, Esquire
BPR No. 024525
Attorney for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
rej@qcflaw.com


*/s/Walter N. Winchester*
Walter N. Winchester, TN BPR# 014530
**WINCHESTER, SELLERS, FOSTER & STEELE, P.C.**
P.O. Box 2428
Knoxville, TN 37901-2428
(865) 637-1980
wwinchester@wsfs-law.co
Attorneys for Pinnacle Bank

/s/Tiffany A. DiIorio
Tiffany A. DiIorio, Florida Bar #0719706
**US Department of Justice**
Office of the US Trustee
800 Market Street, Ste 114
Knoxville, TN 37902
(865) 545-4754
tiffany.diiorio@usdoj.gov

Lakeway Publishers, Inc

| Row Labels | Sum of Amount open |
|---|---|
| Athens Paper | 1,896.06 |
| Corning Publishing CO | 5,147.98 |
| Perq | 2,539.80 |
| The Mail Station | 786.29 |
| **Grand Total** | **10,370.13** |



Critical Vendors

TN VA

| Business Unit | Vendor Name | Address | Amount open |
|---|---|---|---|
| 102 | Perq | 7225 Georgetown Road Indianapolis IN 46268 | 696.84 |
| 103 | Perq | 7225 Georgetown Road Indianapolis IN 46268 | 423.19 |
| 103 | The Mail Station | 2288 Haag Store Road Talbott, Tn 37877 | 786.29 |
| 108 | Corning Publishing CO | 810 N Missouri Ave  PO Box 85 Corning AR 72422 | 5,147.98 |
| 108 | Perq | 7225 Georgetown Road Indianapolis IN 46268 | 1,419.77 |
| 140 | Athens Paper | PO Box 291329  Nashville, TN 37229-1329 | 1,896.06 |
| | | | 10,370.13 |

| Lakeway Publishers of Missouri | |
| --- | --- |
| Row Labels | Sum of Amount open |
| C & C Controls | 4,635.30 |
| Dayne's Waste | 142.73 |
| Fox Printing dba JumpStar | 5,179.00 |
| Grand Total | 9,957.03 |


EXHIBIT B

MO

| Business Unit | Vendor Name | Address | Amount open |
|---|---|---|---|
| 205 | C & C Controls | PO Box 411 Sandwich IL 60548 | 4,635.30 |
| 202 | Fox Printing dba JumpStart Publishing | PO Box 8 Mandeville LA 70470 | 5,179.00 |
| 208 | Dayne's Waste | PO Box 248 Mexico, MO 65265 | 142.73 |
|   |   |   | 9,957.03 |