## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHEASTERN DIVISION AT GREENEVILLE

IN RE:

| | |
|---|---|
| **LAKEWAY PUBLISHERS, INC.** | Case No. 2:19-bk-51163-MPP |
| | Chapter 11 |
| Debtor. | |
| | |
| **LAKEWAY PUBLISHERS OF MISSOURI, INC.** | Case No. 2:19-bk-51164-MPP |
| | Chapter 11 |
| Debtor. | |

### NOTICE OF HEARING

**Notice is hereby given that:**

A hearing will be held on the <u>Motion for an Order Permitting Payment of Adequate Assurance</u> on August 13, 2019 at 9:00am, in the Bankruptcy Courtroom, James H. Quillen U.S. Courthouse located at 220 West Depot Street, Greeneville, TN.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you wish to have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend this hearing, the court may decide that you do not oppose the relief sought in the <u>Motion for an Order Permitting the Debtor to use Prepetition Bank Accounts</u> and may enter an order granting that relief.

## MOTION FOR AN ORDER PERMITTING THE DEBTOR TO MAKE ADEQUATE ASSURANCE PAYMENT

**COMES NOW** Lakeway Publishers, Inc. (hereinafter "Debtor"), by and through counsel, would seek permission from the court for permission to make an adequate protection pursuant to 11 U.S.C. § 366:

1. On or about May 31, 2019, the Debtor commenced a case under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq.*

2. The Debtor maintains publishing facilities in Manchester and Winchester, Tennessee.

3. Elk River Public Utility District (hereinafter "Elk River") provides utility services for both publishing facilities.

4. Elk River has requested an adequate assurance payment of $1,115.00 to maintain utility services to both facilities.

5. Debtor agrees and has the ability to make the requested payment.

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorney for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the **19 of July        2019**, a copy of the foregoing **Motion, and Proposed Order** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Tiffany DiIorio
800 Market Street, Suite 114
Howard J. Baker Jr. US Courthouse
Knoxville, TN 37902
VIA US MAIL

Gerald L. Ewell, Jr.
214 N.E. Atlantic Street
P.O. Box 878
Tullohoma, TN 37388
VIA US MAIL

All Parties in Interest on the attached list via US Mail.

                                                                  /s/ **Ryan E. Jarrard**
                                                                Ryan E. Jarrard, BPR 024525