*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

| | |
|---|---|
| **LAKEWAY PUBLISHERS, INC.** | Case No. 2:19-bk-51163-MPP |
| | Chapter 11 |
| Debtor. | |
| **LAKEWAY PUBLISHERS OF MISSOURI, INC.** | Case No. 2:19-bk-51164-MPP |
| | Chapter 11 |
| Debtor. | |

**ORDER**

Following a Motion of the Debtor and a hearing on August 13, 2019, it is hereby ordered that the Debtor may make an adequate assurance payment of $1,115.00 to Elk River Public Utility District pursuant to 11 U.S.C. § 366.

###

**APPROVED:**

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorneys for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
rej@qcflaw.com