*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

| | |
|---|---|
| **LAKEWAY PUBLISHERS, INC.** | Case No. 2:19-bk-51163-MPP<br>Chapter 11 |
| Debtor. | |
| **LAKEWAY PUBLISHERS OF MISSOURI, INC.** | Case No. 2:19-bk-51164-MPP<br>Chapter 11 |
| Debtor. | |

### NOTICE OF HEARING

**Notice is hereby given that:**

A hearing will be held on the <u>Motion for an Order Permitting the Debtor to use Prepetition Bank Accounts</u> on August 13, 2019 at 9:00am, in the Bankruptcy Courtroom, James H. Quillen U.S. Courthouse located at 220 West Depot Street, Greeneville, TN.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you wish to have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend this hearing, the court may decide that you do not oppose the relief sought in the <u>Motion for an Order Permitting the Debtor to use Prepetition Bank Accounts</u> and may enter an order granting that relief.

### MOTION FOR AN ORDER PERMITTING THE DEBTOR TO USE PRE-PETITION BANK ACCOUNTS

**COMES NOW** Lakeway Publishers, Inc. and Lakeway Publishers of Missouri, Inc. (hereinafter "Debtors"), by and through counsel, would seek permission from the court for permission to continue to use a pre-petition bank account pursuant to 11 U.S.C. § 1107 – 1108:

1. On or about May 31, 2019, the Debtor commenced a case under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq.*

2. The Debtor's primary business involves publishing and distributing newspapers and other periodicals.

3. The Debtor's operations extend throughout Tennessee, Virginia, and Missouri.

4. Some of the Debtor's sales involve cash transactions received directly from vendors.

5. Prior to the bankruptcy, these funds were directly deposited into the following accounts:

    A. Lakeway Publishers, Inc.:

    - Citizens Tri County Bank, XXXX4444

    - Union Bank and Trust, XXXX2964

    - Virginia Community Bank, XXXX 4782

    B. Lakeway Publishers of Missouri, Inc.

    - Mercantile Bank, XXXX8826

6. Following the filing of the bankruptcy petition in this matter, the Debtor has followed the guidelines of the United States Trustee and opened a new Debtor – in – Possession (hereinafter "DIP") accounts that will be used as their sole business accounts moving forward.

7. Due to the fact that the Debtors' still need local bank accounts to process the cash transactions, it is impractical to use the DIP accounts due to the distances involved. The Debtor respectfully requests permission for these accounts to stay open to receive local cash transactions to these accounts only.

8. The Debtor agrees to transfer the vendor payments from the pre-petition accounts to the DIP accounts monthly, and attach the monthly statements from the pre-petition account to their monthly operating reports.

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorney for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **19 of July    2019**, a copy of the foregoing **Motion, and Proposed Order** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Tiffany DiIorio
800 Market Street, Suite 114
Howard J. Baker Jr. US Courthouse
Knoxville, TN 37902
VIA US MAIL

All Parties in Interest on the attached list via US Mail.

/s/ ***Ryan E. Jarrard***
Ryan E. Jarrard, BPR 024525