*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

| | |
|---|---|
| **LAKEWAY PUBLISHERS, INC.** | Case No. 2:19-bk-51163-MPP |
| | Chapter 11 |
| Debtor. | |
| | |
| **LAKEWAY PUBLISHERS OF MISSOURI, INC.** | Case No. 2:19-bk-51164-MPP |
| | Chapter 11 |
| Debtor. | |

## ORDER

Following a Motion of the Debtor and a hearing on August 13, 2019, it is hereby ordered that the Debtor may continue to use its pre-petition bank accounts referenced in the underlying

motion. The Debtors shall transfer the payments to its Debtor – in – Possession Accounts on a monthly basis. The Debtor is also ordered to attach to its monthly operating reports the statements from the pre-petition accounts.

###

**APPROVED:**

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorneys for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
rej@qcflaw.com