EXHIBIT A

FIRST SIGN SALES INVENTORY

1. Milwaukee Panel Saw / Panel Router Model C4

2. Graph Tec Cutting Plotter(54"), Model FC8600-130

3. US Tech Master Worf Cold Laminator, Model TX-600H, 65" with heat assist

4. HP Latex 360 – Printer Model Product 3 B4H70A, 64"

5. Central Machinery, 8" handheld drill press, Item #44506