*IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

**LAKEWAY PUBLISHERS INC.**                     Case No. 2:19-bk-51163-MPP
                                                                    Chapter 11

Debtor.

### ORDER AUTHORIZING DEBTOR IN POSESSION
### TO SELL PERSONAL PROPERTY OF THE ESTATE FREE AND
### CLEAR OF LIENS WITH LIENS ATTACHING TO PROCEEDS

This case came before the Court for hearing July 30, 2019, upon the Debtor in

Possession's Amended Motion to sell the personal property consisting of machinery

identified in Exhibit A to the motion for $11,500.00 free and clear of liens, after service

of a copy of the Motion to Sell, Exhibit, and this proposed Order together with a notice

for hearing pursuant to 11 U.S.C. § 363 and the applicable bankruptcy rules upon all

required parties. Notice was given to the consensual lien holder via certified

U.S. Mail. No objections were filed.

1.      That the Debtor in Possession is hereby authorized to sell the personal property on Exhibit

A to Mack Warr for $11,500.00 free and clear of liens with liens attaching to the sale

proceeds in the amount and order that existed on the date of the petition.

2.      The Debtor shall pay $6,048.05 to BB&T Commercial Capital Corp. upon completion of

the sale in satisfaction of its secured claim in the assets. The Debtor may use the remaining

proceeds to fund ongoing business operations only.

3.      The 14-day stay that would otherwise be applicable under Fed. R. Bankr. P. 6004(h)

shall  not apply and this Order shall be immediately effective as of the date of its entry.

### 

APPROVED:

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD
Tennessee Bar No. 024525
QUIST, FITZPATRICK & JARRARD, PLLC
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile
rej@qcflaw.com