**SO ORDERED.**
**SIGNED this 30th day of July, 2019**

*/s/ Marcia P. Parsons*
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

| | |
|---|---|
| **LAKEWAY PUBLISHERS, INC.** | Case No. 2:19-bk-51163-MPP |
| | Chapter 11 |
| Debtor. | |
| **LAKEWAY PUBLISHERS OF MISSOURI, INC.** | Case No. 2:19-bk-51164-MPP |
| | Chapter 11 |
| Debtor. | |

## ORDER

Upon Motion of the Debtors on the Debtors' Motion for an Order to Extend Deadline to File Monthly Operating Report, the matter was heard on July 30, 2019. No objections were

made. As a result, both debtors shall have until August 16th, 2019 to file their first Monthly Operating Report, and until August 30, 2019 to file their second Monthly Operating Report.

### 

**APPROVED:**

Respectfully submitted,

*/s/ Ryan E. Jarrard*

Ryan E. Jarrard, Esquire
BPR No. 024525
Attorney for Debtor
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
rej@qcflaw.com