

**SO ORDERED.**
**SIGNED this 14th day of April, 2020**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | |
| LAKEWAY PUBLISHERS, INC. | No. 19-51163 MPP |
| | Chapter 11 |
| LAKEWAY PUBLISHERS OF MISSOURI, INC., | Jointly Administered |
| Debtors. | |

### ORDER APPROVING DISCLOSURE STATEMENTS,
### FIXING DATE FOR RETURNING BALLOTS ACCEPTING OR REJECTING PLANS,
### FIXING DATE FOR FILING OBJECTIONS TO CONFIRMATION,
### AND FIXING DATE FOR HEARING ON CONFIRMATION,
### COMBINED WITH NOTICE THEREOF

The court having determined after notice and hearing on April 14, 2020, that the debtors' amended disclosure statements filed on March 31, 2020, contain adequate information;

IT IS ORDERED and NOTICE is hereby given that:

1. The amended disclosure statements are approved. Because the plans accompanying the disclosure statements were attached as exhibits and not separately filed and debtors' counsel stated his intention to amend one of the plans before service upon creditors, the debtor will have 5 days from entry of this order to file the plans.

2. In accordance with Fed. R. Bankr. P. 3017(d), debtors' counsel must transmit the amended disclosure statements, the plans, and a copy of this order approving the amended disclosure statements to all creditors and other parties in interest. Debtors' counsel must also send a ballot conforming to Official Form B314 to creditors entitled to vote on the plans. Debtors' counsel must file a certificate of service to this effect within 7 days from entry of this order.

3. The ballot transmitted by debtors' counsel pursuant to this order must clearly state that it should be returned to debtors' counsel and clearly designate debtors' counsel's address to which the ballot is to be returned. May 19, 2020, is fixed as the last day for returning a ballot accepting or rejecting the plans.

4. May 19, 2020, is fixed as the last day for filing with the clerk of court objections to confirmation of the plans.

5. A preliminary hearing on confirmation of the plans will be held on May 26, 2020, at 9:00 a.m., by telephone with Judge Parsons. The telephone number is (877) 336-1839 and the access code is 8354354.

6. Debtors' counsel must file for each debtor a summary of acceptances and rejections by class and by number and amount at least one day prior to the confirmation hearing.

# # #