Although the application requests entry of an order nunc pro tunc to the date of the application, the court directs to the clerk of court to enter the order as of todays date, with employment approved retroactive to the filing of the application.



**SO ORDERED.**
**SIGNED this 24th day of June, 2020**

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHEASTERN DIVISION AT GREENEVILLE

IN RE:

**LAKEWAY PUBLISHERS, INC.**          Case No. 2:19-bk-51163-MPP
                                      Chapter 11
Debtor.

### ORDER

Upon the ex parte application of Lakeway Publishers, Inc., seeking authority to employ William O. Foutch, Esq. as permitted by E.D. Tenn. LBR 2014-1 as its attorneys to represent the estate with respect sale of estate assets. and it appearing to the Court that said William O. Foutch, Esq. are attorneys duly authorized to practice before this Court and that the Court is satisfied that said attorneys do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is **GRANTED.**

Lakeway Publishers, Inc., shall be and he hereby is, authorized to employ William O. Foutch, Esq under the terms and conditions set forth in his application. The total compensation to be paid to said attorneys shall be determined by the Court upon proper interim applications or final application at the conclusion of the attorneys' services.

This order is entered *nunc pro tunc* pursuant to E.D. Tenn. LBR 2014-1 to the date the application was filed.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for Debtor
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com