# *Quist, Fitzpatrick & Jarrard, PLLC*

800 South Gay Street, Suite 2121
Knoxville, TN 37929

IRS TIN: 62-0525931

Phone:(865) 524-1873          Fax:(865) 525-2440

Lakeway Publishers, Inc.                                      November 25, 2020
1609 W. 1st North St.
Morristown, TN 37814

|  |  |
|---|---|
| File #: | 346-216 |
| Inv #: | 20234 |

Attention:

RE:    Represent Lakeway Publishers, Inc. with respect to a Chapter 11
       Bankruptcy

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 11/04/2019 | | |
| REJ | Emails wth Walt Winchester regarding "disgruntled employees." | 0.20 |
| 11/05/2019 | | |
| REJ | Emails with Cindy Smith regarding Rodney Wisecarver identity | 0.20 |
| 11/06/2019 | | |
| REJ | Prepare cover letter to Jack Fishman regarding matter. | 0.30 |
| REJ | Emails with Jack Fishman regarding bank forms | 0.20 |
| REJ | Email from Michael Fishman regarding insurance policies | 0.10 |
| 11/07/2019 | | |
| REJ | Emails with Lorie Diamond regarding insurance | 0.20 |
| 11/08/2019 | | |
| REJ | Prepare Frank Pinchak motion for final compensation (5), order approving motion (.2) | 0.70 |
| 11/11/2019 | | |
| REJ | Email to Craig Kelley regarding IP Pay motion | 0.20 |

REJ    Travel to/ from Lakeway to meet with leadership prior to 2004 exam.    2.00

REJ    Attend meeting with Lorie Diamond and Jack Fishman regarding 2004 exam.    2.00

REJ    Two phone calls with David Korum regarding sale of PJP printing    0.20

REJ    Emails Joseph Rusnak regarding PJP motion    0.20

11/12/2019

REJ    Multiple emails with Walt Winchester regarding missing amended MOR    0.20

REJ    Email to client regarding rescheduling 2004 exam.    0.10

11/13/2019

REJ    Emails with Lorie Diamond regarding bankruptcy issues.    0.20

REJ    Emails with Walt Winchester regarding Pinnacle bank account    0.20

REJ    Emails with client regarding matter    0.20

REJ    Two emails with Joseph Raznak regarding :PJP printer lease    0.20

11/14/2019

REJ    Two emails with Tiffany Dilorio regarding Pinchack professional fees    0.20

REJ    Call with Jack Fishman regarding sale of assets, 2004 exam    0.20

REJ    Work on motion for compensation of QFJ (.4) prepare order (.2).    0.60

| REJ | Review proposed IP Pay motion | 0.50 |
| REJ | Call with Lorie Diamond regarding IP Pay motion | 0.20 |
| REJ | Emails with Walt Winchester regarding Pinnacle Account, IRS questions | 0.20 |
| REJ | Two emails with Frank Pinchak regarding professional fees | 0.20 |

11/15/2019

| REJ | Emails with Tiffany Dilorio regarding Pinchak order | 0.30 |
| REJ | Review October MOR | 0.50 |
| REJ | Email to Lorie Diamond regarding MORS | 0.10 |
| REJ | Call with David Korum regarding PJP sale | 0.10 |
| REJ | Call to Rodney regarding October MOR | 0.10 |
| REJ | Revise Pinchak order of compensation | 0.30 |

11/19/2019

| REJ | Email from Joseph Rusnak, esq. regarding agreed order on compensation. | 0.10 |
| REJ | Call with James Craine regarding DIP financing, status of bankruptcy matter | 0.20 |
| REJ | Emails with Rodney regarding amended reports | 0.20 |

REJ    Work on amerended MORs.    0.30

**11/20/2019**

REJ    Email to Craig Kelley regarding IP Pay Motion and Order    0.10

REJ    Email to Walt Winchester regarding order to sell motion    0.10

REJ    Email to Jack Fishman and Lorie Diamond regarding 2004 exam dates    0.10

REJ    Emails with Tiffany Dilorio, Walt Winchester, and Tom Dickenson regarding 2004 exam dates    0.20

REJ    Call with Jack Fishman regarding 2004 exam, reports, other outstanding issues    0.40

REJ    Emails with Jack Fishman & Lorie Diamond regarding 2004 exam    0.20

REJ    Additional work on IP Pay motion & Order    0.40

**11/21/2019**

REJ    Emails with Lorie Diamond regarding PJP order    0.30

REJ    Emails with Lorie Diamond regarding compensation orders    0.30

REJ    Review Biz Cap Agreement    0.60

REJ    Email to Lorie Diamond regarding missing amended reports    0.20

**11/22/2019**

REJ    Emails with Joe Rusnak regarding PJP printers    0.30

REJ   Emails to Lorie Diamond regarding PJP printers order                          0.20

REJ   Review June and July amended MOR (Pro Rated).                               0.50

11/25/2019
REJ   Email to Lorie Diamond regarding matter                                     0.10

REJ   Call with Tom Dickenson regarding Page Claims                               0.20

REJ   Work on Motion to compromise with AGCS                                      0.50

REJ   Email swith Lorie Diamond and Joe Rusnack regarding DLL Printers            0.20

REJ   Emails with Lorie Diamond regarding matter                                  0.30

REJ   Emails with Walt Winchester regarding insurance policies                    0.20

11/27/2019
REJ   Emails with Jack Fishman regarding insurance questions                      0.20

REJ   Emails with Jack Fishman regarding insruance questions.                     0.20

REJ   Email to client regarding rescheduling 2004 exam                            0.10

12/02/2019
REJ   Emails with Lorie Diamond, Jack Fishman. regarding bankruptcy matters       0.60

12/03/2019
REJ   Telephone conference with Court regarding DLL motion                        0.50

REJ    Emails with Fredrich Cruse regarding Alliant motion.                                          0.20

