# CRAINE, THOMPSON & JONES, P.C.

## CERTIFIED PUBLIC ACCOUNTANTS

225 WEST FIRST NORTH STREET
SUITE 300, MILLENNIUM SQUARE
P.O. BOX 1779
MORRISTOWN, TENNESSEE 37816-1779
PHONE: (423) 586-7650

248 BRUCE STREET
SUITE 8
SEVIERVILLE, TENNESSEE 37862
PHONE: (865) 386-1450
FAX: (423) 586-0705

Lakeway Publishers, Inc.
P. O. Box 625
Morristown, TN  37815

Invoice:    59750
ID:         11670
Date:       10/31/2020

For professional service rendered as follows:
Accounting services including:                                                                    $  2,250.00
    Preparation of monthly MOR reports for August,
      September and October (14.00 hours)
    Research and discussions regarding payroll tax
      issues (1.50 hours)

Billed Time & Expenses    $  2,250.00

---

JAMES W. CRAINE, CPA
MIRA J. CRAINE, CPA

WHITNEY D. McGOWAN, CPA
RODNEY WISECARVER, CPA

# CRAINE, THOMPSON & JONES, P.C.

### CERTIFIED PUBLIC ACCOUNTANTS

225 WEST FIRST NORTH STREET
SUITE 300, MILLENNIUM SQUARE
P.O. BOX 1779
MORRISTOWN, TENNESSEE 37816-1779
PHONE: (423) 586-7650

248 BRUCE STREET
SUITE 8
SEVIERVILLE, TENNESSEE 37862
PHONE: (865) 366-1450
FAX: (423) 586-0705

Lakeway Publishers, Inc.
P. O. Box 625
Morristown, TN 37815

Invoice: 59817
ID: 11670
Date: 11/30/2020

For professional service rendered as follows:
Accounting services including:                                              $   185.00
   Preparation of monthly MOR reports (1.25).

Billed Time & Expenses        $   185.00

JAMES W. CRAINE, CPA
MIRA J. CRAINE, CPA

WHITNEY D. MCGOWAN, CPA
RODNEY WISECARVER, CPA

# CRAINE, THOMPSON & JONES, P.C.

## CERTIFIED PUBLIC ACCOUNTANTS

225 WEST FIRST NORTH STREET
SUITE 300, MILLENNIUM SQUARE
P.O. BOX 1779
MORRISTOWN, TENNESSEE 37816-1779
PHONE: (423) 586-7650

248 BRUCE STREET
SUITE 8
SEVIERVILLE, TENNESSEE 37862
PHONE: (865) 366-1450
FAX: (423) 586-0705

| | |
|---|---|
| Lakeway Publishers, Inc. | Invoice: 60110 |
| P. O. Box 625 | ID: 11670 |
| Morristown, TN 37815 | Date: 12/31/2020 |

For professional service rendered as follows:
Accounting services including:                                    $   220.00
    PPP Funds Discussion (1.00 hour)
    Preparation and filing of tax return extensions for
       year ending 10/31/20 (0.50 hours)

Billed Time & Expenses                                            $   220.00

---

JAMES W. CRAINE, CPA
MIRA J. CRAINE, CPA

WHITNEY D. MCGOWAN, CPA
RODNEY WISECARVER, CPA