# CRAINE, THOMPSON & JONES, P.C.

### CERTIFIED PUBLIC ACCOUNTANTS

225 WEST FIRST NORTH STREET
SUITE 300, MILLENNIUM SQUARE
P.O. BOX 1779
MORRISTOWN, TENNESSEE 37816-1779
PHONE: (423) 586-7650

248 BRUCE STREET
SUITE 8
SEVIERVILLE, TENNESSEE 37862
PHONE: (865) 366-1450
FAX: (423) 586-0705

Lakeway Publishers of Missouri, Inc.
P. O. Box 625
Morristown, TN  37815

Invoice:   59750-1
ID:            11690
Date:        10/31/2020

For professional service rendered as follows:
Accounting services including:                                                                $ 1,955.00
    Preparation of monthly MOR reports for August,
        September and October (13.50 hours)

Billed Time & Expenses                   $ 1,955.00

JAMES W. CRAINE, CPA
MIRA J. CRAINE, CPA

WHITNEY D. MCGOWAN, CPA
RODNEY WISECARVER, CPA

# CRAINE, THOMPSON & JONES, P.C.

## CERTIFIED PUBLIC ACCOUNTANTS

225 WEST FIRST NORTH STREET
SUITE 300, MILLENNIUM SQUARE
P.O. BOX 1779
MORRISTOWN, TENNESSEE 37816-1779
PHONE: (423) 586-7650

248 BRUCE STREET
SUITE 8
SEVIERVILLE, TENNESSEE 37862
PHONE: (865) 366-1450
FAX: (423) 586-0705

Lakeway Publishers of Missouri, Inc.
P. O. Box 625
Morristown, TN 37815

Invoice:     59817-1
ID:              11690
Date:      11/30/2020

For professional service rendered as follows:
Accounting services including:                                                      $   145.00
    Preparation of monthly MOR reports (1.00 hour)

                                                            Billed Time & Expenses     $   145.00

---

JAMES W. CRAINE, CPA
MIRA J. CRAINE, CPA

WHITNEY D. MCGOWAN, CPA
RODNEY WISECARVER, CPA

# CRAINE, THOMPSON & JONES, P.C.

## CERTIFIED PUBLIC ACCOUNTANTS

225 WEST FIRST NORTH STREET
SUITE 300, MILLENNIUM SQUARE
P.O. BOX 1779
MORRISTOWN, TENNESSEE 37816-1779
PHONE: (423) 586-7650

248 BRUCE STREET
SUITE 8
SEVIERVILLE, TENNESSEE 37862
PHONE: (865) 366-1450
FAX: (423) 586-0705

Lakeway Publishers of Missouri, Inc.　　　　Invoice:　60110-1
P. O. Box 625　　　　　　　　　　　　　　　ID:　　　　11690
Morristown, TN  37815　　　　　　　　　　　Date:　　　12/31/2020

For professional service rendered as follows:
Accounting services including:　　　　　　　　　　　　　　　　$   220.00
   PPP Funds Discussion (1.00 hour)
   Preparation and filing of tax return extensions for
      year ending 10/31/20 (0.50 hours)

　　　　　　　　　　　　　　　　　　Billed Time & Expenses　　$   220.00

---

JAMES W. CRAINE, CPA
MIRA J. CRAINE, CPA

WHITNEY D. MCGOWAN, CPA
RODNEY WISECARVER, CPA