

**SO ORDERED.**
**SIGNED this 22nd day of February, 2021**

*Shelley D. Rucker*
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

**LAKEWAY PUBLISHERS, INC.**　　　　　　　　　　　Case No. 2:19-bk-51163-MPP
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
Debtor.

### ORDER APPROVING APPLICATION FOR CRAINE, THOMPSON & JONES, PC ACCOUNTANTS, INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Craine, Thompson & Jones, PC, seek compensation of **$2,655.00** and reimbursement of expenses of **$0.00** pursuant to passive notice. The attorneys served a copy of the application, together with the proposed order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Craine, Thompson & Jones, PC are hereby awarded compensation of **$2,655.00** together with expenses of **$0.00**.

2. The Debtor may pay the compensation for expenses from the funds of the estate to the extent available.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Attorney for Debtor
**QUIST, FITZPATRICK & JARRARD, PLLC**
800 S. Gay Street, Suite 2121
Knoxville, TN 37929-9711
Phone:  865-524-1873 ext. 232
rej@qcflaw.com