

**SO ORDERED.**
**SIGNED this 26th day of May, 2021**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Shelley D. Rucker
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHEASTERN DIVISION AT GREENEVILLE*

IN RE:

**LAKEWAY PUBLISHERS, INC.**                Case No. 2:19-bk-51163-MPP
                                            Chapter 11
Debtor.

IN RE:

**LAKEWAY PUBLISHERS OF**                   Case No. 2:19-bk-51164-MPP
**MISSOURI, INC.**                          Chapter 11

Debtor.

## FINAL DECREE

Upon the motion of the Debtors and after notice and hearing on May 25, 2021, the Court finds that:

1. The Order of Confirmation on Debtors' Third Amended Plan was entered on May 13, 2021.

2. All matters necessary to implement the Plan have been completed and payments commenced under the Plan on or about May 25, 2021.

3. No further motion or other proceedings are pending before the Court except final fee applications for counsel and the accountant. The professionals of the Debtors shall file their final fee applications within ten (10) days of the entry of this order.

4. Quarterly fees due and owing to the U.S. Trustee have been paid.

5. All actions or events which are required by the Plan or confirmation order prior to issuance of the Final Decree have occurred.

It is therefore ORDERED this Final Decree closes the above referenced Chapter 11 case(s) except for the outstanding professional fee applications.

###APPROVED:

Respectfully submitted,

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esquire
BPR No. 024525
Attorney for Debtors
**Quist, Fitzpatrick & Jarrard PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873
mhf@qcflaw.com
rej@qcflaw.com