

**SO ORDERED.**
SIGNED this 2nd day of July, 2021

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHEASTERN DIVISION AT GREENEVILLE

IN RE:

| | |
|---|---|
| **LAKEWAY PUBLISHERS, INC.** | Case No. 2:19-bk-51163-MPP |
| Debtor. | Chapter 11 |
| | |
| **LAKEWAY PUBLISHERS OF MISSOURI, INC.** | Case No. 2:19-bk-51164-MPP |
| Debtor. | Chapter 11 |

### ORDER APPROVING FINAL COMPENSATION AND EXPENSES TO RYAN E. JARRARD AND THE FIRM OF QUIST, FITZPATRICK & JARRARD, PLLC

Ryan E. Jarrard and his firm of Quist, Fitzpatrick & Jarrard, PLLC, counsel for the Debtor, seek second interim compensation of $2,780.00 and expenses of $0.00 pursuant to passive notice. The attorneys served a copy of the application, together with the approved order upon all required. No objections were filed within the allowed time. The court is therefore of the opinion that the application should be allowed as follows:

1. Quist, Fitzpatrick & Jarrard, PLLC are hereby awarded second interim compensation of **$2,780.00** and expenses of **$0.00**.

2. Movant may pay the authorized amounts from the assets of the estate.

###

**APPROVED FOR ENTRY:**

/s/ Ryan E. Jarrard
Ryan E. Jarrard, BPR No. 024525
Attorney for Debtor
**QUIST, FITZPATRICK & JARRARD, PLLC**
800 S. Gay Street, Ste. 2121
Knoxville, TN 37929
Phone: (865) 524.1873 ext. 212
rej@qcflaw.com