REJ    Email to client regarding status of hearing.                                                         0.10

REJ    Call with Jack Fishman regarding insurance checks.                                          0.40

REJ    Emails with Lorie Diamond regarding insurance settlement.                           0.40

REJ    Call with Jack Fishman regarding receipt of insurance cheks.                         0.20

REJ    Emails to Walt Winchester regarding insurance checks.                                   0.20

REJ    Prepare letter to Walt Winchester regarding insurance checks.                      0.40

REJ    Recipt and review insurance checks from Lorrie Diamond.                             0.20

REJ    Email to client regarding insurance check receipt.                                           0.10

12/04/2019
REJ    Emails with Craig Kelley regarding IP Pay motion.                                           0.20

REJ    Research mistaken loan / credit card issue at client's request.                        3.00

REJ    Call with Lorie Diamond regarding DLL matter.                                                0.20

REJ    Emails with Joe Rusnak regarding DLL payments.                                            0.20

12/06/2019
    REJ    Emails with Jim Lane regarding outstanding claims.    0.20

    REJ    Email with client regarding Jim Lane matter.    0.10

    REJ    Emails with Joe Rusnak and client regarding matter.    0.20

12/09/2019
    REJ    Emails with Lorie Diamond regarding employment dispute.    0.20

12/10/2019
    REJ    Prepare overnight delivery to Jack Fishman regarding insurance issues.    0.10

    REJ    Emails with Jack Fishman regarding insurance issues.    0.20

    REJ    Prepare cover letter to Walt Winchester regarding insurance.    0.20

    REJ    Emails with Lorie Diamond regarding DLL matter.    0.20

    REJ    Emails with attorney Rusnak regarding DLL matter.    0.20

    REJ    Emails with Fredrich Cruise regarding alliant payments.    0.20

12/11/2019
    REJ    Call with Jack Fishman regarding BR status.    0.40

    REJ    Email with Joe Rusnak regarding DLL matter.    0.10

12/12/2019
    REJ    Two emails with Joe Rusnak regarding DLL / Konica hold on servicing.    0.20

| | | |
|---|---|---|
| REJ | Phone call with Jack Fishman &amp; Lorie Diamond regarding Konica DLL printers. | 0.20 |
| REJ | Emails with Lorie Diamond regarding insurance. | 0.20 |
| REJ | Meet and confer with Walt Winchester regarding Lincoln Financial Insurance check. | 0.10 |
| REJ | Emails with client regarding Lincoln Financial check | 0.40 |
| REJ | Emails with Walt Winchester regarding Lincoln Financial check. | 0.20 |

12/13/2019

| | | |
|---|---|---|
| REJ | Emails with Walt Winchester, client, regarding Lincoln financial check. | 0.20 |
| REJ | Review MOR | 0.50 |
| REJ | Emails with client regarding MOR | 0.20 |

12/17/2019

| | | |
|---|---|---|
| REJ | Travel to / from Lakeway for 2004 exam (Reduced Rate). | 1.80 |
| REJ | Meeting with clients before 2004 exam. | 0.50 |
| REJ | Attend 2004 exam of Jack Fishman (Pro Rated). | 1.50 |
| REJ | Attend 2004 exam of Lorie Diamond (Pro-Rated). | 1.20 |

12/18/2019

| | | |
|---|---|---|
| REJ | Emails with Lorie Diamond regarding Page aging. | 0.20 |

12/19/2019
    REJ    Emails with Joe Rusnak regarding motion &amp; order.        0.20

12/23/2019
    REJ    Emails with Lorie Diamond regarding check.        0.20

    REJ    Email with Walt Winchester regarding checks        0.10

01/02/2020
    REJ    Prepare complaint to turn over assets against IP Pay        1.00

01/06/2020
    REJ    Work on plan.        1.00

    REJ    Emails with Lorie Diamond regarding plan.        0.20

    REJ    Prepare motion to continue DLL motion.        0.30

    REJ    Prepare agreed order regarding continuance.        0.20

    REJ    Email to client regarding same.        0.10

01/07/2020
    REJ    Lengthy call with Jack Fishman regarding PJP issues, plan.        0.50

    REJ    Work on plan (Pro-Rate).        0.50

01/08/2020
    REJ    Work on plan (Pro-Rate).        1.00

    REJ    Call with Walt Winchester regarding trial issues.        0.10

01/09/2020

    REJ   Work on plan (Pro Rate).     0.80

    REJ   Emails with Barbara Farelly and Lorie Diamond regarding sale of equipment.     0.20

    REJ   Multiple emails with Lorie Diamond regarding insurance checks.     0.40

01/10/2020

    REJ   Call with Jack Fishman regarding matter.     0.40

    REJ   Work on plan.     1.00

    REJ   Emails with Walt Winchester regarding insurance checks.     0.30

01/13/2020

    REJ   Work on plan.     0.80

    REJ   Lengthy conference call with client regarding plan.     1.40

    REJ   Emails with Walt Winchester regarding matter.     0.20

01/14/2020

    REJ   Emails with Lorie Diamond regarding plan.     0.10

    REJ   Emails with Walt Winchester regarding rescheduling motions.     0.30

    REJ   Review amended motion for appointment of a trustee (.3), email client regarding same (.1).     0.40

    REJ   Emails with Lorie regarding MORs.     0.20

| REJ | Revise adequate protection motion. | 0.20 |
| REJ | Draft letter to Walt Winchester regarding checks. | 0.30 |
| REJ | Review MORs, review substantial controlling interest, prepare certificate of service, revise and edit documents (Pro-Rate). | 0.60 |
| REJ | Call with Tom Dickenson regarding status of trustee motion. | 0.10 |

01/16/2020

| REJ | Call with Lorie Diamond regarding bankruptcy status. | 0.30 |
| REJ | Emails with Walt Winchester regarding payments. | 0.20 |
| REJ | Emails with Lorie Diamond regarding payments. | 0.20 |

01/17/2020

| REJ | Call with Marvin regarding hearing date. | 0.20 |
| REJ | Call to Walt Winchester regarding plan issues. | 0.20 |
| REJ | Email to Lorie Diamond et. al regarding plan. | 0.10 |
| REJ | Call with Jack Fishman regarding pinnacle filings. | 0.20 |
| REJ | Receipt and review order approving DLL agreement. Emails with client regarding same. | 0.40 |

01/20/2020

| REJ | Further Work on plan (Pro-Rate). | 0.40 |

01/21/2020
    REJ    Revise / draft  plan (Pro-Rate).                                              0.70

01/22/2020
    REJ    Additional work on plan (Pro-Rate).                                          0.40

01/23/2020
    REJ    Revise / edit plan (pro-rate).                                              1.00

    REJ    Call with Jack Fishman regarding printing press issues / other matters.      0.30

01/24/2020
    REJ    Additional work on plan, prepare exhibits (pro-rate).                        2.50

    REJ    Emails with Lorie Diamond regarding same.                                    0.20

01/27/2020
    REJ    Call with Lorie Diamond regarding plan.                                      0.20

    REJ    Finish work on plan (pro-rate).                                              2.00

    REJ    Lengthy call with Jack Fishman & Lorie Diamond.                              0.40

01/28/2020
    REJ    Emails with Lorie Diamond regarding IP PAY motion.                           0.20

    REJ    Emails with Lorie Diamond regarding plan.                                    0.20

    REJ    Emails with client regarding matter.                                         0.20

01/29/2020
    REJ    Emails with Lorie Diamond regarding status of matter.                        0.50

| | | |
|---|---|---|
| REJ | Prepare motion to settle dispute with IP Pay. | 0.30 |
| REJ | Emails with Craig Kelley regarding matter. | 0.20 |

01/30/2020

| | | |
|---|---|---|
| REJ | Emails with Lorie regarding sale of Signs first matter. | 0.20 |
| REJ | Email with Walt Winchester regarding matter. | 0.10 |
| REJ | Receipt and review court order regarding confirmation . | 0.10 |
| REJ | Emails with client regarding Hill claim | 0.20 |
| REJ | Emails with Jim Hill regarding claim. | 0.20 |

01/31/2020

| | | |
|---|---|---|
| REJ | Emails with Fredrich Cruise regarding status of adequate protection payments. | 0.30 |
| REJ | Call with Jim Lane regarding plan. | 0.20 |
| REJ | Multiple emails with Lorie Diamond regarding bankruptcy matters, professional fees, plan. | 0.30 |
| REJ | Call with Jim Lane regarding Lakeway claims. | 0.20 |
| REJ | Call with Bill Wadington regarding plan / claims. | 0.20 |
| REJ | Call with Lorie Diamond regarding same. | 0.30 |

REJ    Review bills from Lorie Diamond.                                                    0.20

REJ    Calls with Matt Graybill regarding retirement calculations.                        0.20

02/03/2020
REJ    Emails with Fredrich Cruise regarding status of motion for adequate protection.    0.20

REJ    Call with Jim Lane regarding plan / claims.                                        0.20

REJ    Emails with Jack Fishman regarding upcoming hearing dates.                         0.20

REJ    Two Calls with Bill Wadington regarding fees.                                      0.10

02/04/2020
REJ    Email with Mike Fishman regarding hearing dates.                                   0.10

REJ    Emails with Rich Matheiau regarding claims.                                        0.20

02/06/2020
REJ    Emails with Craig Kelley regarding IP Pay Settlement.                              0.20

02/07/2020
REJ    Email with Craig Kelley regarding IP Pay settlement.                               0.10

02/10/2020
REJ    Emails with Lorie Diamond regarding Alliant payments                               0.20

REJ    Emails with Fredrich Cruise regarding matter.                                      0.20

REJ    Emails with Matt Grabeel regarding affidavit.                                      0.20

| | | |
|---|---|---|
| REJ | Prepare report of sale. | 0.30 |
| REJ | Email with client regarding report of sale. | 0.30 |
| REJ | Work on affidavit of Matt Grabeel | 0.30 |

02/11/2020
| | | |
|---|---|---|
| REJ | Prepare motion to hire accountant (.2), affidavit (.2), and order (.2). | 0.60 |
| REJ | Emails with Matt Graqbeal regarding order. | 0.20 |
| REJ | Emails with client regarding report of sale. | 0.30 |
| REJ | Emails with Craig Kelley regarding settlement. | 0.20 |
| REJ | Emails with Lorie Diamond regarding settlement. | 0.30 |

02/12/2020
| | | |
|---|---|---|
| REJ | Review bill from Cynthis L. Smith for 341 hearing | 0.20 |

02/13/2020
| | | |
|---|---|---|
| REJ | Call with WellsFargo Bank regarding status of plan. | 0.30 |
| REJ | Email from Fredrich Cruise regarding payment of Aliant lien. | 0.30 |
| REJ | Email to Lorie Diamond regarding Aliant lien. | 0.30 |

02/14/2020
| | | |
|---|---|---|
| REJ | Multiple emails with Fredrich Cruise regarding Alliant loan. | 0.40 |

02/17/2020

REJ    Review January MOR.                                                                          0.50

REJ    Lengthy call with client regarding Pinnacle motion                              1.00

02/18/2020

REJ    Travel to / from Greeneville for hearing on cash collateral. (Pro rated) (Reduced    0.80
Rate).

REJ    Travel to Lakeway from Greeneville Federal Courthouse for meeting with          0.80
Lakeway leadership (reduced rate).

REJ    Meeting with leadership regarding plan issues.                                  1.60

REJ    Attend hearing on cash collateral motion (prorated).                            0.30

02/19/2020

REJ    Emails with Walt Winchester regarding cash collateral budget.                   0.40

02/20/2020

REJ    Emails with Craig Kelley regarding matter.                                      0.40

02/21/2020

REJ    Emails with Lorie Diamond regarding IP Pay.                                      0.20

02/24/2020

REJ    Work on amended disc statement / plan (Pro-Rate).                               0.50

02/25/2020

REJ    Call with Jack Fishman regarding stolen car, other issues.                      0.20

REJ    Emails with Joe Rusnak regarding matter.                                        0.20

REJ    Call with Lorie Diamond regarding DLL financing.                                0.20

02/26/2020
    REJ    Call with Mike Fishman regarding bankruptcy letter.    0.20

02/27/2020
    REJ    Emails with Lorie Diamond regarding DLL matter.    0.20

02/28/2020
    REJ    Call with Tom Dickenson regarding objection.    0.20

03/02/2020
    REJ    Work on amended disclosure statement / plan (pro-rated).    0.80

    REJ    Call with Tom Dickenson regarding objections to disclosure statement & plan.    0.20

    REJ    Call with Walt Winchester regarding hearing.    0.20

    REJ    Call to Rick Carl regarding plan    0.10

    REJ    Emails with Walt Winchester regarding plan.    0.20

    REJ    Email with Lorie Diamond regarding plan.    0.10

    REJ    Emails with Lorie Diamond regarding budget.    0.20

    REJ    Emails with Tiffany DiOrio regarding matter.    0.20

03/03/2020
    REJ    Travel to and from Greeneville, TN for hearing (reduced rate / pro-rated).    0.80

    REJ    Attend hearing / wait turn in docket (pro-rated).    0.40

| | | |
|---|---|---|
| REJ | Emails with Joe Rusnak regarding DLL payments. | 0.30 |
| REJ | Emails with client regarding DLL payments. | 0.20 |
| REJ | Call with client regarding DLL payments. | 0.20 |

03/04/2020
| | | |
|---|---|---|
| REJ | Two calls with Lakeway regarding matters. | 0.20 |
| REJ | Work on amended disc. Statement. | 0.40 |

03/05/2020
| | | |
|---|---|---|
| REJ | Work on amended plan. | 0.60 |
| REJ | Email with Jack Fishman regarding Manake contact information. | 0.10 |

03/06/2020
| | | |
|---|---|---|
| REJ | Emails with client regarding matter. | 0.20 |

03/10/2020
| | | |
|---|---|---|
| REJ | Call with Lorie Diamond regarding MORs | 0.20 |

03/11/2020
| | | |
|---|---|---|
| REJ | Work on amended plan (pro-rated). | 2.50 |
| REJ | Work on motion to extend deadlines | 0.40 |
| REJ | Call from Rick Carl regarding amended plan. | 0.20 |
| REJ | Call with Lorie Diamond regarding matter. | 0.20 |

03/12/2020
    REJ    Prepare stip of dismissal.    0.20

03/16/2020
    REJ    Emails with Rick Carl regarding copier lease.    0.20

03/17/2020
    REJ    Call with Lorie Diamond regarding plan.    0.30

    REJ    Email to Craig Kelly regarding IP Pay.    0.10

03/19/2020
    REJ    Work on amended plan (pro-rate).    0.50

03/20/2020
    REJ    Call with Jack Fishman regarding personal suit.    0.20

    REJ    Call with Lorie Diamond regarding operating reports.    0.20

03/23/2020
    REJ    Additional work on amended plan (pro-rated).    1.20

    REJ    Lengthy discussions with Lorie Diamond regarding Plan Calculations    0.40

    REJ    Review February MOR.    0.60

03/24/2020
    REJ    Email to Lorie Diamond regarding amended plan.    0.10

03/25/2020
    REJ    Emails with Rick Carl regarding MOR.    0.20

    REJ    Emails with Lorie Diamond regarding matter.    0.20

| | | |
|---|---|---|
| REJ | Emails with Lorie Diamond regarding COVID -19 loans. | 0.20 |

03/26/2020

| | | |
|---|---|---|
| REJ | Emails with Craig Kelly regarding IP Pay matter, Emails with Lorie Diamond regarding same. | 0.50 |
| REJ | Call with Lorie Diamond regarding IP Pay | 0.20 |

03/27/2020

| | | |
|---|---|---|
| REJ | Emails with Lorie Diamond regarding plan | 0.20 |
| REJ | Call with Lorie Diamond regarding plan. | 0.20 |

03/30/2020

| | | |
|---|---|---|
| REJ | Call with Lorrie Diamond regarding matter. | 0.20 |
| REJ | Lengthy call with client regarding plan/ covid 19 issues. | 0.30 |

03/31/2020

| | | |
|---|---|---|
| REJ | Call with Lorie regarding plan. | 0.30 |

04/03/2020

| | | |
|---|---|---|
| REJ | Emails with client regarding IP Pay matter. | 0.20 |
| REJ | Emails with Craig regarding IP Pay matter. | 0.20 |
| REJ | Emails with Rick Carl regarding wells Fargo lease. | 0.20 |

04/06/2020

| | | |
|---|---|---|
| REJ | Emails with Craig and Lorie Diamond regarding IP Pay | 0.40 |
| REJ | Conversation with Walt Winchester regarding Disc. Statement, Plan. | 0.20 |

| REJ | Emails with Becky regarding account questions, unemployment insurance payments. | 0.20 |
| REJ | Email to Lorie Diamond regarding same. | 0.10 |

04/07/2020
| REJ | Emails with Lorie Diamond regarding unemployment ins. | 0.20 |
| REJ | Email to Beck regarding unemployment ins. | 0.10 |
| REJ | Emails with Lorie Diamond regarding adequate protection payments to Pinnacle. | 0.20 |
| REJ | Emails with Walt Winchester regarding same. | 0.10 |
| REJ | Email to Lorie Diamond regarding same. | 0.60 |

04/08/2020
| REJ | Emails with Walt Winchester regarding adequate insurance payments | 0.20 |
| REJ | Emails with client regarding adequate assurance payments. | 0.10 |

04/09/2020
| REJ | Emails with Mike Fishman regarding matter, call with Mike Fishman regarding same. | 0.20 |
| REJ | Lengthy call with Mike Fishman regarding covid releief, adequate protection payments. | 0.80 |
| REJ | Research covid releief loans at clients request. | 1.00 |

04/10/2020
| REJ | Lengthy conference call with Lakeway regarding COVID 19 issues. | 1.40 |

04/13/2020

    REJ    Finish care act research.    1.00

    REJ    Emails with Rick Carl regarding plan / disclosure statement.    0.20

04/14/2020

    REJ    Emails with client regarding update following hearing.    0.10

    REJ    Emails with Jack Fishman regarding news articles for argument.    0.20

    REJ    Emails with Loire Diamond regarding tax questions.    0.20

04/16/2020

    REJ    Emails with Craig Kelly regarding confirmation.    0.20

04/20/2020

    REJ    Calls with Tom Dickenson regarding amended disc. Statements.    0.20

04/23/2020

    REJ    Call with Josh with Perq regarding ballot.    0.20

04/24/2020

    REJ    Emails with Lorie Diamond regarding MOR.    0.20

04/29/2020

    REJ    Review Monthly Operating Reports (Pro Rated).    0.40

05/04/2020

    REJ    Emails with Tom Dickenson regarding Page Ballot.    0.20

05/07/2020

    REJ    Review objection to amended plan.    0.20

05/15/2020

    REJ    Two calls with Mark Cowan regarding ballots.    0.40

REJ    Work on Monthly operating report (pro-rate).                                          0.40

05/18/2020
REJ    Emails with Fredrich Cruise regarding matter.                                         0.60

05/20/2020
REJ    Emails with client regarding Page motions, ballots.                                   0.20

REJ    Review Page Motions to convert to Chapter 7 (pro-rate).                               0.20

05/21/2020
REJ    Conference call with Lakeway Leadership regarding Tuesday hearing.                    1.00

05/22/2020
REJ    Work on ballot summaries (pro-rate).                                                  0.50

REJ    Emails with client and Craig regarding IP Pay issue.                                  0.20

REJ    Work on ballot summaries (pro-rate).                                                  0.50

05/26/2020
REJ    Attend telephonic hearing on confirmation of amended plan.                            0.50

REJ    Telephone call with client regarding matter.                                          0.80

REJ    Work on second amended plan (pro-rated).                                              1.50

05/27/2020
REJ    Emails with Bill FOutch regarding LOI.                                                0.20

05/28/2020
REJ    Emails with rick Carl regarding matter.                                               0.30

05/29/2020
    REJ   Email to Rick Carl regarding matter.    0.10

06/01/2020
    REJ   Emails with Walt Winchester regarding amended plan    0.20

    REJ   Emails with Lakeway Leadership regarding status of ballots.    0.20

06/02/2020
    REJ   Call with Lakeway leadership regarding plan.    1.00

    REJ   Edit second amended plan.    1.50

06/03/2020
    REJ   Finish work on second amended plan.    1.00

    REJ   Call with Lakeway leadership regarding plan    0.30

06/04/2020
    REJ   Review order regarding service of new plan.    0.20

06/05/2020
    REJ   Review Notice of Default filed by DLL financing    0.20

    REJ   Email from Joe Rusnak regarding same    0.10

    REJ   Call with Lorie Diamond regarding same    0.20

06/08/2020
    REJ   Email from Walt Winchester regarding potential sale of business    0.10

    REJ   Review proposed Wells Fargo order, email to client regarding same    0.50

REJ    Emails with Tom Dickenson regarding ballots                                    0.20

REJ    Emails with Joe Rusnak & client regarding DLL payment                          0.30

06/09/2020
REJ    Attend hearing on Morion for Relief from Stay                                  0.20

REJ    Emails with Lorie Diamand regarding PPP / taxes                                0.20

REJ    Emails with Fredrich Cruise / Lakeway regarding payment of loan                0.20

06/10/2020
REJ    Email with client regarding DLL payments                                       0.10

REJ    Email to Joe Rusnack regarding DLL payments                                    0.10

REJ    Review page, Jim Johnson ballots                                               0.40

06/11/2020
REJ    Emails with Craig and Lorie Diamond regarding IP Pay issues                    0.20

06/12/2020
REJ    Review DLE checks                                                              0.40

REJ    Emails with Lorie Diamond regarding matter                                     0.20

REJ    Call with Jack Fishman regarding Wells Fargo order                             0.30

REJ    Emails with Joe Rusnack regarding DLL payments                                 0.20

| | | |
|---|---|---|
| REJ | Emails with Rick Carl regarding Wells Fargo order | 0.20 |

06/15/2020

| | | |
|---|---|---|
| REJ | Review ballots from FC Chamber, Econopak, Marilee North, Omer Perryman, Donald Dees, Jacob Braden, Charles Schaffer, Higgins Electric, AS Printing Services, Swift Print Comm.. Browns Auto Body, The Country Club | 0.50 |

06/16/2020

| | | |
|---|---|---|
| REJ | Review Ultranet APA | 0.80 |
| REJ | Emails with Bill Foutch regarding APA | 0.30 |
| REJ | Emails with Walt Winchester and client regarding changes to plan | 0.20 |
| REJ | Reciept and review notice removing default from DLL | 0.20 |

06/17/2020

| | | |
|---|---|---|
| REJ | Prepare motion to hire Bill Foutch | 0.20 |
| REJ | Prepare order to hire Bill Foutch | 0.20 |

06/18/2020

| | | |
|---|---|---|
| REJ | Call with Walt Winchester regarding ballots / plan sale date | 0.20 |
| REJ | Lengthy call with Jack Fishman regarding plan, ballots, Lakeway sale | 0.40 |
| REJ | Emails with Luke Murcian & Rick Carl regarding ballots | 0.20 |
| REJ | Emails with Rick Carl regarding ballots | 0.30 |
| REJ | Emails with Bill Foutvh regarding motion to hire | 0.10 |

06/19/2020

REJ    Lengthy conference call with Jack Fishman, Mike Fishman, Lorie Diamond, and     1.20
James Craine regarding testimony for confirmation hearing.

06/23/2020

REJ    Attend hearing on motion to convert, confirmation.     0.60

REJ    Call with Jack Fishman regarding hearing     0.20

REJ    Emails with Bill Fouch regarding Ultranet, motions to sell.     0.20

REJ    Review APA redline changes     0.20

REJ    Emails with Bill FOuch regarding Ultranet motion to sell     0.20

06/24/2020

REJ    Review ECF emails regarding withdrwal of Page objections, plan     0.60

REJ    Call with Marvin confirming requirements for confirmation order     0.20

REJ    Work on motion to hire broker     1.50

REJ    Prepare confirmation orders (pro-rated).     0.50

REJ    Emails with Lakeway Leadership regarding confirmation of plan     0.10

06/25/2020

REJ    Review Ultranet APA (.3), work on motion to sell(.2), call to Lorie Diamond     0.90
regarding Ultranet secured assets(.2). Call to Walt Winchester regarding same(.2).

REJ    Emails with client regarding MO broker, Ultranet deal     0.40

06/26/2020

    REJ   Prepare letter to Lakeway leadership regarding confirmed plan   0.80

    REJ   Emails with Walt Winchester regarding appraisals   0.20

    REJ   Emails with Lorie Diamon regarding apprasals   0.20

06/29/2020

    REJ   Emails with Mark Cowan regarding hearing.   0.20

    REJ   Calls with Jack Fishman regarding matter   0.20

06/30/2020

    REJ   Emails with client regarding motions to sell / motions to hire.   0.20

07/03/2020

    REJ   Lengthy call with Lorie Diamond regarding matter.   0.30

    REJ   Call to Walt Winchester regarding Ultranet sale.   0.20

    REJ   Prepare affidavit for Szazbo collections   0.40

    REJ   Emails with Lorie Diamond regarding collections, Ultranet.   0.20

07/07/2020

    REJ   Emails with Lorie Diamond regarding Szasbo affidavit.   0.30

    REJ   Call with Walt Winchester regarding Ultranet sale   0.20

    REJ   Calls with Tim Grandchamp regarding Chicago collections.   0.20

07/08/2020

    REJ    Emails with Fotch Esq. regarding Ultranet Sale    0.20

    REJ    Emails with Lorie Diamond regarding MOR extension.    0.20

    REJ    Emails with Walt Winchester regarding Ultranet Sale.    0.20

07/09/2020

    REJ    Emails with Walt Winchester regarding Ultranet    0.20

07/13/2020

    REJ    Work on Motion to set claim.    1.30

07/14/2020

    REJ    Work on motion to determine claim.    0.50

07/15/2020

    REJ    Prepare Motion to extend MOR deadline (.2), motion and order to shorten time (.2).    0.40

07/16/2020

    REJ    Emails with Tom Dickenson regarding Szabo    0.20

    REJ    Prepare motion to withdraw Szabo motion to hire.    0.40

    REJ    Call with client regarding Szabo issues.    0.20

07/17/2020

    REJ    Email from Jack Fishman regarding affidavit.    0.10

07/20/2020

    REJ    Emails with SBA regarding payoff information.    0.20

    REJ    Call with Jack Fishman regarding car.    0.20

07/21/2020

   REJ    Attend hearing on Motion to extend MOR, wait turn in docket.                              0.40

07/22/2020

   REJ    Emails with client regarding matter.                                                      0.20

   REJ    Emails with Jack Fishman regarding sale of vehicle.                                        0.20

07/24/2020

   REJ    Emails with Lorie Diamond regarding matter.                                                0.20

07/28/2020

   REJ    Calls with Jack Fishman regarding status of matter.                                        0.20

07/29/2020

   REJ    Review Monthly Operating Report.                                                           0.40

07/31/2020

   REJ    Emails with Lorie regarding controlling interest statement                                 0.20

08/03/2020

   REJ    Emails with Melissa regarding SBA payments.                                                0.20

   REJ    Call with Jack Fishman regarding status of matter                                          0.20

   REJ    Email to Lorie Diamond regarding SBA payment.                                              0.10

   REJ    Call with Michael Fishman regarding PPP money.                                             0.20

   REJ    Text messages with Michael Fishman regarding Covid loans.                                  0.30

   REJ    Emails with Bill Foutch regarding proposed sale of matter.                                 0.30

08/04/2020

REJ    Two calls with Jack Fishman regarding Long Realtors affidavit / hiring status.    0.40

REJ    Draft SBA Complaint for PPP money.    4.50

REJ    Emails with Chris Horn, client regarding PPP loan.    0.20

REJ    Emails with Lorie Diamond regarding pre-petition debt payments.    0.40

08/06/2020

REJ    Call with Jack Fishman regarding proposed sale.    0.20

REJ    Emails with client regarding MOR status    0.20

08/07/2020

REJ    Draft motion for TRO (.4), Motion to shorten time (.3).    0.70

REJ    Call with Lorie Diamond regarding matter.    0.30

REJ    Emails with client regarding complaint / RAC issues    0.20

REJ    Calls with client regarding case    0.30

REJ    Multiple calls with Mike Fishman regarding matter.    0.40

REJ    Emails with Lorie Diamond regarding MOR, status of case.    0.30

REJ    Call with Lorie Diamond regarding same.    0.10

08/11/2020

REJ    Call with US Attorney regarding SBA suit.                                    0.40

08/12/2020

REJ    Review SBA loan document                                                    1.50


REJ    Calls with Lorie Diamond regarding SBA loan, emails regarding same.         0.50

08/13/2020

REJ    Work on affidavit for sale of Ultranet                                      0.50


REJ    Call with Jack FIshamn regarding matter.                                    0.30


REJ    Emails to client regarding SBA covid 19 relief.                             0.20

08/14/2020

REJ    Lengthy call with Mike Fishman regarding hearings.                          0.40


REJ    Email with Rick Carl regarding Wells Fargo payment.                         0.20

08/18/2020

REJ    Attend hearing on motion to sell.                                           0.50


REJ    Call with Mike Fishman regarding status of hearing, Ultranet.               0.30


REJ    Call with Lorie Diamond regarding hearing.                                  0.30


REJ    Call with Jack Fishman regarding matter.                                    0.20

08/20/2020

REJ    Emails with Rick Carl regarding July lease payment.                         0.20

REJ    Emails with Lorie Diamond regarding July lease payment.                    0.20

08/21/2020
REJ    Emails to clients regarding ultranet sale issues.                         0.20

REJ    Call with Mike Fishman regarding Ultranet / PPP money.                    0.40

08/24/2020
REJ    Emails with Jack Fishman regarding sales price                            0.20

REJ    Emails with Bill Fouch regarding Ultranet Sale.                           0.20

REJ    Call with Jack Fishman regarding sales price.                             0.30

REJ    Emails with Walt Winchester regarding order                               0.20

REJ    Call with Jack Fishman regarding order.                                   0.20

REJ    Call with Jack Fishman / Lorie Diamond regarding SBA issues.              0.40

08/25/2020
REJ    Revise Ultranet order                                                     0.40

REJ    Call with Jack Fishman regarding Ultranet proceeds / order                0.20

REJ    Email to Mike Fishman regarding SBA Suit.                                 0.10

08/26/2020
REJ    Emails with Bill Foutvh regarding Ultranet Sale.                          0.20

| | | |
|---|---|---|
| REJ | Emails with Walt Winchester regarding ultrnet sale. | 0.20 |
| REJ | Emails with Craig regarding IP Pay / Mitotec matter. | 0.30 |
| REJ | Emails with Lorie Diamond regarding Mito Tec. | 0.30 |
| REJ | Emails with Bill Foutch regarding invoice requirements. | 0.20 |
| REJ | Emails with client regarding Ultranet order. | 0.20 |

08/27/2020

| | | |
|---|---|---|
| REJ | Emails with Mike Fishman regarding PPP suit. | 0.20 |
| REJ | Emails with Bill Foutch regarding closing. | 0.20 |

08/28/2020

| | | |
|---|---|---|
| REJ | Call with Lorie Diamond regarding closing. | 0.20 |
| REJ | Emails with Lorie Diamond / Walt Winchester regarding Ultranet sales proceeds. | 0.40 |

08/31/2020

| | | |
|---|---|---|
| REJ | Work on motion to approve fees for Craine Thompson (.4), order (.2). | 0.60 |
| REJ | Reciept and review Ultranet check | 0.20 |
| REJ | Prepare letter to Walt Winchester regarding check. | 0.20 |

09/01/2020

| | | |
|---|---|---|
| REJ | Revise stip of dismissal of SBA complaint. | 0.20 |

| REJ | Prepare motion for compensation (.4). order approving compensation (.2) for Craine Thompson. | 0.60 |

**09/02/2020**

| REJ | Email with clients regarding SBA Covid relief. | 0.20 |

**09/03/2020**

| REJ | Emails with Lorie Diamond and Walt Winchester regarding appraisals. | 0.40 |

**09/04/2020**

| REJ | Emails with Lorie Diamond regarding IP Pay, status of pending motions. | 0.20 |

| REJ | Emails with Craig regarding IP Pay matters. | 0.20 |

| REJ | Work on Motion for Compensation Pinchak | 1.50 |

| REJ | Work on motion to hire Zsabo. | 1.50 |

**09/08/2020**

| REJ | Emails with Craig and Lorie regarding IP Pay money. | 0.20 |

| REJ | Emails with Walt Winchester regarding appraisal / Lorie Diamond regarding same. | 0.40 |

| REJ | Emails with Rick Carl and Lorie Diamond regarding payment issues. | 0.30 |

**09/11/2020**

| REJ | Draft Interim Application for Compensation and Reimbursement of Expenses for BDP (.4), Prepare Order (.2). | 0.60 |

| REJ | Call with Jack Fishman regarding broker meeting. | 0.30 |

| REJ | Emails with Lorie Diamond and Walt Winchester regarding appraisal. | 0.30 |

09/14/2020

REJ    Prepare motion order and affidavit to hire RE Max                          1.50

REJ    Telephone conference with Lakeway Leadership & Missouri brokers.           0.40

09/15/2020

REJ    Work on order to approve REMAX                                             0.80

09/23/2020

REJ    Work on motion for compensation for Pinchak attorneys (.5), and order (.2).   0.70

09/24/2020

REJ    Emails with client regarding outstanding orders.                          0.20

REJ    Calls with Jack Fishman regarding Missouri Sale.                          0.50

09/25/2020

REJ    Call with Bill Foutch regarding MO sale, billing                          0.20

REJ    Multiple emails with Lorie and Craig regarding IP Pay issues / Mitotec settlement.   0.50

REJ    Calls with Lorie Diamond regarding matter.                                0.20

09/28/2020

REJ    Emails with client regarding IP Pay matter.                               0.20

09/30/2020

REJ    Email to Lorie Diamond regarding MOR.                                     0.10

REJ    Work on Bill Fouch Motion for compensation (.4) and order (.2).           0.60

REJ    Emails with Lorie Diamond regarding Craine Thompson / Szabo               0.20

REJ    Lengthy call with Craig kelly regarding IP Pay dispute.                                    0.30

                                                                                                171.30

## DISBURSEMENTS

| | | Disbursements | Receipts |
|---|---|---|---|
| Nov-26-19 | Fedex charges - Inv. #6-837-32036 (Lakeway Publishers, Inc.) | 30.74 | |
| Dec-31-19 | Fedex charges - Inv. #6-871-38267 (Lakeway Publishers) | 30.68 | |
| | Fedex charges - Inv. #6-879-18952 (Lakeway Publishers) | 30.68 | |
| Jan-15-20 | Copy Costs: Agreed Order Mailout | 295.30 | |
| | Postage: Agreed Order Mailout | 246.50 | |
| Jan-28-20 | Postage (1/2): Plan & Disclosure Mailout (493 recipients @ $0.80 ea.) | 197.20 | |
| | Copy Costs (1/2): Plan & Disclosure Mailout (109 pgs @ $0.10 per page to 493 recipients) | 2,686.85 | |
| Mar-10-20 | Copy Costs: 03.10.2020 Mailout | 681.80 | |
| | Postage Costs: 03.10.2020 Mailout | 243.50 | |
| Mar-25-20 | Postage: Mailout | 230.00 | |
| | Copy Costs: Mailout | 230.00 | |
| May-29-20 | Half Deposition fee re: L. Diamond & J. Fishman - Inv. #556 (Lakeway Publishers, Inc.) | 545.88 | |
| | Half 341 Meeting attendance fee 10/01/2019 - Inv. #486 (Lakeway Publishers, Inc.) | 183.30 | |
| Jul-02-20 | Postage: 07.02.2020 Mailout | 235.50 | |
| | Copy Costs: 07.02.2020 Mailout | 376.80 | |
| Jul-14-20 | Postage: 07.06.2020 Mailout | 235.50 | |
| | Copy Costs: 07.06.2020 Mailout | 376.80 | |
| Jul-17-20 | Postage: 07.17.2020 Mailout | 236.50 | |
| | Copy Costs: 07.17.2020 Mailout | 425.70 | |
| Jul-24-20 | Motion to Sell Fee (Lakeway Publishers, Inc.) | 181.00 | |

| | | | |
|---|---|---|---|
| Jul-27-20 | 07.27.2020 Mailout: Postage | 236.50 | |
| | 07.27.2020 Mailout: Copy Costs | 1,419.00 | |
| Aug-21-20 | Copy Costs: 08.21.2020 Mailout | 1,175.00 | |
| | Postage: 08.21.2020 Mailout | 235.00 | |
| Sep-11-20 | Copy Costs: Mailout | 2,679.00 | |
| | Postage: Mailout | 305.50 | |
| Sep-14-20 | Fedex charges  - Inv. #7-111-26637 (Lakeway Publishers, Inc.) | 26.36 | |
| Sep-24-20 | Postage: Mailout 09.24.2020 | 234.00 | |
| | Copy Costs: Mailout 09.24.2020 | 702.00 | |
| | Totals | $14.712.59 | $0.00 |

## RECAPITULATION

| Personnel | Hourly Rate | Hours | Total |
|---|---|---|---|
| Ryan E. Jarrard | $194.78 | 171.30 | $33,365.00 |
| **Total Current Work** | | | **$33,365.00** |
| **Balance Due Currently** | | | **$48,077.59** |

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| May-03-19 | Received From: Lakeway Publishers, Inc. (chk #000025027) |  | 25,000.00 |
|  | Trust deposit (Lakeway Publishers, Inc.) |  |  |
| May-30-19 | Paid To: Quist, Fitzpatrick & Jarrard, PLLC | 10,745.00 |  |
|  | REJ & MHF fees (Lakeway Publishers, Inc.) |  |  |
| May-31-19 | Paid To: US Bankruptcy Court | 1,717.00 |  |
|  | Chapter 11 Filing Fee (Lakeway Publishers, Inc.) |  |  |
|  | Paid To: US Bankruptcy Court | 1,717.00 |  |
|  | Chapter 11 Filing Fee (Lakeway MO) |  |  |
| Jun-26-19 | Paid To: Ryan Jarrard | 362.00 |  |
|  | Filing fee re: Motion to Sell (x2) (Lakeway Pulbishers, Inc.) |  |  |
| Nov-15-19 | Received From: CMA (chk #35267) |  | 362.00 |
|  | Reimbursement for filing fees re: Motion to Sell (Lakeway Pulbishers, Inc.) |  |  |
| Jan-27-20 | Paid To: Quist, Fitzpatrick & Jarrard, PLLC | 5,000.00 |  |
|  | Expense reimbursement (Lakeway Publishers, Inc.) |  |  |
| Feb-28-20 | Paid To: Cynthia L. Smith, LCR | 383.90 |  |
|  | Reporting services - Inv. #2081 (Lakeway Publishers, Inc.) |  |  |
| May-04-20 | Paid To: Quist, Fitzpatrick & Jarrard, PLLC | 5,437.10 |  |
|  | REJ expenses (Lakeway Publishers, Inc.) |  |  |
| Aug-11-20 | Received From: Laweway Publishers, Inc. (chk #000202668) |  | 34,298.90 |
|  | Trust deposit (Laweway Publishers, Inc.) |  |  |

|  |  | |
|---|---|---|
| Paid To: Quist, Fitzpatrick & Jarrard, PLLC | 25,919.35 | |
| REJ fees & expenses (Lakeway Publishers, Inc.) | | |
| Aug-26-20   Paid To: Lakeway Publishers, Inc. | 8,379.55 | |
| Refund of overpayment (Lakeway Publishers, Inc.) | | |

| | | |
|---|---|---|
| Total Trust | $59,660.90 | $59,660.90 |

**Trust Balance**                                          **$0.00**